FILED
CLERK, U.S. DISTRICT COURT
11/18/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

JAYME C. LONG (Bar No. 202867)
jayme.long@dentons.com
STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
3M COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| 3M COMPANY,<br>Plaintiff,<br>vs.<br>[redacted]<br>Defendant. | Case No. 2:20-cv-10536-DDP(JEMx)<br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Plaintiff 3M Company ("3M" or "Plaintiff"), by and through its undersigned attorneys, hereby files this Complaint against [redacted] ("Defendant"). 3M hereby alleges as follows based on knowledge of 3M's own actions, and on information and belief as to all other matters:

**NATURE OF THE ACTION**

1. 3M brings this lawsuit to combat the sale of counterfeit 3M personal protective equipment ("PPE"), and in particular, counterfeit 3M N95 respirator products, offered in this District by Defendant through the Internet based e-commerce store eBay.com, using the seller identity [redacted]"

2. Defendant is an online seller who seeks to exploit the current COVID-19 pandemic by offering counterfeit 3M N95 respirator products at inflated prices. Defendant is trading on the reputation and goodwill associated with the famous 3M mark, without 3M's authorization, and is misleading consumers into believing that Defendant is offering authorized, genuine 3M N95 respirator products that meet 3M's standards, when in fact Defendant is selling counterfeit imitations.

3. Defendant's fraudulent sales of these counterfeit respirators jeopardize the health and safety of healthcare workers, first responders, and the public who believe they are purchasing genuine 3M N95 respirators that meet 3M's quality-control standards. While 3M N95 respirators are subject to strict quality control standards, the products offered by Defendant are of unknown provenance: the public has no way of knowing who is making them, with what materials, and with what (if any) quality control and health safety measures. This unlawful activity poses potentially serious health consequences for the public, justifying immediate judicial intervention.

4. In addition, by using 3M's name and famous trademarks, trading on 3M's reputation and goodwill, and deceiving customers into believing that they are buying genuine 3M N95 respirators, Defendant's unlawful and unethical activities are causing 3M irreparable harm.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5. 3M therefore brings this action stop Defendant's unlawful exploitation of the COVID-19 pandemic, to protect the public from Defendant's fraudulent and counterfeit commercial activities, and to protect 3M's name and reputation from the harm caused by Defendant's unlawful actions.

6. The COVID-19 pandemic is ongoing, and 3M's N95 respirator products remain in high-demand to help reduce the risk of transmission of the novel coronavirus. Immediate judicial intervention is needed to prevent Defendant from continuing to jeopardize the public health by misleading consumers into buying and using counterfeit N95 respirators while laboring under the false impression that they are genuine 3M products that meet the applicable 3M and N95 standards.

7. 3M respectfully requests the Court preliminarily and permanently enjoin Defendant from using 3M's name, logo, branding, all associated trademarks and other intellectual property, and from selling counterfeit 3M-branded respirator products bearing 3M trademarks or any other 3M products. 3M further requests the Court order Defendant to disgorge any profits they have made from these fraudulent transactions, along with any other appropriate relief the Court might order. 3M has committed to donating any monetary recovery in this action to COVID-19 charitable organizations.

## **BACKGROUND**

8. Throughout its history, 3M has been a leader in innovation and developing healthcare and safety products for industry and consumers throughout the world. 3M's PPE—and in particular 3M's N95 respirator products—are considered the gold standard for public health protection.

9. Over the last hundred-plus years, 3M has invested hundreds of millions of dollars to advertise and promote its 3M-branded products, including, without limitation, its 3M-branded respirator products. During this time, 3M continuously used its 3M trademarks in commerce. Through this substantial investment and its extensive and continuous use of the famous 3M trademarks, 3M has established

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

goodwill and an acclaimed reputation among the general public and healthcare and safety professionals for its high quality, safe and reliable products. Consumers associate the 3M Marks (as defined below in Paragraph 32) uniquely with 3M, and now, more than ever, consumers rely on the famous 3M Marks to indicate that the products offered thereunder are of the same superior quality that consumers have come to expect over the past century. This is especially true with respect to 3M's numerous industry-leading healthcare and PPE products, including Plaintiff's 3M-branded N95 respirators.

10. Healthcare professionals and other first responders are heroically placing their health and safety on the line to battle COVID-19, and 3M's N95 respirator products are critical to those individuals and groups on the front lines combating COVID-19. First responders, healthcare professionals, and the public have come to depend on the quality and dependability that the 3M brand signifies. In an effort to meet the heightened demand for 3M N95 respirators during the pandemic, 3M has increased its production of N95 respirator products to unprecedented levels. Since the COVID-19 pandemic began in January 2020, 3M has doubled its global production rate of N95 respirators to 1.1 billion per year, or 100 million per month. 3M is continuing to invest in the capital and resources it needs to further increase its production capacity to two billion per year globally.

11. The demand for 3M-branded respirators has grown exponentially in response to the pandemic, and 3M has been committed to seeking to meet this demand while keeping its respirators priced fairly. 3M is working with customers, distributors, governments, and medical officials to direct 3M supplies to where they are needed most. Importantly, 3M has not increased its U.S. prices for disposable N95 respirators as a result of the pandemic.

12. Unfortunately, a number of wrongdoers are seeking to exploit the current public health emergency and prey on innocent parties through a variety of scams involving 3M N95 respirators and other 3M PPE products in high demand.

These scams include unlawful price-gouging, fake offers, counterfeiting, and other unfair and deceptive practices—all of which undercut the integrity of the marketplace and constitute an ongoing threat to public health and safety.

13. In response to fraudulent activity, price-gouging and counterfeiting related to N95 respirators that has spiked in the marketplace in response to the pandemic, 3M is taking an active role to combat these activities. 3M's actions include working with law enforcement authorities around the world, including the Department of Justice, state Attorneys General, the Federal Bureau of Investigation, and local authorities to combat price-gouging and other unlawful activities. 3M has established a dedicated point of contact for federal and state procurement officials to promptly validate third-party offers and quotes. In doing so, 3M has already helped prevent dozens of potentially fraudulent transactions with federal agencies, state governments, municipal governments, private enterprises and other organizations. 3M is in regular contact with numerous governors and state attorneys general regarding these efforts to prevent and combat fraud. The Department of Justice has publicly thanked 3M for the assistance it has provided in investigations that have led to arrests. *See* Press Release: New Jersey Man Arrested for $45 Million Scheme to Defraud and Price Gouge New York City During COVID-19 Pandemic, *available at* https://www.justice.gov/usao-sdny/pr/new-jersey-man-arrested-45-million-scheme-defraud-and-price-gouge-new-york-city-during (May 26, 2020).

14. 3M has also created a COVID-19 Fraud Hotline, where the public can report to 3M suspected cases of fraud, price-gouging, and counterfeit activities in connection with 3M PPE. In addition, 3M is publishing information about its anti-price-gouging and counterfeiting efforts on the 3M website (*see* https://www.3m.com/3M/en_US/worker-health-safety-us/covid19/covid-fraud/), including disclosure of 3M's list prices for the most common models of its N95 respirators so that customers can identify and avoid inflated prices, and the web address and phone numbers that can be used to identify 3M authorized distributors

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

and dealers in the United States and Canada. A true and correct copy of this publication is attached hereto as **Exhibit 1**.

15. 3M does not—and will not—condone individuals or entities deceptively trading off the fame and goodwill of the 3M name and marks for criminal gain. This is particularly true against those who seek to exploit the surge in demand for 3M-branded products during the global COVID-19 pandemic.

16. 3M has already filed over twenty lawsuits in connection with its fight against fraud, price gouging, and counterfeiting, and has sent dozens of cease and desist letters against numerous bad actors perpetrating fraud amidst the COVID-19 pandemic. 3M has further assisted in investigations resulting in the seizure of thousands of counterfeit respirators throughout the world. *See* "3M's efforts on N95 crackdown leads to raids in Vietnam, U.A.E." Minn. Star Tribune, October 5, 2020 (available at https://www.startribune.com/3m-s-efforts-on-counterfeit-n95-mask-crackdown-leads-to-raids-in-vietnam-u-a-e/572638472).

17. Defendant, like many sellers of counterfeit goods on interactive websites, rely on the supposed anonymity afforded by the Internet to escape detection and liability. Unfortunately, Defendant and similar counterfeiters circumvent the efforts of interactive websites to vet sellers and confirm their identities. They employ numerous strategies to hide their true identities and trade under multiple aliases and handles in an effort to keep ill-gotten gains beyond the reach of their victims.

18. To further protect the public from Defendant's fraud and pandemic profiteering, to prevent the proliferation of imitation and counterfeit PPE, and to forestall any further diminution to 3M's reputation, fame, and goodwill, 3M brings this lawsuit against Defendant for counterfeiting, trademark infringement, false designation of origin, and trademark dilution, based on Defendant's misuse of Plaintiff's trademarks to market and sell counterfeit 3M products.

19. 3M seeks preliminary and permanent injunctive relief. Any damages,

costs, or fees recovered by 3M will be donated to charitable COVID-19 relief efforts.

## THE PARTIES

20. Plaintiff 3M Company is a Delaware corporation, with a principal place of business and corporate headquarters located at 3M Center, St. Paul, Minnesota 55144. 3M is a diversified technology company with a global presence and is among the leading manufacturers of products for many of the markets it serves, including PPE such as 3M-branded N95 respirators.

21. On information and belief, Defendant [redacted] is an entity of unknown provenance which has a place of business located at 6433 Topanga Canyon Blvd. #201, Canoga Park, California 91303.

22. The true name and identity of Defendant is presently unknown. Defendant uses a seller identity [redacted] to conceal its identity, which hampers the ability to identify Defendant's identity and location. If Defendant provides additional credible information regarding its identity, 3M will take appropriate steps to amend this Complaint.

## JURISDICTION & VENUE

23. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, et seq., 28 U.S.C. § 1338(a)-(b), 28 U.S.C. § 1331, and 28 U.S.C. §1121.

24. The claims for trademark infringement, counterfeiting, unfair competition, false designation of origin, and trademark dilution, asserted in Counts I – III, *infra*, arise under the Trademark Act of 1946 (as amended; the "Lanham Act"), namely, 15 U.S.C. §§ 1051 *et seq*. Accordingly, this Court has original and subject-matter jurisdiction over Counts I – III pursuant to 28 U.S.C. §§ 1331, 1338(a), and 15 U.S.C. § 1121(a).

25. The additional claims arising under California law, and are so related to the federal claims asserted in Counts I – III, *infra*, that they form part of the same case or controversy. Accordingly, this Court has supplemental jurisdiction over

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Counts IV – V pursuant to 28 U.S.C. §§ 1338(b) and 1367(a).

26. Defendant seeks to do business with residents in this District through the use of an interactive commercial website—namely, eBay—offering infringing 3M PPE. Defendant places no restriction on the marketing and sale of counterfeit 3M products to residents of California and this District. On information and belief, Defendant has sold products bearing infringing and counterfeit versions of 3M's federally registered trademarks to residents of California and this District.

27. Defendants have also purposefully availed themselves of the privilege of transacting business within the State of California, including in this District, by operating a place of business in Canoga Park, California. Additionally, Defendant is subject to personal jurisdiction in California because Defendant's eBay listings show the items in question to be located in Los Angeles, California; consequently, Defendant is purposefully availing itself of this forum to further Defendant's business. Further, 3M's claims arise out of and relate to Defendant's transaction of business and tortious acts committed within the State of California, including in this District. Based on the foregoing, this Court has long-arm jurisdiction over Defendants.

28. A substantial part of the events giving rise to the claims asserted, *infra*, occurred in this District. Accordingly, venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2). Additionally, Defendant is subject to personal jurisdiction in this District. Accordingly, venue is also proper in this District pursuant to 28 U.S.C. § 1391(b)(3).

## FACTS

### I. Plaintiff 3M

29. 3M has grown from humble beginnings in 1902 as a small-scale mining venture in Northern Minnesota to what it is today, namely: an industry-leading provider of innovative products throughout the world. Today, 3M's portfolio includes more than 60,000 goods and services, ranging from household and school

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

supplies, to industrial and manufacturing materials, to medical supplies and equipment.

**A. The 3M Brand**

30. 3M offers its vast array of goods and services throughout the world under numerous brands, including, for example: ACE; POST-IT; SCOTCH; NEXCARE; and more. Notwithstanding the widespread goodwill and resounding commercial success enjoyed by these brands, 3M's most famous and widely recognized brand is its eponymous "3M" brand.

31. The 3M brand is associated with products and materials for a wide variety of medical devices, supplies, and PPE, including, for example: respirators; stethoscopes; medical tapes; surgical gowns, blankets, and tape; bandages and other wound-care products; and many more. As a result, 3M-branded products are highly visible throughout hospitals, nursing homes, and other care facilities where patients, care providers, and procurement officers value and rely upon the high quality and integrity associated with the 3M brand.

**B. The Famous "3M" Marks**

32. Over the past century, 3M has invested hundreds of millions of dollars in advertising and promoting its 3M-branded products to consumers throughout the world (including, without limitation, its 3M-branded N95 respirators) under the standard-character mark "3M" and the 3M logo shown below (together, the "3M Marks"):

3M

33. For decades, products offered by 3M under the 3M Marks have enjoyed enormous commercial success (including, without limitation, 3M-branded N95 respirators), with billions of dollars in sales in 2020 alone.

34. Over the same period of time, products offered under the 3M Marks have regularly been the subject of widespread, unsolicited media coverage and critical acclaim.

35. Based on the foregoing, consumers associate the 3M Marks uniquely with 3M and recognize them as identifying 3M as the exclusive source of goods and services offered under the 3M Marks. Based on the foregoing, the 3M Marks have also become famous among consumers in California and throughout the United States.

36. To strengthen 3M's common-law rights in and to its famous 3M Marks, 3M has obtained numerous federal trademark registrations, including, without limitation: (i) U.S. Trademark Reg. No. 3,398,329, which covers the standard-character 3M mark in Int. Classes 9 and 10 for, *inter alia*, respirators; (ii) U.S. Trademark Reg. No. 2,692,036, which covers the 3M logo for, *inter alia*, a "full line of surgical masks, face shields, and respiratory masks for medical purposes"; and (iii) U.S. Trademark Reg. No. 2,793,534, which covers the 3M design mark in Int. Classes 1, 5 and 10 for, *inter alia*, respirators. True and correct print-outs of 3M Company's registration certificates for the aforementioned marks are attached hereto as **Exhibits 2, 3 and 4**.

37. Each of the foregoing Registrations is valid, in effect, and registered on the Principal Trademark Register of the United States Patent & Trademark Office.

38. Each of the foregoing Registrations is "incontestable" within the meaning of 15 U.S.C. § 1065. Accordingly, each Registration constitutes conclusive evidence of: (i) 3M's ownership of the 3M Marks; (ii) the validity of the 3M Marks; (iii) the validity of the registration of the 3M Marks; and (iv) 3M's exclusive right to use the 3M Marks throughout the United States for, inter alia, respirators.

39. Plaintiff's famous 3M Marks do more than identify 3M as the exclusive source of goods and services offered thereunder. Indeed, the famous 3M Marks also signify to consumers that 3M-branded products offered under the 3M Marks are of

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

the highest quality and adhere to the strictest quality-control standards. Now, more than ever, consumers rely on the famous 3M Marks' ability to signify that products offered under the 3M Marks are of the same high quality that consumers have come to expect of the 3M brand over the past century.

**C. 3M's Extensive Efforts to Assist with the Battle Against COVID-19**

40. As detailed on 3M's website, 3M is providing its 3M-branded N95 respirator products to healthcare workers, first responders, and the public to help combat the COVID-19 pandemic:




41. Authentic 3M-branded N95 respirators reduce exposure to airborne biological particles and liquid contamination when appropriately selected, fitted, and worn.

42. Based on the exponential increase in demand for 3M-branded N95 respirators, 3M has invested in the necessary capital and resources to double its annual production of 1.1 billion N95 respirators. *See* **Exhibit 1**; *see also* Press Release: New Jersey Man Arrested for $45 Million Scheme to Defraud and Price Gouge New York City During COVID-19 Pandemic, *available at* https://www.justice.gov/usao-sdny/pr/new-jersey-man-arrested-45-million-scheme-defraud-and-price-gouge-new-york-city-during (May 26, 2020). At the same time, 3M has not increased its U.S. prices for disposable N95 respirators as a result of the pandemic. *See id.*

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

43. Unfortunately, Defendant and other opportunistic third parties have sought to exploit the increased demand for 3M-branded N95 respirators by selling counterfeit versions of 3M's products, often at inflated prices compared to genuine 3M product.

44. 3M is working diligently with law enforcement, retail partners, and others to combat unethical and unlawful business practices related to 3M-brand N95 respirators in order to protect the public and healthcare professionals from counterfeiting, misleading, and inferior products, to reduce time wasted by healthcare providers and procurement officers on scams, as well as to protect 3M's goodwill, reputation, and carefully curated 3M brand.

45. As shown in the inset image, additional examples of 3M's efforts to combat price-gouging, counterfeiting, and other unlawful conduct during COVID-19 include:

A. 3M posted on its website the U.S., per respirator, single case list price for the most common models of its 3M-branded N95 respirators so that consumers can readily identify inflated pricing (*See* **Exhibit 1** and https://www.3m.com/3M/en_US/worker-health-safety-us/covid19/covid-fraud/);



3M Science. Applied to Life.™

Get the Facts. N95 Respirator Pricing

To help customers identify and avoid inflated prices, 3M has published its current single-case list prices for many of the most common 3M N95 respirator models sold in the U.S.

**3M has not changed the prices we charge for 3M respirators as a result of the COVID-19 outbreak.**

**U.S. List Prices for Common N95 Respirator Models**

These list prices are per respirator.

These list prices represent suggested prices to end customers. 3M's prices to its authorized distributors are lower than these list prices.

An end customer's actual prices may be lower than these list prices, as negotiated between the end customer and its chosen distributor.

List prices for these models sold in Canada are similar on a currency-adjusted basis.

| Model | Type | List Price (USD) |
|---|---|---|
| 1804 | Surgical | [illegible] |
| 1804S | Surgical | $0.68 |
| 1860 | Surgical | $1.27 |
| 1860S | Surgical | $1.27 |
| 1870+ | Surgical | $1.78 |
| 8210 | Standard | $1.02 - $1.31 |
| 8210Plus | Standard | $1.18 - $1.50 |
| 8210V | Standard | $1.48 - $1.89 |
| 8110S | Standard | $1.08 - $1.37 |
| 8200 | Standard | $0.63 - $0.80 |
| 8511 | Standard | $2.45 - $3.11 |
| 9105 | Standard | $0.64 - $0.81 |
| 9105S | Standard | $0.64 - $0.81 |
| 9210+ | Standard | $1.40 - $1.78 |
| 9211+ | Standard | $2.68 - $3.40 |

**Additional Links**
3M Disposable Respirators | Quick Reference Guide

**If you suspect fraud or price gouging contact 3M immediately.**
Contact the 3M Fraud Hotline at 1 (800) 426-8688 or on the web at go.3M.com/covidfraud.

B. 3M created a form on its website as well as a telephone hotline that the public can use to report suspected incidents of fraud, price-gouging and counterfeiting (*See* **Exhibit 5**);




C. 3M has created online resources to help the public spot incidents of price-gouging, identify counterfeiting, and ensure products are from 3M authorized distributors. *See*, e.g., https://www.3m.com/3M/en_US/company-us/coronavirus/:




D. The 3M website further allows the public to track 3M's enforcement activities against fraudulent activity in connection with 3M products, such as N95 respirator products, during the COVID-19 pandemic. *See* https://news.3m.com/English/3m-stories/3m-details/2020/3M-expands-actions-globally-to-fight-COVID-fraud-counterfeiting-price-gouging/default.aspx:

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300




E. To date, 3M has investigated more than 7,700 fraud reports globally, filed over 20 lawsuits, and has been granted nine temporary restraining orders and seven preliminary injunctions. Additionally, over 13,500 false or deceptive social media posts, over 11,500 fraudulent e-commerce offerings, and at least 235 deceptive domain names have been removed. *See* https://www.3m.com/3M/en_US/worker-health-safety-us/covid19/covid-fraud.

**II. Defendant's Unlawful Conduct**

46. Despite 3M's extensive measures to combat price-gouging and counterfeiting of its 3M-branded N95 respirators, illicit activities by bad actors continue.

47. Defendant is a prime example of this unlawful behavior, which is damaging the 3M brand and jeopardizing the public's health and safety in a time of unprecedented crisis. Defendant's conduct also undermines public trust in the 3M trademarks and 3M's goodwill at a time when the consuming public in this District and throughout the country seeks reliable PPE to safeguard against transmission of the novel coronavirus.

48. Counterfeit sellers like Defendant employ strategies to avoid risks associated with being shut down through takedown requests to e-commerce websites, often acquiring multiple seller aliases for the purpose of offering counterfeit 3M products. These seller alias registration strategies help to conceal

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

their identities and further hamper efforts to detect the full scope of the often-shadowy counterfeiting operations underlying Defendant's conduct.

49. Recently, 3M learned of Defendant's online sales of counterfeit 3M products. From 3M's review of Defendant's product listings, 3M has determined that Defendant is offering counterfeit goods bearing the 3M Marks. Representative samples of Defendant's product offerings are attached as **Exhibit 6**.

50. Through an investigator, 3M also purchased from Defendant's eBay account what Defendant represented were genuine 3M 1860 N95 respirators. *See* **Exhibit 6** (product listing).

51. Defendant shipped the counterfeit 3M product from an address in Canoga Park, California. *See* **Exhibit 7.**

52. Upon receipt of the product, 3M confirmed that it was a counterfeit 3M product.

53. 3M has also determined that Defendant's eBay seller page contains listings depicting genuine 3M products at inflated prices; in other words, Defendant is price-gouging consumers, intermingling genuine and counterfeit products at inflated prices that are more than six times more expensive than 3M's published list prices for genuine 3M products.

54. An eBay product listing from the account associated with Defendant shows that Defendant has sold at least 37 units of a 3M N95 1860-model respirator at a price of $179.95 for a carton of 20 respirators. *See* **Exhibit 8.** That price, without shipping, is equivalent to $8.49 per respirator, which is more than 6.5 times higher than 3M's list price of $1.27 for the same model of respirator. *See* U.S. List Prices: https://multimedia.3m.com/mws/media/1862179O/get-the-facts-n95-respirator-pricing.pdf.

55. 3M has not provided any authorization or license to Defendant to use the 3M Marks in connection with its advertisement, marketing, sale, distribution and/or shipment of 3M products, much less counterfeit 3M products. Despite this,

Defendant claims to be an “Authorized US Seller” of 3M products on at least one of its eBay listings for 3M products, as shown here (see **Exhibit 9**, emphasis added):




56. On information and belief, Defendant intentionally, knowingly and willfully has used and continue to use the 3M Marks in connection with advertisement, marketing, sale, distribution and/or shipment of counterfeit 3M products into the United States and California by means of interactive Internet websites.

57. Defendant’s unauthorized use of the 3M Marks in connection with the advertising, distribution, offering for sale, and sale of counterfeit 3M products into the United States, including California, is likely to cause and has caused confusion, mistake, and deception by and among consumers and is irreparably harming both consumers and 3M. Among other things, Defendant’s unlawful conduct risks the health and safety of the public, impairs the supply chain supporting healthcare workers and others, and damages 3M’s brand and goodwill.

58. If Defendant’s unlawful conduct is not immediately stopped, there is a substantial risk that consumers will continue to purchase counterfeit 3M products from Defendant believing that they offer the same level of protection and quality provided by genuine 3M products, when in fact these counterfeit 3M products may

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

be of lower quality and fail to adequately protect the health of the purchasing consumers.

## **<u>CLAIMS FOR RELIEF</u>**

### FIRST CLAIM FOR RELIEF

*(Trademark Infringement and Counterfeiting*

*Under the Lanham Act, 15 U.S.C. §§ 1114, 1117)*

59. 3M repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

60. Count I is a claim for federal counterfeiting and trademark infringement under 15 U.S.C. §§ 1114, 1117.

61. 3M is the exclusive owner of each of the federally registered 3M Marks.

62. 3M has the exclusive right to use each of the 3M Marks in United States commerce for, *inter alia*, advertising, promoting, offering for sale, and selling Plaintiff's 3M-branded N95 respirators.

63. 3M's exclusive rights in and to each of the 3M Marks predate any rights that Defendant could establish in and to any mark that consists of "3M" in whole and/or in part.

64. Each of the 3M Marks are inherently distinctive.

65. Each of the 3M Marks identifies 3M as the exclusive source of products offered under the 3M Marks (including, without limitation, 3M-branded N95 respirators) and, therefore, the 3M Marks have acquired distinctiveness.

66. Defendant is using the 3M Marks in commerce to advertise, promote, offer for sale, and sell and distribute counterfeit 3M-branded respirators, including through the use of interactive websites facilitating such conduct.

67. Defendant's use of the 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products, as alleged, herein, is causing, and is likely to continue to cause, consumer confusion, mistake, and/or deception about whether Defendant is 3M, and/or whether

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Defendant is a licensee, authorized distributor, and/or affiliate of 3M and/or products that 3M offers under its 3M Marks, including, without limitation, 3M-branded N95 respirators.

68. Defendant's use of the 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products, as alleged, herein, is causing, and is likely to continue cause, consumer confusion, mistake, and/or deception about whether Defendant's products are affiliated, connected, and/or associated with 3M and/or products that 3M offers under its 3M Marks, including, without limitation, 3M-branded N95 respirators.

69. Defendant's use of the 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products, as alleged, herein is causing, and is likely to continue to cause, consumer confusion, mistake, and/or deception about whether Defendant and/or Defendant's products originate with, and/or are sponsored or approved by, and/or offered under a license from, 3M.

70. 3M has not consented to the use of its famous 3M Marks by Defendant.

71. Defendant reproduces, counterfeits, copies, and/or colorably imitates the registered 3M Marks and apply such reproductions, counterfeits, copies and/or colorable imitations of the 3M Marks to labels, signs, prints, packages, wrappers, receptacles and/or advertisements in connection with the sale, offering for sale, distribution, or advertising of goods or services, which conduct is likely to cause confusion, or to cause mistake, or to deceive consumers.

72. Based on 3M's longstanding and continuous use of its 3M Marks in United States commerce, as well as the federal registration of the 3M Marks, Defendant had actual and constructive knowledge of 3M's superior rights in and to the 3M Marks when Defendant began using the 3M Marks as part their bad-faith scheme to confuse and deceive consumers, as alleged, herein.

73. Upon information and belief, Defendant adopted and used the 3M

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Marks in furtherance of Defendant's willful, deliberate, and bad-faith scheme of trading upon the extensive consumer goodwill, reputation, fame, and commercial success of products that 3M offers under its 3M Marks, including, without limitation, 3M-brand N95 respirators.

74. Upon information and belief, Defendant has made, and will continue to make, substantial profits and gain from its unauthorized use of the 3M Marks, to which Defendant is not entitled at law or in equity.

75. Defendant's acts and conduct complained of herein constitute actionable infringement in violation of 15 U.S.C. § 1114.

76. 3M has suffered, and will continue to suffer, irreparable harm from Defendant's acts and conduct complained of herein, unless restrained by law. The damage suffered by 3M is exacerbated by the fact that Defendant is advertising and offering for sale counterfeit 3M-branded N95 respirators during a global pandemic when 3M's products are necessary and relied upon to protect public health. Such conduct invites public criticism of 3M and the manner in which 3M's N95 respirators are being distributed and sold during the COVID-19 pandemic, and is likely to cause confusion about 3M's role in the marketplace for respirators that are essential to safeguarding public health. Whereas 3M's corporate values and brand image center around the application of science to improve lives, Defendant's conduct imminently and irreparably harms 3M's brand and puts the public's health and safety at risk.

77. 3M has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

*(Unfair Competition, False Designation of Origin - 15 U.S.C. § 1125(a))*

78. 3M repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

79. Count II is a claim for federal unfair competition, false endorsement, false association, and false designation of origin under 15 U.S.C. § 1125(a)(1)(A).

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

80. Upon information and belief, Defendant's acts and conduct complained of herein constitute unfair competition, false endorsement, false association, and/or false designation of origin in violation of 15 U.S.C. § 1125(a)(1)(A).

81. Upon information and belief, Defendant's use of Plaintiff's famous 3M Marks to advertise, market, offer for sale, and/or sell purported 3M-branded N95 respirators to consumers, in general, and during a global pandemic such as COVID-19, specifically, also constitutes unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A).

82. By using the 3M Marks in connection with the sale of counterfeit products, Defendant creates a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the counterfeit products. Defendant's conduct constitutes willful false designation of origin and misrepresentation of fact as to the origin and/or sponsorship of the counterfeit products to the general public under 15 U.S.C. §§ 1114, 1125.

83. 3M has suffered, and will continue to suffer, irreparable harm from Defendant's acts and conduct complained of herein, unless restrained by law. 3M has no adequate remedy at law.

**THIRD CLAIM FOR RELIEF**

*(Trademark Dilution Under Section 43(c) of the Lanham Act,*

*15 U.S.C. § 1125(c))*

*(Dilution of the Famous 3M Marks)*

84. 3M repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

85. Count III is a claim for federal trademark dilution under 15 U.S.C. § 1125(c).

86. The 3M Marks are famous and have been famous at all times relevant to this action. The 3M Marks were famous before and at the time Defendant began using the 3M Marks in commerce on, for, and/or in connection with the advertising,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

promotion, offering for sale, and/or sale of products (including, without limitation, 3M-branded N95 respirators).

87. Defendant's use of Plaintiff's famous 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products (including, without limitation, 3M-branded N95 respirators) is likely to dilute the distinctive quality of the famous 3M Marks, such that the famous 3M Marks' established selling power and value will be whittled away.

88. Defendant's use of the famous 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of counterfeit products (including, without limitation, 3M-branded N95 respirators) in general, and during a global pandemic such as COVID-19, specifically is likely to dilute and tarnish the reputation of the famous 3M Marks, such that the famous 3M Marks' established ability to indicate the superior quality of products offered under such Marks (including, without limitation, 3M-branded N95 respirators), will be impaired.

89. Defendant's misconduct threatens to harm the reputation of the 3M Marks, constituting dilution by tarnishment of the famous 3M Marks.

90. Defendant's acts and conduct complained of herein constitute trademark dilution in violation of 15 U.S.C. § 1125(c).

91. 3M has no adequate remedy at law.

**FOURTH CLAIM FOR RELIEF**

*(Price-Gouging and False Advertising in Violation of California Unfair Competition Law – Business & Professions Code, § 17200, et seq.)*

92. 3M repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

93. Count IV is a claim for price-gouging and false advertising, which is an unlawful business practice and act of unfair competition in violation of California Business & Professions Code § 17200, *et seq*.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

94. On March 4, 2020, California Governor Gavin Newsom declared a state of emergency to exist in California in response to COVID-19.

95. That same day, California Attorney General Xavier Becerra issued a price-gouging alert reminding all Californians that, under Penal Code § 396, price-gouging is illegal in all California communities during the declared state of emergency.

96. On March 12, 2020, Governor Newsom issued an executive order further enhancing the ability of the California state and local governments to respond to COVID-19.

97. Defendant offers to sell genuine and counterfeit 3M-branded N95 respirators for a price more than six times greater than the price charged by 3M, in violation of Penal Code § 396.

98. Defendant's violation of Penal Code § 396 constitutes an unlawful business practice and an act of unfair competition within the meaning of California Business & Professions Code § 17200, *et seq*. It is also a crime under California law.

99. In addition, Defendant's seller page depicts listings of both apparently genuine 3M products along with and counterfeit 3M products, together with a statement that Defendant is an "authorized US Seller" of 3M products, which conduct is designed to confuse consumers into believing that Defendant's products and/or services are sponsored by, endorsed by, or originate from 3M or are otherwise connected or affiliated with or approved by 3M.

100. Defendant's unauthorized use in commerce of the 3M Marks is also likely to cause consumer confusion or mistake or to deceive consumers into believing that Defendant's products and/or services are sponsored by, endorsed by, or originate from 3M or are otherwise connected or affiliated with or approved by 3M, thereby causing loss, damage, and injury to 3M and to the purchasing public,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

constituting unlawful, unfair, and fraudulent business practices in violation of California Business & Professions Code 17200, et seq.

101. Defendant's marketing and advertisement of products with the 3M Marks, as alleged herein, was intended to and did mislead 3M's customers and consumers to believe that such products were manufactured or distributed by, or authorized for manufacture or distribution by, 3M, in violation of California Business & Professions Code § 17200, et seq.

102. This conduct, together with Defendant's other acts alleged herein constitute unfair, unlawful, and fraudulent business acts and practices under California Business & Professions Code § 17200, et seq., because such acts are forbidden by various state and federal laws and are unscrupulous, unfair, and injurious to 3M. Defendant's acts have irreparably damaged 3M and the consuming public and will continue to do so unless restrained by this Court, and 3M is without an adequate remedy at law.

## **FIFTH CLAIM FOR RELIEF**

*(Common Law Unfair Competition)*

103. 3M repeats and incorporates by reference the statements and allegations in the preceding paragraphs of the Complaint as though set forth fully herein.

104. Count V is a claim for unfair competition in violation of California common law.

105. Defendant's acts and conduct complained of herein constitute unfair competition in violation of California common law.

106. 3M has suffered, and will continue to suffer, irreparable harm from Defendants' acts and conduct complained of herein, unless restrained by law.

107. 3M has been damaged by the acts of Defendant in an amount, currently unknown, to be proved at trial and donated to charitable COVID-19 relief efforts, and 3M requests the relief set forth in the Prayer below.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## PRAYER FOR RELIEF

**WHEREFORE**, based on Defendant's conduct complained of herein, 3M asks this Court:

A. To enter an Order, finding in Plaintiff's favor on each Claim for Relief asserted herein;

B. Pursuant to Federal Rule of Civil Procedure 65, 15 U.S.C. § 1116, and this Court's inherent powers:

1. To preliminarily and permanently enjoin Defendant, its agents, servants, employees, officers and all persons and entities in active concert and participation with it from using the 3M Marks—or any reproductions, counterfeit copies or colorable imitations thereof in any manner, as well as any other mark(s) confusingly similar thereto— for, on, and/or in connection with the manufacture, distribution, advertising, promoting, offering for sale, and/or sale of any goods that do not constitute genuine 3M product, or is not authorized by 3M to be sold in connection with the 3M Marks, including, without limitation, 3M-branded N95 respirators;

2. To preliminarily and permanently enjoin Defendant, its agents, servants, employees, officers and all persons and entities in active concert and participation with it from (i) passing off, inducing, or enabling others to sell or pass off any product as a genuine 3M product that is not produced under the authorization, control, or supervision of 3M and approved by 3M for sale under the 3M Marks; (ii) committing any acts calculated to cause consumers to believe that Defendant's counterfeit 3M products are sold under the authorization, control or supervision of 3M, or are sponsored by, approved by, or otherwise connected with 3M; (iii) further infringing the 3M Marks or otherwise damaging 3M's goodwill; (iv) shipping, distributing, warehousing, or otherwise participating in the storage, distribution, or disposal of counterfeit 3M products.

3. To order that, upon 3M's request, online marketplace platforms hosting Defendant's seller account (e.g., eBay) shall provide identifying information for the seller account "[redacted]" and shall cooperate to disable and cease displaying any advertisements used by or associated with Defendant in connection with the sale of counterfeit and infringing goods using the 3M Marks;

4. To order Defendant to file with the Court and serve upon Plaintiff's counsel within 30 days after service of the order of injunction, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction;

C. Pursuant to 15 U.S.C. § 1117:

1. To order Defendant to provide 3M with a full accounting of all distribution and sale of products under the 3M Marks (including, without limitation, 3M-branded N95 respirators), as well as all profits derived therefrom;

2. To order Defendant to disgorge and pay to 3M—for donation to charitable COVID-19 relief efforts—all of Defendant's profits derived from the sale of infringing and counterfeit goods offered under the 3M Marks (including, without limitation, 3M-branded N95 respirators);

3. To award 3M—for donation to charitable COVID-19 relief efforts—treble damages in connection with Defendant's infringement of the 3M Marks;

4. To find that Defendant's acts and conduct complained of herein render this case "exceptional"; and

5. To award 3M—for donation to charitable COVID-19 relief efforts—its costs and reasonable attorney's fees incurred in this matter; or

6. In the alternative, to award 3M—for donation to charitable COVID-19 relief efforts—statutory damages pursuant to 15 U.S.C. § 1117(c) of not more than $2,000,000 for each counterfeit mark used by Defendant for each type of goods sold, offered for sale, or distributed, as the Court considers just.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

D. Pursuant to 15 U.S.C. § 1118, to order the destruction of all unauthorized goods and materials within the possession, custody, and control of Defendant that bear, feature, and/or contain any copy or colorable imitation of 3M's Marks.

E. For Claims Four and Five, to issue an order permanently enjoining Defendant, its officers, agents, representatives, servants, employees, successors and assigns, and all others in active participation with it from engaging in conduct involving the advertisement or sale of 3M-branded products as described above, to award 3M restitution in the form of disgorgement of profits earned by Defendant in unlawfully selling counterfeit 3M products, and to award 3M its attorneys' fees, costs, and expenses pursuant to Cal. C.C.P. § 1021.5, with all such monetary relief to be donated to charitable COVID-19 relief efforts.

F. To award such further restitution as authorized by law, which 3M will donate to charitable COVID-19 relief efforts;

G. To award Plaintiff pre-judgment and post-judgment interest against Defendant, which 3M will donate to charitable COVID-19 relief efforts;

H. To award 3M such other relief that the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

3M hereby requests a trial by jury for all issues so triable, pursuant to Fed. R. Civ. P. 38(b) and 38(c).

Dated: November 17, 2020

Respectfully submitted,

DENTONS US LLP
Jayme C. Long
Stephanie Peatman

By: */s/ Jayme C. Long*
Jayme C. Long

Attorneys for Plaintiff
**3M COMPANY**

# EXHIBIT 1

Science.
Applied to Life.™

# Get the Facts. N95 Respirator Pricing

To help customers identify and avoid inflated prices, 3M has published its current single-case list prices for many of the most common 3M N95 respirator models sold in the U.S.

**3M has not changed the prices we charge for 3M respirators as a result of the COVID-19 outbreak.**

## U.S. List Prices for Common N95 Respirator Models

These list prices are per respirator.

These list prices represent suggested prices to end customers. 3M's prices to its authorized distributors are lower than these list prices.

An end customer's actual prices may be lower than these list prices, as negotiated between the end customer and its chosen distributor.

List prices for these models sold in Canada are similar on a currency-adjusted basis.

| Model | Type | List Price (USD) |
|---|---|---|
| 1804 | Surgical | $0.68 |
| 1804S | Surgical | $0.68 |
| 1860 | Surgical | $1.27 |
| 1860S | Surgical | $1.27 |
| 1870+ | Surgical | $1.78 |
| 8210 | Standard | $1.02 - $1.31 |
| 8210Plus | Standard | $1.18 - $1.50 |
| 8210V | Standard | $1.48 - $1.88 |
| 8110S | Standard | $1.08 - $1.37 |
| 8200 | Standard | $0.63 - $0.80 |
| 8511 | Standard | $2.45 - $3.11 |
| 9105 | Standard | $0.64 - $0.81 |
| 9105S | Standard | $0.64 - $0.81 |
| 9210+ | Standard | $1.40 - $1.78 |
| 9211+ | Standard | $2.68 - $3.40 |

**Additional Links**
3M Disposable Respirators | Quick Reference Guide

**If you suspect fraud or price gouging contact 3M immediately.**
Contact the 3M Fraud Hotline at 1 (800) 426-8688 or on the web at go.3M.com/covidfraud.


© 3M 2020. All Rights Reserved. Rev B-7/8/2020

# EXHIBIT 2

**Int. Cls.: 9 and 10**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 39 and 44**

**Reg. No. 3,398,329**

**United States Patent and Trademark Office** **Registered Mar. 18, 2008**

**TRADEMARK**
**PRINCIPAL REGISTER**

# 3M

3M COMPANY (DELAWARE CORPORATION)
3M CENTER, 220-9E-01
2501 HUDSON ROAD
ST. PAUL, MN 55144

FOR: FULL LINE OF PARTICULATE, OZONE, GAS, VAPOR, CHEMICAL, BIOHAZARD AND OTHER RESPIRATORS, INCLUDING FILTERING FACE-PIECE RESPIRATORS AND ELASTOMERIC FACE-PIECE RESPIRATORS, OTHER THAN FOR ARTIFICIAL RESPIRATION; FULL LINE OF SELF-RESCUE AND PROTECTION APPARATUS, NAMELY, OXYGEN BREATHING UNITS, SUPPLIED-AIR RESPIRATORS, AND POWERED AIR-PURIFYING SYSTEMS (PAPRS) RESPIRATORS; CARTRIDGES, FILTERS, AIR TANKS AND OTHER COMPONENT PARTS FOR RESPIRATORS AND BREATHING UNITS; DUST MASKS; FULL LINE OF PROTECTIVE EYEWEAR, NAMELY, SAFETY GOGGLES, EYEGLASSES AND EYE SHIELDS; FACE-PROTECTION SHIELDS; EAR PLUGS AND EAR MUFFS TO ATTENUATE SOUND AND PROTECT HEARING; HARD HATS AND OTHER PROTECTIVE HELMETS; WELDING HELMETS; AIR MONITORING DEVICES AND SENSORS FOR MEASURING GASES AND VAPOR CONCENTRATION LEVELS; GAS DETECTORS FOR DETECTING THE PRESENCE OF CARBON MONOXIDE AND OTHER GASES; THERMAL-IMAGING CAMERAS FOR USE BY FIREFIGHTERS AND FOR SEARCH AND RESCUE; ENVIRONMENTAL SAMPLING AND TESTING INSTRUMENTS AND EQUIPMENT, NAMELY, ELECTRONIC LUMINOMETERS, AND RELATED SOFTWARE, DOCKING STATIONS AND BATTERIES, FOR DETECTING, MEASURING AND ANALYZING CHEMICALS, BIOLOGICAL SUBSTANCES, FOOD RESIDUES AND MICROBES; MICROBIOLOGICAL AND CONTAMINANT-TESTING INSTRUMENTS AND EQUIPMENT, AND SOFTWARE RELATED THERETO, FOR DETECTING, MEASURING AND ANALYZING BACTERIA, INCLUDING PATHOGENS SUCH SALMONELLA AND LISTERIA, ALLERGENS, TOXINS, VITAMINS, ANTIBIOTICS, AND OTHER ORGANISMS AND SUBSTANCES; DIAGNOSTIC APPARATUS FOR TESTING FOOD; LABORATORY EQUIPMENT AND SUPPLIES, NAMELY, TEST TUBES, TEST TUBE CAPS, DIP STICKS, RACKS, MICROTITRE PLATES AND TRAYS; SECURITY SCANNERS AND READERS FOR USE IN READING PASSPORTS AND OTHER FORMS OF IDENTIFICATION; ANTI-THEFT AND LIBRARY MATERIAL CHECK-OUT SECURITY SYSTEMS; RADIO FREQUENCY IDENTIFICATION (RFID) TAGS AND READERS; COMPUTER SOFTWARE FOR SUPPLY CHAIN MANAGEMENT FROM SOURCE TO CONSUMPTION, NAMELY, FOR COLLECTING, STORING AND MANAGING DATA, AND REPORTING, EXECUTING AND TRACKING, IN CONNECTION WITH ENTERPRISE RESOURCE PLANNING, SUPPLIER ENABLEMENT, MANUFACTURING, INVENTORY CONTROL AND WAREHOUSING, ORDER FULFILLMENT, SHIPPING, TRANSPORTATION AND DELIVERY; COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT AND MEDICAL RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND MEDICAL IMAGING SCANNERS AND RELATED SOFTWARE FOR CAPTURING IMAGES OF THE MOUTH AND TEETH FOR USE IN DENTISTRY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

FOR: FULL LINE OF SURGICAL AND MEDICAL MASKS, RESPIRATORS AND FACE AND EYE SHIELDS FOR MEDICAL AND HEALTH-CARE RELATED PERSONNEL; FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS

AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS; AUTOCLAVES FOR MEDICAL USE; ORTHODONTIC APPLIANCES; DENTAL APPARATUS, NAMELY, INTRA-ORAL LIGHT SYSTEMS FOR CURING DENTAL MATERIALS, CERAMIC USED IN MAKING DENTAL CROWNS, BRIDGES AND OTHER RESTORATIVES; DENTAL INSTRUMENTS AND KITS COMPRISED OF SUCH INSTRUMENTS, NAMELY, MANDRELS, BURS, DISCS, CUPS, WHEELS, POINTS, BRUSHES AND ABRASIVE STRIPS USED TO GRIND, POLISH OR FINISH DENTAL RESTORATIVES; DENTAL INSTRUMENTS, NAMELY, SCISSORS, CRIMPING PLIERS, CONTOURING PLIERS AND IMPRESSION TRAYS; ELECTRONIC MIXERS FOR DENTAL COMPOUNDS; APPLICATORS AND DISPENSERS FOR DENTAL PRIMERS, CEMENTS, ADHESIVES, IMPRESSION MATERIALS AND RESTORATIVE MATERIALS; GLASS-FIBER POSTS USED IN DENTAL RESTORATIVE PROCEDURES; AND DENTAL PROPHYLAXIS ANGLES AND DENTAL PROPHYLAXIS CUPS FOR USE IN CLEANING TEETH AND DENTAL HYGIENE PROCEDURES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,237,168, 2,793,534 AND OTHERS.

SER. NO. 77-257,496, FILED 8-16-2007.

TARAH HARDY, EXAMINING ATTORNEY

# EXHIBIT 3

**Int. Cls.: 1, 3, 5, 9, 10 and 28**

**Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52**

**Reg. No. 2,692,036**
**Registered Mar. 4, 2003**

**United States Patent and Trademark Office**

**TRADEMARK**
**PRINCIPAL REGISTER**

3M COMPANY (DELAWARE CORPORATION)
2501 HUDSON ROAD
3M CENTER
ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICATOR STRIPS AND TAPE FOR USE WITH AUTOCLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; INDICATOR STRIPS FOR TESTING GLUTARALDEHYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDITIONS FOR USE IN SAFETY-MONITORING; INDICATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZATION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CONTAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZATION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRODUCTS, NAMELY, CLEANSERS, CREAMS, LOTIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRESSINGS, MEDICATED COMPRESSES, TRANSPARENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGICAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMICROBIAL SOLUTIONS; GAUZE; WOUND HEALING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SURGICAL DISINFECTANTS AND PREPPING SOLUTIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINES OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,213,836, AND 1,234,260.

SER. NO. 76-137,885, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

# EXHIBIT 4

**Int. Cls.: 1, 3, 5, 9, 10 and 28**

**Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52**

**Reg. No. 2,793,534**

**United States Patent and Trademark Office** Registered Dec. 16, 2003

## TRADEMARK
## PRINCIPAL REGISTER

3M COMPANY (DELAWARE CORPORATION)
2501 HUDSON ROAD
3M CENTER
ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICATOR STRIPS AND TAPE FOR USE WITH AUTOCLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; INDICATOR STRIPS FOR TESTING GLUTARALDEHYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDITIONS FOR USE IN SAFETY-MONITORING; INDICATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZATION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CONTAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZATION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRODUCTS, NAMELY, CLEANSERS, CREAMS, LOTIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRESSINGS, MEDICATED COMPRESSES, TRANSPARENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGICAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMICROBIAL SOLUTIONS; GAUZE; WOUND HEALING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SURGICAL DISINFECTANTS AND PREPPING SOLUTIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,234,260 AND OTHERS.

THE MATTER SHOWN IN BROKEN LINES INDICATES THE RELATIVE PLACEMENT OF THE MARK ON A TYPICAL PACKAGE FOR THE GOODS AND IS NOT CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 76-138,263, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

# EXHIBIT 5



# 3M COVID-19 Anti-Fraud, Anti-Price Gouging, and Anti-Counterfe

## Have a concern to report related to Fraud, Price Gouging or Counterfeit p

At 3M, we are committed to doing all we can to help combat the fraudulent, price gouging, and counterfeit will not tolerate any such activity by 3M authorized channel partners and we will aggressively pursue third-p enforcement authorities around the world – including, in the U.S., the U.S. Attorney General, State Attorneys

To learn more about the actions 3M are taking to prevent respiratory product fraud, please click here

# COVID-19 Fraud

*Please complete as much of the information requested below as possible. Fields marked with an asterisk are that 3M has received the report. We request that you reply to that email and attach any copies of invoices, co can help us to investigate the situation.*

## Requestor Information

First Name*

Last Name*

Requestor Type*

Select One

Company Name (if applicable)

Email/Business Email Address*

Phone/Business Phone Number*

Country/Region*

United States

## Tell Us About the Fraud You Would Like to Report

Where is the fraudulent offer or conduct occurring?*

Select One

Please provide specific web page or URL link to the fraudulent offer

## Alleged Solicitor/Seller Information

*Please provide as much information as possible.*

**Seller First Name**

**Seller Last Name**

**Seller Company**

**Seller Email**

**Seller Phone**

**Seller Country/Region**

Select One

**Seller's Website**

## Fraud Product Details

**Product 1***

Select One

**Product 1 Price**

**Product 1 3M SKU**

**Product 1 Quantity**

**Product 2**

Select One

**Product 2 Price**

**Product 2 3M SKU**

**Product 2 Quantity**

**Product 3**

Select One

**Product 3 Price**

**Product 3 3M SKU**

**Product 3 Quantity**

**Product Fraud Details***

*Provide as much detail about the interaction as possible including how you first contacted the seller and wha*

Please be aware that the information you supply about yourself, or any aspect of 3M's operations may resul
information that, to the best of your knowledge, is correct. You will not be sanctioned for submitting informa
knowingly provide false or misleading information, it may result in disciplinary or judicial action.

3M respects your right to privacy. 3M will collect, use, and disclose the personal information you provide in
disclosures described in our Privacy Policy, 3M may share all personal information you provided in this form
governmental authorities, regulators or courts: (i) to comply with a law, regulation, court order, or other lega
investigating and responding to fraud, intellectual property infringement, violation of our contracts or agreei

protect 3M rights or property or yours or others' health, safety, welfare, rights, or property; or (iv) under sim Covid 19 situation. If 3M elects to share personal information with law enforcement agencies, governmental personal information.

Submit

# EXHIBIT 6

## SAVE UP TO 7% WHEN YOU BUY MORE






Have one to sell? Sell now

## 3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK

3M™ Particulate Respirator 1860, 20 PACK SEALED RETAIL

31 viewed per hour 99 product ratings

Condition: New

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 |
|---|---|---|
| $158.89/ea | $150.95/ea | $149.36/ea |

Quantity: 1 4 or more for $147.77/ea

More than 10 available
970 sold / See feedback

Price: US $158.89/ea

No Interest if paid in full in 6 mo on $99+*

Buy It Now

Add to cart

Add to Watchlist

| 100% buyer satisfaction | 970 sold | More than 87% sold |
|---|---|---|

Shipping: **FREE** Standard Shipping | See details
Item location: [redacted], United States
Ships to: United States See exclusions

Delivery: Estimated between **Fri. Nov. 20** and **Mon. Nov. 23** to 95134

Payments:

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details

Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

### Seller information

[redacted] (426431 )
100% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2

Feedback or



3M N95 Protective Disposable Face Mask...
$38.99
Free shipping
Seller 99.8% positive




Honeywell N95 Face Mask Niosh Approved N-95...
$49.50
Free shipping
Seller 99.9% positive




3M™ VFlex™ 9105 NIOSH Approved N95 Particulat...
$165.00
Free shipping
Seller 99.8% positive




3M Aura 9205+ N95 NIOSH Protective...
$35.69
Free shipping
Seller 99.8% positive




20 pack Medicom Safe+ N95 Disposable Face...
$98.90
Free shipping
Seller 99.8% positive




3M 8200 N95 Disposable Fa
$89.99
Free shipping
Seller 99.8% po

## Sponsored items from this seller 1/2

Feedback or




3M Aura 9205+ N95 NIOSH Protective...
$35.79
Free shipping
Popular




3M 9132 N95 Protective Disposable Face Mask...
$48.75
Free shipping
Popular




N95 Protective Disposable Face Mask...
$28.99
Free shipping




Venus V-410 V N95 NIOSH Protective Disposable...
$24.95
Free shipping




3M 9502V+ N95 Protective Disposable...
$27.89
Free shipping
Popular




3M 9542V KN9 Mask Protecti
$38.75
Free shipping

**Description** | **Shipping and payments**

eBay item number: 193

Seller assumes all responsibility for this listing.

Last updated on Nov 15, 2020 12:32:54 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | 1860 |
| UPC: | 50707387419429 | MPN: | 1860 |
| 3M ID: | 70070612364-PERU | Brand: | 3M |
| Pack Size: | 20 | Intended Use/Discipline: | Anesthesiology, Biological Laboratory, Cardiology, Cosmetology, Dental Laboratory, Dentistry, Dermatology Emergency Medicine, Endocrinology, Endodontics |
| Expiration: | 2025 | Rating: | NIOSH N95 |

THE PERFECT PART

[redacted]
[redacted] (426431 ) 100%
Sign up for newsletter

Search within store

Visit Store: [redacted]

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

Items On Sale

WELCOME TO [redacted]




**3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK**

**20 PACK - RETAIL SEALED PACKAGING**

## Details

- NIOSH Approved: N95
- Manufactured by 3M Peru
- Helps protect against certain airborne biological particles

- Fluid resistant and disposable
- SKU: 70070612364 UPC: 50707387419429

This health care particulate respirator and surgical mask helps provide respiratory protection against certain airborne biological particles. It is disposable and fluid resistant to splash and spatter of blood and other infectious material.

This healthcare respirator is designed to help provide respiratory protection for the wearer. It meets CDC guidelines for Mycobacterium tuberculosis exposure control. As a disposable particulate respirator, it is intended to help reduce wearer exposure to certain airborne particles including those generated by electrocautery, laser surgery, and other powered medical instruments. As a surgical mask, it is designed to be fluid resistant to splash and spatter of blood and other infectious materials.

Features include:

- NIOSH approved N95
- Meets CDC guidelines for Mycobacterium tuberculosis exposure control
- 99% BFE (Bacterial Filtration Efficiency) according to ASTM F2101
- Fluid resistant according to ASTM F1862
- Respirator contains no components made from natural rubber latex
- Collapse resistant cup shape design
- Braided headbands, cushioning nose foam, and lightweight construction for comfortable wear

## Specifications

| | |
|---|---|
| **Aerosol Type** | **Non-Oil** |
| **Braided Comfort Strap** | **Yes** |
| **Brand** | **3M™** |
| **Cartridge or Filter Included** | **Yes** |
| **Case Quantity** | **120** |
| **Class** | **Market Leader** |
| **Exhalation Valve** | **No** |
| **Faceseal/Nosefoam** | **Nosefoam** |
| **Features** | **Advanced Electrostatic Media** |
| **Filter Class** | **N95** |
| **Flame Resistance (ASTM D2859-96)** | **No** |
| **Flammability Rating** | **Class 1** |
| **Fluid Resistance** | **120mm Hg** |
| **Fluid Resistant (ASTM F1862)** | **Yes** |
| **Gas & Vapor Protection Type** | **Particulates** |
| **Hazard Type** | **Mold, Silica** |
| **Individually Wrapped** | **No** |

| | |
|---|---|
| **Market** | **Aerospace, Defense, Homeland Security** |
| **Model** | **1860** |
| **National Stock Number** | **6532014225282** |
| **Natural Rubber Latex Components** | **No** |
| **Packaging** | **Bulk Case** |
| **Product Color** | **Teal** |
| **Product Type** | **Healthcare Respirator** |
| **Purpose** | **Healthcare Respirator** |
| **Recommended Application** | **Agricultural Production, Airborne Biological Particles, Bagging, Dry Chemical Handling, Foundry Operations, Grinding, Petrochemical Manufacturing, Processing of Minerals, Sanding, Textile Operations** |
| **Recommended Industry** | **Health Care** |
| **Respirator Size** | **Standard** |
| **Respirator Style** | **Cup** |
| **Segment** | **Personal Safety** |
| **Size** | **Standard** |
| **Standards/Approvals** | **N95** |
| **Strap Attachment Type** | **Braided Comfort Strap** |

## ~~Payment Information:~~

- We Accept PayPal
- We Accept Credit Card via PayPal

## ~~Shipping Information:~~

- SHIPS SAME DAY WITHIN 1-2 HOURS ASAP
- SHIPS IMMEDIATELY
- TOP PRIORITY FOR FULFILLMENT (Items gets fulfilled first over any other orders)

## ~~Refund & Return Policy:~~

- We offer a 30 day return policy on all items purchased from us.
- Please contact us within 30 days after receipt of the item for a return.

- Do not ship the item back to us without contacting us first.
- Return shipping is responsibility of buyer.

-

We thank you so much for looking! If you have any questions or concerns, please do not hesitate to message us. Have a grea

## Ratings and Reviews

Write a

4.3

99 product ratings

| | |
|---|---|
| 5 | 75 |
| 4 | 7 |
| 3 | 3 |
| 2 | 0 |
| 1 | 14 |

| 88% | 70% | 89% |
|---|---|---|
| Would recommend | Good value | Good quality |

### Most relevant reviews

See all 7

by jake_9027
Oct 20, 2020
Top favorable review

**Real N95's, but expensive**

Product was of good quality, and staff are reporting that the fit is comfortable, nursing staff believe these mask are actual N95's and qu appears well made and genuine.

Price is rather high, but given the market competition for PPE at this time, we were willing to pay that high cost. Product was made in Ch but delivered via Canada. Read full review...

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(1) (0)

by jmor3007
Oct 06, 2020
Top critical review

**Good protection, easy breathing, but uncomfortable**

On the plus side, it's a surgical-rated N95 mask, so it's rated to filter out airborne bacteria and viruses as well as particulates. So it prote the wearer as well as others. It's also easier to breathe using this mask than using a soft mouth and face covering. On the minus side, it' expensive (I paid $54 for 3 masks) and is uncomfortable on the bridge of the nose if you're wearing it for an extended period. I would be happier with it if it didn't become uncomfortable.

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(2) (0)

by skrim
Oct 14, 2020

**These masks look to be the real thing.**

Arrived sealed in a retail looking box with a hologram seal on it. They look to be the same build quality as my pre-Covid 3M N95 dust m had around from last year. The seal I mentioned says "3M Peru" on it, so I guess they came from Peru. I checked and 3M does in fact ha medical supply division in Lima, so that checks out. Price is a bit high but in line with the market, supply and demand etc. Happy to ge as I'll feel a bit safer when I have to get on a plane later this year.

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(1) (0)

by robert_lutz
Nov 03, 2020

## Regular Size N-95

Made a mistake in not understanding the size difference between small and regular. These regular sized masks are the ones that prope an adult.

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(0) (0)

by jpri7403
Sep 28, 2020

## USA MADE 3M N95 MASKS ARE GREAT

The 3M N95 1860 masks made in the U.S. are well made and as comfortable to wear as any N95 mask. Just make sure that they are mac the US and not in Singapore. The Singapore-made masks are of poor quality.

Verified purchase: Yes | Condition: New | Sold by: asatechmedinc

(0) (0)

Back to home page | See More Details about "3M N95 Health Care Particulate Respirator Mask - Size ..."

More to explore : 3M Full Face Respirator Masks, 3M Industrial Masks & Respirators, 3M Industrial Respirator Masks, 3M Half Mask Industrial Respirator Masks, 3M Full Face Mask L Industrial Respirator Masks, Full Face Mask Industrial Respirator Masks, 3M N95 Filter Class Industrial Mask Replacement Cartridges, Industrial Masks & F Full Face Respirator, MSA Industrial Masks & Respirators

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

# EXHIBIT 7

**P**

US POSTAGE & FEES PAID
1 LB PRIORITY MAIL RATE
ZONE 6 NO SURCHARGE
ComPlsPrice

062S0011268745
10459658
FROM 91303

stamps endicia
10/22/2020

# PRIORITY MAIL 3-DAY™

[redacted]

SHIP TO:
ASHLEY ARMSTRONG
2507 LITTLE ELM TRL
CEDAR PARK TX 78613-5259

## USPS TRACKING #

9405 5112 0255 5745 7247 93

**75371**

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

RRD RF2 0820

10/26/20, 7:40 PM


3M
N95
20
10/26/20, 7:41 PM


N95
3M
Particulate Respirator N95
Respirateur N95 contre les particules
Respirador contra partículas N95
8210Plus
20
3M Safe Guard
8210Plus/8210PlusMX/
8210/8210MX/
07048/8110S
3M
Particulate Respirator N95
Respirateur N95 contre les particules
Respirador para partículas N95
98-0060-0097-4_4
34-8719-4197-6
10/26/20, 7:43 PM

# EXHIBIT 8

Hi **Chris!**

Sell Watchlist My eBay

ebay

Search for anything | All Categories

Back to search results | Listed in category: Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks






Have one to sell? Sell now

## 3M N95 1860s Health Care Respirator NIOSH Small Size Surgical Mask - Box of 20

Condition: **New**

Quantity: 1 More than 10 available
37 sold / See feedback

Price: **US $179.95**
No Interest if paid in full in 6 mo on $99+*

Buy It Now
Add to cart
Add to Watchlist

| 100% buyer satisfaction | 37 sold | 6 watchers |
|---|---|---|

Shipping: **$14.95** Expedited Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Tue. Nov. 17** to 95134

Payments:

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

### Seller information

[redacted] (21035 )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback or



3M™ N95 1860 Health Care Particulate...
$160.00
Free shipping
Seller 99.3% positive




3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Seller 100% positive



3M N95 Small Disposable Face Mask NIOSH...
$122.49
Free shipping
Almost gone




3M™ VFlex™ 9105 NIOSH Approved N95 Particulat...
$165.00
Free shipping
Seller 99.8% positive




3M Aura 9205+ N95 NIOSH Protective...
$35.89
Free shipping
Seller 99.8% positive




3M 8200 N95 Disposable Fa
$89.99
Free shipping
Seller 99.8% po

## Sponsored items from this seller 1/2

Feedback or



Pack of 3 - 3M N95 1860s Health Care Respirator...
$39.99
+ $5.95 shipping
Popular



3 Pack of 3M 8110S N95 NIOSH Particulate...
$39.99
+ $5.95 shipping



New Sealed 3M 8210 Mask N95 NIOSH Particulate...
$145.00
+ $9.95 shipping
Popular



New Sealed 3M 8200 N95 NIOSH Particulate...
$139.95
+ $14.95 shipping



New Sealed 3M 8210 Plus N95 NIOSH Particulate...
$174.95
+ $14.95 shipping
Popular



Pack of 3 AUTH
8210 N95 NIOS
$26.95
Free shipping
Popular

Description | Shipping and payments

eBay item number: 2649

Seller assumes all responsibility for this listing.

Last updated on Nov 07, 2020 10:20:42 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| Brand: | 3M | MPN: | 1860S |

[redacted]

[redacted]

[redacted] (21035 ) 99.5%

Visit Store: payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

## Categories

- Hair Care
- Skin Care
- Cosmetics
- Tools
- Men Care
- Baby Care
- Other

3M N95 1860S Small Respirator Particulate Face Mask.

You will receive 1 box of 20 masks with each order.

**Box has a lot of damage.**

New old stock.

Please contact us with any questions.

Back to search results

More to explore : 3M Industrial Masks & Respirators, 3M Industrial Respirator Masks, 3M Full Face Respirator Masks, 3M Industrial Respirator Masks Size L, 3m Versaflo In Industrial Respirator Masks, 3M N95 Filter Class Industrial Mask Replacement Cartridges, 3M N95 Filter Class Industrial Disposable Filter Masks, Industrial Masks & Respirators, Industrial Respirator Masks, Other Industrial Masks & Respirators

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

# EXHIBIT 9

Hi **Chris!** Sell Watchlist My eBay

ebay Search for anything All Categories

Back to home page | Listed in category: Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks > See more 3M N95 Health Care Particulate Respirator Mask...

**This item is out of stock.**






Have one to sell? Sell now

## Sealed 3M N95 1860 Health Care Protective Respirator NIOSH Surgical Mask 20 Pack

AUTHORIZED US SELLER !

99 product ratings

Condition: **New**

Quantity: 1 0 available
53 sold / See feedback

Price: **US $159.95**
No Interest if paid in full in 6 mo on $99+*

Shipping: **FREE** Expedited Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Mon. Nov. 23** to 95134

Payments:

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

**Seller information**
[redacted](21079 )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Description | Shipping and payments

eBay item number: 264

Seller assumes all responsibility for this listing.

Last updated on Oct 14, 2020 00:45:02 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| Brand: | 3M | MPN: | 1860 |

[redacted]

[redacted]
[redacted](21079 ) 99.5%

Visit Store: payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

## Categories

- Hair Care
- Skin Care
- Cosmetics
- Tools
- Men Care
- Baby Care
- Other

New Sealed 3M N95 1860 Health Care Respirator Particulate NIOSH Surgical Mask.

You will receive 1 box of 20 masks with each order.

Regular Size -M/L. Expire 2025.

Please contact us with any questions.

Sponsored items based on your recent views 1/4

Feedback or




New Sealed 3M 8210 Plus N95 NIOSH Particulate...
$174.95
+ $14.95 shipping
Seller 99.5% positive




3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Seller 100% positive



Pack of 3 - 3M N95 1860s Health Care Respirator...
$39.99
+ $5.95 shipping
Almost gone




3M 9502V+ N95 Protective Disposable...
$27.89
Free shipping
Seller 100% positive




3M 9132 N95 Protective Disposable Face Mask...
$48.75
Free shipping
Seller 100% positive



Sealed 3M N9
Health Care Re
$149.95
+ $14.95 shippi
Seller 99.5% po

## Ratings and Reviews

Write a

4.3

99 product ratings

| | |
|---|---|
| 5 | 75 |
| 4 | 7 |
| 3 | 3 |
| 2 | 0 |
| 1 | 14 |

88% Would recommend

70% Good value

89% Good quality

### Most relevant reviews

See all 7

by jake_9027
Oct 20, 2020
Top favorable review

## Real N95's, but expensive

Product was of good quality, and staff are reporting that the fit is comfortable, nursing staff believe these mask are actual N95's and qu appears well made and genuine.

Price is rather high, but given the market competition for PPE at this time, we were willing to pay that high cost. Product was made in Ch but delivered via Canada.

We would purchase again.

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(1) (0)

by jmor3007
Oct 06, 2020
Top critical review

## Good protection, easy breathing, but uncomfortable

On the plus side, it's a surgical-rated N95 mask, so it's rated to filter out airborne bacteria and viruses as well as particulates. So it prote the wearer as well as others. It's also easier to breathe using this mask than using a soft mouth and face covering. On the minus side, it' expensive (I paid $54 for 3 masks) and is uncomfortable on the bridge of the nose if you're wearing it for an extended period. I would be happier with it if it didn't become uncomfortable.

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(2) (0)

by skrim
Oct 14, 2020

## These masks look to be the real thing.

Arrived sealed in a retail looking box with a hologram seal on it. They look to be the same build quality as my pre-Covid 3M N95 dust m had around from last year. The seal I mentioned says "3M Peru" on it, so I guess they came from Peru. I checked and 3M does in fact ha medical supply division in Lima, so that checks out. Price is a bit high but in line with the market, supply and demand etc. Happy to ge as I'll feel a bit safer when I have to get on a plane later this year.

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(1) (0)

by robert_lutz
Nov 03, 2020

## Regular Size N-95

Made a mistake in not understanding the size difference between small and regular. These regular sized masks are the ones that prope an adult.

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(0) (0)

by jpri7403
Sep 28, 2020

## USA MADE 3M N95 MASKS ARE GREAT

The 3M N95 1860 masks made in the U.S. are well made and as comfortable to wear as any N95 mask. Just make sure that they are mac the US and not in Singapore. The Singapore-made masks are of poor quality.

Verified purchase: Yes | Condition: New | Sold by: asatechmedinc

(0) (0)

More from this seller 1/2

Feedback or



Pack of 3 - 3M N95 1860 Health Care Respirator...
$39.95
+ $5.95 shipping
Popular



Sealed 3M N95 1860s Health Care Respirator...
$149.95
+ $14.95 shipping



Pack of 3 - 3M N95 1860s Health Care Respirator...
$39.99
+ $5.95 shipping
Popular



New Sealed 3M 8210 Mask N95 NIOSH Particulate...
$145.00
+ $9.95 shipping
Popular



New Sealed 3M 8200 N95 NIOSH Particulate...
$139.95
+ $14.95 shipping



New Sealed 3M N95 NIOSH Pa
$174.95
+ $14.95 shippi
Popular

Back to home page | See More Details about "3M N95 Health Care Particulate Respirator Mask - Size ..."

More to explore : 3M Industrial Masks & Respirators, 3M Industrial Respirator Masks, 3M Half Mask Industrial Respirator Masks, 3M Full Face Respirator Masks, 3m Versaflo In Industrial Respirator Masks, 3M N95 Filter Class Industrial Mask Replacement Cartridges, Industrial Masks & Respirators, Industrial Respirator Masks, Other Industrial Masks & Respirators, MSA Industrial Respirator Masks

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi **Chris!**

Sell Watchlist My eBay

Search for anything | All Categories

Back to home page | Listed in category: Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks >
See more 3M 8210 Plus N95 Particulate Respirator Face M...






Have one to sell? Sell now

## New Sealed 3M 8210 Plus N95 NIOSH Particulate Respirator Face Mask Box of 20

150 viewed per day 54 product ratings

Condition: New

Quantity: 1 More than 10 available
278 sold / See feedback

Price: **US $174.95**
No Interest if paid in full in 6 mo on $99+*

Buy It Now
Add to cart
Add to Watchlist

| 100% buyer satisfaction | 278 sold | More than 84% sold |
|---|---|---|

Shipping: $14.95 Standard Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Mon. Nov. 23** to 95134

Payments:

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

## Seller information

[redacted] (21079 )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback or




3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Seller 100% positive



3M N95 Protective Disposable Face Mask...
$38.99
Free shipping
Seller 99.8% positive




3M™ VFlex™ 9105 NIOSH Approved N95 Particulat...
$165.00
Free shipping
Seller 99.9% positive




Honeywell N95 Face Mask Niosh Approved N-95...
$49.50
Free shipping
Seller 99.9% positive




3M Aura 9205+ N95 NIOSH Protective...
$35.69
Free shipping
Seller 99.8% positive



3M N95 Mask Particulate Re
$120.00
Free shipping
Seller 99.8% po

Sponsored items from this seller 1/2

Feedback or



New Sealed 3M 8210 Mask N95 NIOSH Particulate...
$145.00
+ $9.95 shipping
Popular



New Sealed 3M 8200 N95 NIOSH Particulate...
$139.95
+ $14.95 shipping



Pack of 3 3M 8210 Plus N95 NIOSH Particulate...
$39.95
+ $5.95 shipping
Popular




Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH...
$29.95
Free shipping
Popular



Sealed 3M N95 1860s Health Care Respirator...
$149.95
+ $14.95 shipping



3 Pack of 3M 8
NIOSH Particu
$39.99
+ $5.95 shippin

**Description** | **Shipping and payments**

eBay item number: **264**

Seller assumes all responsibility for this listing.

Last updated on Nov 14, 2020 11:20:06 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| Brand: | 3M | MPN: | 8210PLUS |

[redacted]

[redacted] (21079 ) 99.5%

Visit Store: payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

## Categories

- Hair Care
- Skin Care
- Cosmetics
- Tools
- Men Care
- Baby Care
- Other

3M 8210 Plus NIOSH Particulate Respirator Face Mask.

You will receive 1 box of 20 masks with each order.

Expire-06-2025.

Please contact us with any questions.

Sponsored items based on your recent views 1/3

Feedback or




3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Seller 100% positive



Pack of 3 - 3M N95 1860s Health Care Respirator...
$39.99
+ $5.95 shipping
Almost gone




3M 9502V+ N95 Protective Disposable...
$27.89
Free shipping
Seller 100% positive




3M 9132 N95 Protective Disposable Face Mask...
$48.75
Free shipping
Seller 100% positive



3M 8210 N95 Particulate Respirator Mask (Box of...
$89.89
Free shipping
New



New Sealed 3I NIOSH Particu
$139.95
+ $14.95 shippi
Seller 99.5% po

## Ratings and Reviews

Write a

# 3.6

54 product ratings

| Stars | Ratings |
|---|---|
| 5 | 33 |
| 4 | 1 |
| 3 | 1 |
| 2 | 3 |
| 1 | 16 |

| 62% | 66% | 76% |
|---|---|---|
| Would recommend | Good value | Good quality |

### Most relevant reviews

See all 4

by dalane408
Mar 24, 2020

#### not recommendation, not exception

Not worth the money. time to riff off customer $11 for each. Just panic to buy, no other option. It sweat, hard to breath, has to wear over r and head.

Verified purchase: Yes | Condition: New | Sold by: partycus

(11) (3)

by 6carmina6
Mar 18, 2020

#### You can't breath with this mask

I know the mask is to help avoid particles to enter your system. But when I put it on I couldn't breath, it didn't allow my transportations t escape. Meaning I was breathing my own warm exhaled air. Don't recommend this mask.

Verified purchase: Yes | Condition: New | Sold by: bebejiang-4

(6) (4)

by juditmcbria0
Mar 18, 2020

#### Have none in mind

Haven't had to use it yet thank God! But it's good quality.

Verified purchase: Yes | Condition: New | Sold by: skyhawk22519

(0) (4)

by ayjacks_825
Apr 06, 2020

### Great Product

Perfect, thank you!

Verified purchase: Yes | Condition: New | Sold by: clickawning

(0) (0)

by rwar4636
Aug 12, 2020

### Taxed but legit

They actually came in the box. Not in a plastic bag or anything. Same as the ones I already owned that I had received from my employer

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(0) (0)

## Explore more sponsored options: Model

### N95 — More



Sealed 3M N95 1860s Health Care Respirato...
$149.95
+ $14.95 shipping




3M™ VFlex™ 9105 NIOSH Approved N95...
$165.00
Free shipping
Popular

### 8210 N 95 — More



3M 8210 N95 Particulate Respirator Mask (Box ...
$89.89
Free shipping
Popular




Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH...
$29.95
Free shipping
Popular

### 8511 N 95




3M 8511 N95 Protective Disposable Face Mask...
$39.99
Free shipping
Popular



3M 8511 N95 Masks With
$35.99
+ $5.99 shipp
Popular

## People who viewed this item also viewed 1/2

Feedback or




3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Popular



3M 8210+ N95 Protective Disposable Face Mask...
$129.99
Free shipping



3M N95 Protective Disposable Face Mask...
$38.99
Free shipping
Popular



3M 8210 N95 Particulate Respirator Mask (Box of...
$89.89
Free shipping
Popular




Honeywell N95 Face Mask Niosh Approved N-95...
$49.50
Free shipping
Popular



3M™ N95 8210 Respirator Fac
$89.95
Free shipping

## More from this seller 1/2

Feedback or



New Sealed 3M 8210 Mask N95 NIOSH Particulate...
$145.00
+ $9.95 shipping
Popular



New Sealed 3M 8200 N95 NIOSH Particulate...
$139.95
+ $14.95 shipping



Pack of 3 3M 8210 Plus N95 NIOSH Particulate...
$39.95
+ $5.95 shipping
Popular



Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH...
$29.95
Free shipping
Popular



Sealed 3M N95 1860s Health Care Respirator...
$149.95
+ $14.95 shipping



3 Pack of 3M 8 NIOSH Particu
$39.99
+ $5.95 shippin

Back to home page | See More Details about "3M 8210 Plus N95 Particulate Respirator Face Mask - 20..."

More to explore : 3M Full Face Respirator Masks, 3M Industrial Respirator Masks, 3M Industrial Masks & Respirators, Dust Mask 3m 8210, 3M Half Mask Industrial Respirator 3M N95 Filter Class Industrial Disposable Filter Masks, 3M N95 Filter Class Industrial Mask Replacement Cartridges, Industrial Respirator Masks, Half Mask Respirators, Full Face Respirator

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi **Chris!** Sell Watchlist My eBay

ebay Search for anything All Categories

Back to search results | Listed in category: Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks






Have one to sell? Sell now

## 3M N95 1860s Health Care Respirator NIOSH Small Size Surgical Mask - Box of 20

Condition: New

Quantity: 1 More than 10 available
37 sold / See feedback

Price: US $179.95
No Interest if paid in full in 6 mo on $99+*

Buy It Now
Add to cart
Add to Watchlist

| 100% buyer satisfaction | 37 sold | 6 watchers |
|---|---|---|

Shipping: $14.95 Expedited Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Tue. Nov. 17** to 95134

Payments:

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

**Seller information**
[redacted] (21035 )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback or



3M™ N95 1860 Health Care Particulate...
$160.00
Free shipping
Seller 99.3% positive




3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Seller 100% positive



3M N95 Small Disposable Face Mask NIOSH...
$122.49
Free shipping
Almost gone




3M™ VFlex™ 9105 NIOSH Approved N95 Particulat...
$165.00
Free shipping
Seller 99.8% positive




3M Aura 9205+ N95 NIOSH Protective...
$35.89
Free shipping
Seller 99.8% positive



3M 8200 N95 Disposable Fa
$89.99
Free shipping
Seller 99.8% po

Sponsored items from this seller 1/2 Feedback or



Pack of 3 - 3M N95 1860s Health Care Respirator...
$39.99
+ $5.95 shipping
Popular



3 Pack of 3M 8110S N95 NIOSH Particulate...
$39.99
+ $5.95 shipping



New Sealed 3M 8210 Mask N95 NIOSH Particulate...
$145.00
+ $9.95 shipping
Popular



New Sealed 3M 8200 N95 NIOSH Particulate...
$139.95
+ $14.95 shipping



New Sealed 3M 8210 Plus N95 NIOSH Particulate...
$174.95
+ $14.95 shipping
Popular



Pack of 3 AUTH 8210 N95 NIOS
$26.95
Free shipping
Popular

Description | Shipping and payments

eBay item number: 2649

Seller assumes all responsibility for this listing.

Last updated on Nov 07, 2020 10:20:42 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| Brand: | 3M | MPN: | 1860S |

[redacted]

[redacted] (21035 ) 99.5%

Visit Store: payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

## Categories

- Hair Care
- Skin Care
- Cosmetics
- Tools
- Men Care
- Baby Care
- Other

3M N95 1860S Small Respirator Particulate Face Mask.

You will receive 1 box of 20 masks with each order.

**Box has a lot of damage.**

New old stock.

Please contact us with any questions.

Back to search results

More to explore : 3M Industrial Masks & Respirators, 3M Industrial Respirator Masks, 3M Full Face Respirator Masks, 3M Industrial Respirator Masks Size L, 3m Versaflo In Industrial Respirator Masks, 3M N95 Filter Class Industrial Mask Replacement Cartridges, 3M N95 Filter Class Industrial Disposable Filter Masks, Industrial Masks & Respirators, Industrial Respirator Masks, Other Industrial Masks & Respirators

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi **Chris**!  Sell  Watchlist  My eBay

ebay  Search for anything  All Categories

Back to search results | Listed in category: Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks > See more 3M 8210 Plus N95 Particulate Respirator Face M...






Have one to sell? Sell now

## New Sealed 3M 8210 Plus N95 NIOSH Particulate Respirator Face Mask Box of 20

6 viewed per hour  54 product ratings

Condition: New

Quantity: 1  More than 10 available
272 sold / See feedback

Price: US $174.95  Buy It Now
No Interest if paid in full in 6 mo on $99+*  Add to cart
Add to Watchlist

| 100% buyer satisfaction | 272 sold | More than 91% sold |
|---|---|---|

Shipping: $14.95 Standard Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Tue. Nov. 17** to 95134

Payments:

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence
eBay Money Back Gu
Get the item you order
your money back. Lear

Seller information
[redacted] (21035 )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2  Feedback or


3M N95 Small Disposable Face Mask NIOSH...
$122.49
Free shipping
Last one


3M™ N95 1860 Health Care Particulate...
$160.00
Free shipping
Seller 99.3% positive



3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Seller 100% positive



3M™ VFlex™ 9105 NIOSH Approved N95 Particulat...
$165.00
Free shipping
Seller 99.8% positive


3M 8210 N95 NIOSH Protective Face Mask...
$115.99
Free shipping
Seller 99.8% positive


3M N95 Mask Particulate Res
$120.00
Free shipping
Seller 99.8% po

Description  Shipping and payments

eBay item number: **264**

Seller assumes all responsibility for this listing.

Last updated on Nov 08, 2020 13:03:57 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| Brand: | 3M | MPN: | 8210PLUS |

[redacted]

[redacted]

[redacted] (21035 ) 99.5%

Visit Store: payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

## Categories

- Hair Care
- Skin Care
- Cosmetics
- Tools
- Men Care
- Baby Care
- Other

3M 8210 Plus NIOSH Particulate Respirator Face Mask.

You will receive 1 box of 20 masks with each order.

Expire-06-2025.

Please contact us with any questions.

## Ratings and Reviews

Write a

3.6

54 product ratings

| | |
|---|---|
| 5 | 33 |
| 4 | 1 |
| 3 | 1 |
| 2 | 3 |
| 1 | 16 |

62% Would recommend

66% Good value

76% Good quality

### Most relevant reviews

See all 4

by dalane408
Mar 24, 2020

## not recommendation, not exception

Not worth the money. time to riff off customer $11 for each. Just panic to buy, no other option. It sweat, hard to breath, has to wear over r and head.

Verified purchase: Yes | Condition: New | Sold by: partycus

(11) (3)

by 6carmina6
Mar 18, 2020

## You can't breath with this mask

I know the mask is to help avoid particles to enter your system. But when I put it on I couldn't breath, it didn't allow my transportations t escape. Meaning I was breathing my own warm exhaled air. Don't recommend this mask.

Verified purchase: Yes | Condition: New | Sold by: bebejiang-4

(6) (4)

by juditmcbria0
Mar 18, 2020

## Have none in mind

Haven't had to use it yet thank God! But it's good quality.

Verified purchase: Yes | Condition: New | Sold by: skyhawk22519

(0) (4)

by ayjacks_825
Apr 06, 2020

## Great Product

Perfect, thank you!

Verified purchase: Yes | Condition: New | Sold by: clickawning

(0) (0)

by rwar4636
Aug 12, 2020

## Taxed but legit

They actually came in the box. Not in a plastic bag or anything. Same as the ones I already owned that I had received from my employer

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(0) (0)

Back to search results | See More Details about "3M 8210 Plus N95 Particulate Respirator Face Mask - 20..."

More to explore : 3M Full Face Respirator Masks, 3M Industrial Respirator Masks, 3M Industrial Masks & Respirators, Dust Mask 3m 8210, 3M Half Mask Industrial Respirator, 3M N95 Filter Class Industrial Mask Replacement Cartridges, 3M N95 Filter Class Industrial Disposable Filter Masks, Industrial Respirator Masks, Half Mask Respirators, Full Face Respirator

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi **Chris!** Sell Watchlist My eBay

ebay Search for anything All Categories

Back to search results | Listed in category: Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks






Have one to sell? Sell now

## Pack of 3 3M 8210 Plus N95 NIOSH Particulate Respirator Face Mask

423 viewed per day

Condition: New

Quantity: 1 More than 10 available
546 sold / See feedback

Price: US $39.95

Buy It Now

Add to cart

Add to Watchlist

| 100% buyer satisfaction | 546 sold | More than 80% sold |
|---|---|---|

Shipping: $5.95 Economy Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Tue. Nov. 17** to 95134

Payments:

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

## Seller information

[redacted] (21035 )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback or




3M Aura 9205+ N95 NIOSH Protective...
$35.89
Free shipping
Seller 99.8% positive



3M N95 Protective Disposable Face Mask...
$39.95
Free shipping
Almost gone




Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH...
$26.95
Free shipping
Seller 99.5% positive




3M 8511 N95 Protective Disposable Face Mask...
$56.19
Free shipping
Seller 99.8% positive



3M N95 Small Disposable Face Mask NIOSH...
$122.49
Free shipping
Almost gone



3M 8511 N95 P
Disposable Fa
$41.79
Free shipping
Almost gone

## Sponsored items from this seller 1/2

Feedback or




Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH...
$26.95
Free shipping
Popular




3 Pack of 3M 8110S N95 NIOSH Particulate...
$39.99
+ $5.95 shipping




New Sealed 3M 8210 Plus N95 NIOSH Particulate...
$174.95
+ $14.95 shipping
Popular




New Sealed 3M 8210 Mask N95 NIOSH Particulate...
$145.00
+ $9.95 shipping
Popular



5 Pack - 3M 9205+ Aura N95 NIOSH Particulate...
$35.50
Free shipping
Popular



10 Pack - 3M 9
N95 NIOSH Pa
$68.95
Free shipping

Description | Shipping and payments

eBay item number: **2648**

Seller assumes all responsibility for this listing.

Last updated on Nov 10, 2020 00:54:28 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| Brand: | 3M | MPN: | 8210 Plus |

[redacted]

[redacted] (21035 ) 99.5%

Visit Store: payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

## Categories

- Hair Care
- Skin Care
- Cosmetics
- Tools
- Men Care
- Baby Care
- Other

3M 8210 Plus NIOSH Particulate Respirator Face Mask.

You will receive 3 individual masks with each order.

These are size M/L.

**Comes from box, but re-packaged in a plastic bag.**

Expire-2025.

Please contact us with any questions.

Back to search results

More to explore : 3M Full Face Respirator Masks, 3M Industrial Masks & Respirators, 3M Industrial Respirator Masks, Dust Mask 3m 8210, 3M Half Mask Industrial Respirator

3M N95 Filter Class Industrial Mask Replacement Cartridges, 3M N95 Filter Class Industrial Disposable Filter Masks, Industrial Masks & Respirators, Industrial Respirator Mas Full Face Respirator

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi **Chris!**

Sell Watchlist My eBay

ebay

Search for anything | All Categories

Back to search results | Listed in category: Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks > See more 3M 8210 N95 Particulate Respirator Mask








Have one to sell? Sell now

# Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH Particulate Respirator Face Mask Size M/L

233 viewed per day 167 product ratings

Condition: **New**

Quantity: 1 More than 10 available
336 sold / See feedback

Price: **US $26.95**

Buy It Now

Add to cart

Add to Watchlist

| 100% buyer satisfaction | 336 sold | More than 68% sold |
|---|---|---|

Shipping: **FREE** Economy Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Tue. Nov. 17** to 95134

Payments:

PayPal CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

## Seller information

[redacted] (21035 )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Similar sponsored items 1/2

Feedback or




3M Aura 9205+ N95 NIOSH Protective...
$35.89
Free shipping
Seller 99.8% positive



3M N95 Protective Disposable Face Mask...
$39.95
Free shipping
Almost gone



3M N95 Small Disposable Face Mask NIOSH...
$122.49
Free shipping
Last one




3M 8511 N95 Protective Disposable Face Mask...
$56.19
Free shipping
Seller 99.8% positive



3M 8511 N95 Protective Disposable Face Mask...
$41.79
Free shipping
Almost gone



3M 1860 N95 N
Protective Fac
$158.89
Free shipping
Seller 100% pos

Sponsored items from this seller 1/2

Feedback or



Pack of 3 3M 8210 Plus N95 NIOSH Particulate...
$39.95
+ $5.95 shipping
Popular



3 Pack of 3M 8110S N95 NIOSH Particulate...
$39.99
+ $5.95 shipping



New Sealed 3M 8210 Mask N95 NIOSH Particulate...
$145.00
+ $9.95 shipping
Popular



New Sealed 3M 8210 Plus N95 NIOSH Particulate...
$174.95
+ $14.95 shipping
Popular



Pack of 3 - 3M N95 1860s Health Care Respirator...
$39.99
+ $5.95 shipping
Popular



New Sealed 3M NIOSH Particu
$139.95
+ $14.95 shippi

Description | Shipping and payments

eBay item number: 264

Seller assumes all responsibility for this listing.

Last updated on Nov 09, 2020 14:51:58 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| Brand: | 3M | MPN: | 8210 |

[redacted]
[redacted] (21035 ) 99.5%

Visit Store: payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

## Categories

- Hair Care
- Skin Care
- Cosmetics
- Tools
- Men Care
- Baby Care
- Other

3M 8210 N95 NIOSH Particulate Respirator Face Mask.

You will receive 3 individual masks with each order.

Size M/L.

**Comes from box, but re-packaged in a plastic bag.**

Expire-2025.

Please contact us with any questions. Thank you.

## Ratings and Reviews

Write a

# 4.0

167 product ratings

| | |
|---|---|
| 5 | 116 |
| 4 | 10 |
| 3 | 3 |
| 2 | 2 |
| 1 | 36 |

69% Would recommend

55% Good value

76% Good quality

## Most relevant reviews

See all 12

by wencar256
Oct 21, 2020

### Looks and wears like pre-pandemic N95

Fits well. Holds shape. seal to face means it slightly collapses with in-drawn breath - it is apparently filtering incoming air. Seal can be adjusted with moldable piece at bridge of nose. Sometimes on exhalatin not all air goes through filter and may fog glasses - usually res with seal adjustment..

All the printing on box and mask are similar to markings on bonafide N95 masks I purchased before pandemic. UNKNOWN if these are 3M masks with blown polyethylene fiber fill and UNKNOWN if the electrical charge of those fibers has been applied. Much safer feeling (FWIW) with this mask VS alternatives I've tried so far.

Verified purchase: Yes | Condition: New | Sold by: eshop_0

(2) (0)

by xhsiao
Aug 02, 2017

### Excellent comfortable mask for general cleaning taskes

Fit and seal around the face very well. Comfortable to wear for long period of time. Can breath under it easily. Great for around the hous general demolition work. But if you need to use a mask a lot, it is better to get a respirator mask with replaceable filters.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: jwhite-antiques

(1) (0)

by trendzn
Apr 07, 2020

### Highly recommend

So far I have tested 3 different brands, but the 3M 8210 plus is the most dependable for its comfort, durability, and being a N95 mask approved by the FDA. The design has been the standard of mask throughout the world, definitely an American classic.

Verified purchase: Yes | Condition: New | Sold by: savers-center2012

(1) (0)

by dm5728
Oct 20, 2020

### A little snug for M/L size

They're are fine but not super comfortable because the straps are very tight. I get a red mark on the bridge of my nose tight. Better thai contracting the Virus though!

Verified purchase: Yes | Condition: New | Sold by: [redacted]

(0) (0)

by georggree-8
Sep 06, 2019

### Great product

I have been using the mask for years they are a great help for me i just being paying to much for them 31 dollars for 20 masks

Verified purchase: Yes | Condition: Pre-Owned | Sold by: 4boathouse

(0) (1)

Back to search results | See More Details about "3M 8210 N95 Particulate Respirator Mask"

More to explore : 3M Full Face Respirator Masks, 3M M Industrial Respirator Masks, 3M Industrial Masks & Respirators, Full Face Respirator Masks Size M, 3M Half Mask M Industrial Respirator Masks, 3M N95 Filter Class Industrial Mask Replacement Cartridges, 3M N95 Filter Class Industrial Disposable Filter Masks, Industrial Masks & Respirators, Industrial Respirator Masks, Other Industrial Masks & Respirators

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi **Chris!** Sell Watchlist My eBay

ebay Search for anything All Categories

Back to search results | Listed in category: Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks










Have one to sell? Sell now

## Pack of 3 - 3M N95 1860s Health Care Respirator NIOSH Small Size Surgical Mask

233 viewed per day

Condition: New

Quantity: 1 More than 10 available
481 sold / See feedback

Price: US $39.99

Buy It Now

Add to cart

Add to Watchlist

| 100% buyer satisfaction | 481 sold | More than 87% sold |
|---|---|---|

Shipping: $5.95 Standard Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before **Tue. Nov. 17** to 95134

Payments:




Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

Seller information
[redacted] (21035 )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2 Feedback or



3M N95 Small Disposable Face Mask NIOSH...
$122.49
Free shipping
Last one




3M Aura 9205+ N95 NIOSH Protective...
$35.89
Free shipping
Seller 99.8% positive



3M N95 Protective Disposable Face Mask...
$39.95
Free shipping
Almost gone



3M™ N95 1860 Health Care Particulate...
$160.00
Free shipping
Seller 99.3% positive




3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Seller 100% positive




3M 8511 N95 P
Disposable Fa
$56.19
Free shipping
Seller 99.8% po

Sponsored items from this seller 1/2 Feedback or



3M N95 1860s Health Care Respirator NIOSH Small...
$179.95
+ $14.95 shipping




3 Pack of 3M 8110S N95 NIOSH Particulate...
$39.99
+ $5.95 shipping




Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH...
$26.95
Free shipping
Popular



Pack of 3 3M 8210 Plus N95 NIOSH Particulate...
$39.95
+ $5.95 shipping
Popular



5 Pack - 3M 9205+ Aura N95 NIOSH Particulate...
$35.50
Free shipping
Popular



10 Pack - 3M 9 N95 NIOSH Pa
$68.95
Free shipping

Description | Shipping and payments

eBay item number: 264

Seller assumes all responsibility for this listing.

Last updated on Nov 10, 2020 13:51:19 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| Brand: | 3M | MPN: | 1860s |

[redacted]

[redacted]

[redacted] (21035 ) 99.5%

Visit Store: payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

## Categories

- Hair Care
- Skin Care
- Cosmetics
- Tools
- Men Care
- Baby Care
- Other

3M N95 1860s Health Care Respirator Particulate NIOSH Surgical Mask.

You will receive 3 individual masks with each order.

These are size small.

**Comes from box, but re-packaged in a plastic bag.**

Please contact us with any questions.

Back to search results

More to explore : 3M Industrial Respirator Masks, 3M Industrial Masks & Respirators, 3M Half Mask Industrial Respirator Masks, 3M Full Face Respirator Masks, 3M Industrial Respirator Masks Size L, Industrial Masks & Respirators, Industrial Respirator Masks, Other Industrial Masks & Respirators, MSA Industrial Respirator Masks, North Industrial Respirator Masks

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. ~~Accessibility~~, ~~User Agreement~~, ~~Privacy~~, Cookies, ~~Do not sell my personal information~~ and AdChoice