FILED
CLERK, U.S. DISTRICT COURT
11/18/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_DD\_\_\_\_\_ DEPUTY

JAYME C. LONG (Bar No. 202867)
jayme.long@dentons.com
STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
3M COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>  vs.<br><br>PAYLESSBEAUTY,<br><br>        Defendant. | Case No. 2:20-cv-10536-DDP(JEMx)<br><br>**DECLARATION OF JAYME C. LONG IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CASE UNDER SEAL** |

**DECLARATION OF JAYME C. LONG IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE CASE UNDER SEAL**

I, JAYME LONG, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Dentons US LLP, attorneys for Plaintiff 3M Company ("3M" or "Plaintiff") in this matter. I make this declaration, based on my own personal knowledge, in support of Plaintiff's Application for Leave to File Case Under Seal.

2. Plaintiff hereby applies to seal the record in this case temporarily until the Court conducts the hearing on, and considers the relief requested in, Plaintiff's Application for Temporary Restraining Order, Order to Show Cause Re: Preliminary Injunction, Seizure Order, and Expedited Discovery (the "Application").

3. Sealing the case-initiating documents and the Application is necessary to prevent Defendant from frustrating the purpose and effect of the temporary restraining order and seizure order sought by 3M. Plaintiff's request is narrowly tailored, and compelling reasons exist in this case that overcome the normal presumption of public access to judicial records. 3M contends that Defendant—who is offering and selling counterfeit goods online—will move or conceal assets and inventory if it learns of this lawsuit too early, in an effort to obstruct the Court's ability to grant effective relief for the actions brought by 3M, causing irreparable harm to 3M, and allowing Defendant to perpetrate the same misdeeds under a new anonymous identity on eBay or other online platforms. Because the sealing requested is only temporary, no public interest will be seriously impaired by delaying public access to the records to effectuate the Court's consideration of 3M's request for relief.

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 17th day of November 2020 at Los Angeles, California.

                                        */s/ Jayme C. Long*
                                          JAYME C. LONG