JAYME C. LONG (Bar No. 202867)
jayme.long@dentons.com
STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017
Tel:  (213) 623-9300 / Fax:  (213) 623-9924

CHRISTOPHER M. WEIMER (Texas Bar No. 24061894)
*(Pro Hac Vice)*
cweimer@pirkeybarbar.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX  78702
Tel:  (512) 322-5200 / Fax:  (512) 322-5201

Attorneys for Plaintiff
3M COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>              Plaintiff,<br><br>     vs.<br><br>PAYLESSBEAUTY,<br><br>              Defendant. | Case No. 2:20-cv-10536 JVS (JEMx)<br><br>**DECLARATION OF CHRISTOPHER M. WEIMER IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

1

Case No. 2:20-cv-10536 JVS (JEMx)
DECL. OF CHRISTOPHER M. WEIMER IN SUPPORT OF EX
PARTE APP. FOR TEMPORARY RESTRAINING ORDER

115984152\V-1

# DECLARATION OF CHRISTOPHER M. WEIMER

I, CHRISTOPHER M. WEIMER, hereby declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court. I am a partner in the law firm of PIRKEY BARBER PLLC, attorneys for Plaintiff 3M Company ("3M" or "Plaintiff") in this matter. I make this declaration, based on my own personal knowledge, in support of Plaintiff's Application for Temporary Restraining Order, Order to Show Cause Re: Preliminary Injunction, Seizure Order, and Expedited Discovery (the "Application").

2. 3M employed an investigator to purchase product from the Defendant and, to the extent possible, to attempt to identify the person or entity responsible for the "paylessbeauty" eBay account.

3. All personal information for sellers on eBay, including Defendant, is protected from public view, including seller's email address, personal address, phone number, and true identity.

4. Although the return address label on the product shipped by Defendant listed a post office box in Canoga Park, California, that address is associated with a UPS store, not an individual residence, and the investigator was unable to determine enough information for 3M to be able to identify or locate the individual or entity behind the "paylessbeauty" eBay account.

5. As a practical matter, there is every reason to believe that Defendant has provided eBay with a valid email address by which it may be contacted through the eBay messaging platform. Thus, any messages sent to Defendant through the eBay messaging platform will reliably be routed to a valid email address where Defendant can be sure to have received such communications.

6. As such, 3M, through counsel, and pursuant to this Court's Order granting 3M's request for alternative service, has provided notice of the instant lawsuit and Ex Parte Application to Defendant paylessbeauty through its registered eBay account, via the eBay messaging platform, on November 24, 2020. More

specifically, 3M used the "Contact Seller" function on eBay to send a message to the account associated with the paylessbeauty eBay storefront apprising Defendant that 3M Company has commenced a lawsuit against Defendant in this Court and that 3M is seeking injunctive relief from the Court requiring an immediate response (within 24 hours) from Defendant. The same communication also provided the cause number for the case and contact information of the Clerk of this Court, along with contact information for undersigned counsel to 3M and Courtroom Deputy Lisa Bredahl's email.

7. I have no knowledge of any counsel for Defendant or any other means to make a reasonable, good faith effort to advise Defendant of the date and substance of the proposed ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of November 2020 at Austin, Texas.

                         */s/ Christopher M. Weimer*
                         CHRISTOPHER M. WEIMER

3

Case No. 2:20-cv-10536 JVS (JEMx)
DECL. OF CHRISTOPHER M. WEIMER IN SUPPORT OF EX PARTE APP. FOR TEMPORARY RESTRAINING ORDER

115984152\V-1