JAYME C. LONG (Bar No. 202867)
jayme.long@dentons.com
STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017
Tel:  (213) 623-9300 / Fax:  (213) 623-9924

CHRISTOPHER M. WEIMER (Texas Bar No. 24061894)
*(Pro Hac Vice)*
cweimer@pirkeybarbar.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX  78702
Tel:  (512) 322-5200 / Fax:  (512) 322-5201

Attorneys for Plaintiff
3M COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>            Plaintiff,<br><br>       vs.<br><br>PAYLESSBEAUTY<br><br>            Defendants. | Case No. 2:20-cv-10536 JVS (JEMx)<br><br>**NOTICE OF ATTEMPTS TO SERVE DEFENDANT** |

Please take notice that 3M Company ("3M"), by counsel and pursuant to this Court's Order Granting Plaintiff's Ex Parte Application for Temporary Restraining Order, Order to Show Cause Re: Preliminary Injunction, Expedited Discovery (the "Order") [Dkt. 39], which requires in part that "Proof of service shall be filed no later than noon December 1, 2020," submits the attached Declaration regarding service on Defendant and as proof of Defendant's actual awareness of this action.

Dated:  December 1, 2020

Respectfully submitted,

DENTONS US LLP
Jayme C. Long
Stephanie Peatman

PIRKEY BARBER PLLC
Christopher M. Weimer

By: */s/ Christopher M. Weimer*
Christopher M. Weimer

Attorneys for Plaintiff
**3M COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2020, the foregoing NOTICE OF DOCUMENT SUBPOENAS was filed via ECF and served via US Mail at:

**Jeffrey E. Lieber**

**5550 Topanga Canyon Blvd. Suite 200**

**Woodland Hills, California 91367**

By:   /s/ *Christopher M. Weimer*
       Christopher M. Weimer