JAYME C. LONG (Bar No. 202867)
jayme.long@dentons.com
STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017
Tel:  (213) 623-9300 / Fax:  (213) 623-9924

CHRISTOPHER M. WEIMER (Texas Bar No. 24061894)
*(Pro Hac Vice)*
cweimer@pirkeybarbar.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX  78702
Tel:  (512) 322-5200 / Fax:  (512) 322-5201

Attorneys for Plaintiff
3M COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>    vs.<br><br>PAYLESSBEAUTY<br><br>        Defendant. | Case No. 2:20-cv-10536-JVS-JEM<br><br>**DECLARATION OF CHRISTOPHER M. WEIMER REGARDING SERVICE OF DEFENDANT** |

# DECLARATION OF CHRISTOPHER M. WEIMER

I, CHRISTOPHER M. WEIMER, hereby declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court. I am a partner in the law firm of PIRKEY BARBER PLLC, attorneys for Plaintiff 3M Company ("3M" or "Plaintiff") in this matter. I make this declaration, based on my own personal knowledge, regarding Plaintiff's efforts to serve the Defendant in this action with a summons as well as notice of the Court's Order Granting Plaintiff's Ex Parte Application for Temporary Restraining Order, Order to Show Cause Re: Preliminary Injunction, Expedited Discovery (the "Order") [Dkt. 39].

2. This Declaration supplements the information contained in my prior Declaration in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order, Order to Show Cause Re: Preliminary Injunction, Expedited Discovery regarding our efforts on behalf of Plaintiff to provide actual notice of the proceedings in this action to Defendant.

3. Subsequent to serving Defendant via eBay message, as authorized by the Court, I received a telephone call and e-mail correspondence from an attorney in Woodland Hills, California, Mr. Jeffrey Lieber, who has identified himself as counsel for Defendant solely for purposes of settlement negotiations. On November 30, 2020, I sent Mr. Lieber via e-mail a copy of the Court's Order, Plaintiff's Complaint, as well as expedited discovery and a Notice of Subpoena for discovery requests issued to eBay and PayPal, as authorized by the Order. Copies of the same documents were sent to Mr. Lieber's offices at the physical address listed in his e-mail signature block: 5550 Topanga Canyon Blvd. Suite 200, Woodland Hills, California 91367.

4. Mr. Lieber has stated via email that his role in representing the Defendant is limited to attempts to reach settlement and that he is "not authorized to accept service of the lawsuit because I will not be the attorney litigating this matter." I explained to Mr. Lieber that I have no other more reliable means of conveying

information to Defendant at this time, as I do not have contact information for Defendant beyond eBay's messenger service for the account linked with the "PaylessBeauty" eBay storefront. I have requested contact information for Defendant from Mr. Lieber.

5. Based on my conversation with Mr. Lieber on November 30, 2020, I believe that Defendants have actual awareness of this action, as well as Plaintiff's request for relief from this Court resulting in the Order, a copy of which we provided to Mr. Lieber.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of December 2020 at Austin, Texas.

*/s/ Christopher M. Weimer*
CHRISTOPHER M. WEIMER