JAYME C. LONG (Bar. No. 202867)
Jayme.long@dentons.com
STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

CHRISTOPHER M. WEIMER
(*Pro Hac Vice*)
(Texas Bar No. 24061894)
cweimer@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
Facsimile: (512) 322-5201

Attorneys for Plaintiff
3M COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAGE BEAUTY, INC, BLUETOUCH INC., AND THEMIS CONSULTING GROUP d/b/a SALON BACKBAR,<br><br>　　　　Defendants. | Case No. 2:20-cv-10536-JVS-JEM<br><br>**JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. James V. Selna<br>Magistrate: Hon. John E. McDermott |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Rule 21, Plaintiff 3M Company ("3M" or "Plaintiff") and Defendants Rage Beauty, Inc., Bluetouch Inc. and Themis Consulting Group d/b/a Salon BackBar (collectively "Defendants"), jointly move the Court for leave to file the First Amended Complaint, attached hereto in clean and redline form as Exhibit A. Defendants consent to the filing of the First Amended Complaint.

When considering a motion for leave to amend a pleading, the Federal Rules direct that a "court should freely give leave when justice so requires." FED. R. CIV. P. 15(a)(2). In this case, the amendment sought more accurately identifies the entities whose conduct is placed at issue in this action. Accordingly, for good cause, the parties move for leave to amend the Complaint and for entry of the First Amended Complaint.

Dated: January 21, 2021

**PIRKEY BARBER PLLC**

By: */s/ Christopher Weimer*
Christopher Weimer (Admitted *Pro Hac Vice*)
1801 East 6th Street, Suite 300
Austin, Texas 78702
Telephone: (512) 322-5200
Facsimile: (512) 322-5201
cweimer@pirkeybarber.com

and

Jayme C. Long (Bar No. 202867)
Stephanie Peatman (Bar N. 299577)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
jayme.long@dentons.com
stephanie.peatman@dentons.com

*Attorneys for Plaintiff 3M Company*

**COZEN O'CONNOR**

|   |   |
|---|---|
| 1 | By: */s/ Melanie A. Miller* |
| 2 | Melanie A. Miller<br>One Liberty Place |
| 3 | 1650 Market Street, Suite 2800<br>Philadelphia, PA 19103 |
| 4 | Telephone:  (215) 665-2714<br>Facsimile:  (215) 701-2414 |
| 5 | mmiller@cozen.com |
| 6 | Amy Alderfer (Bar No. 205482)<br>Cozen O'Connor |
| 7 | 1299 Ocean Avenue, Suite 900<br>Santa Monica, CA 90401 |
| 8 | Telephone:  (310) 393-4000<br>aalderfer@cozen.com |
| 9 | *Attorneys for Defendants* |

3    Case No. 2:20-cv-10536-JVS-JEM
JOINT MOTION FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021 the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

Melanie A. Miller
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2714
Facsimile: (215) 701-2414
mmiller@cozen.com

Amy Alderfer (Bar No. 205482)
Cozen O'Connor
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: (310) 393-4000
aalderfer@cozen.com

*/s/ Christopher Weimer*
Christopher Weimer