JAYME C. LONG (Bar. No. 202867)
Jayme.long@dentons.com
STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

CHRISTOPHER M. WEIMER
(*Pro Hac Vice*)
(Texas Bar No. 24061894)
cweimer@pirkeybarbar.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
Facsimile: (512) 322-5201

Attorneys for Plaintiff
3M COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RAGE BEAUTY, INC, BLUETOUCH INC., AND THEMIS CONSULTING GROUP d/b/a SALON BACKBAR,<br><br>Defendants. | Case No. 2:20-cv-10536-JVS-JEM<br><br>**FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. James V. Selna<br>Magistrate: Hon. John E. McDermott |

Plaintiff 3M Company ("3M" or "Plaintiff"), by and through its undersigned attorneys, hereby files this Complaint against Rage Beauty Inc, Bluetouch Inc., and Themis Consulting Group d/b/a Salon Backbar (collectively, "Defendants").  3M hereby alleges as follows based on knowledge of 3M's own actions, and on information and belief as to all other matters:

## NATURE OF THE ACTION

1.     3M brings this lawsuit to combat the sale of counterfeit 3M personal protective equipment ("PPE"), and in particular, counterfeit 3M N95 respirator products, offered in this District by Defendants through the Internet based e-commerce store eBay.com, using the seller identity "paylessbeauty."

2.     Defendants are California businesses who have cooperated and conspired to exploit the current COVID-19 pandemic by offering counterfeit 3M N95 respirator products at inflated prices. Defendants have traded on the reputation and goodwill associated with the famous 3M mark, without 3M's authorization, and in the process misled consumers into believing that Defendants offered authorized, genuine 3M N95 respirator products that meet 3M's standards, when in fact Defendants were selling counterfeit imitations.

3.     Defendants' fraudulent sales of these counterfeit respirators jeopardize the health and safety of healthcare workers, first responders, and the public who believe they are purchasing genuine 3M N95 respirators that meet 3M's quality-control standards. While 3M N95 respirators are subject to strict quality control standards, the products offered by Defendants are of unknown provenance: the public has no way of knowing who is making them, with what materials, and with what (if any) quality control and health safety measures. This unlawful activity poses potentially serious health consequences for the public, justifying immediate judicial intervention.

4.     In addition, by using 3M's name and famous trademarks, trading on 3M's reputation and goodwill, and deceiving customers into believing that they are buying genuine 3M N95 respirators, Defendants' unlawful and unethical activities are causing 3M irreparable harm.

5.     3M therefore brings this action to stop Defendants' unlawful exploitation of the COVID-19 pandemic, to protect the public from Defendants' fraudulent and counterfeit commercial activities, and to protect 3M's name and reputation from the harm caused by Defendants' unlawful actions.

6.     The COVID-19 pandemic is ongoing, and 3M's N95 respirator products remain in high-demand to help reduce the risk of transmission of the novel coronavirus. Immediate judicial intervention is needed to prevent Defendants from jeopardizing the public health by misleading consumers into buying and using counterfeit N95 respirators while laboring under the false impression that they are genuine 3M products that meet the applicable 3M and N95 standards.

7.     On November 18, 2020, 3M first commenced this action, styled *3M Co. v. PaylessBeauty*, Case No. 2:20-cv-10536-JVS-JEM (the "Lawsuit"), against the eBay seller account "paylessbeauty."   Since that time, 3M has obtained information allowing it to identify the Defendants named in this First Amended Complaint.

8.     3M respectfully requests the Court preliminarily and permanently enjoin Defendants from using 3M's name, logo, branding, all associated trademarks and other intellectual property, and from selling counterfeit 3M-branded respirator products bearing 3M trademarks or any other 3M products.  3M further requests the Court order Defendants to disgorge any profits they have made from these fraudulent transactions, along with any other appropriate relief the Court might order.  3M has committed to donating any monetary recovery in this action to COVID-19 charitable organizations.

## **BACKGROUND**

9.     Throughout its history, 3M has been a leader in innovation and developing healthcare and safety products for industry and consumers throughout the world. 3M's PPE—and in particular 3M's N95 respirator products—are considered the gold standard for public health protection.

10.     Over the last hundred-plus years, 3M has invested hundreds of millions of dollars to advertise and promote its 3M-branded products, including, without limitation, its

3M-branded respirator products. During this time, 3M continuously used its 3M trademarks in commerce. Through this substantial investment and its extensive and continuous use of the famous 3M trademarks, 3M has established goodwill and an acclaimed reputation among the general public and healthcare and safety professionals for its high quality, safe and reliable products. Consumers associate the 3M Marks (as defined below in Paragraph 32) uniquely with 3M, and now, more than ever, consumers rely on the famous 3M Marks to indicate that the products offered thereunder are of the same superior quality that consumers have come to expect over the past century. This is especially true with respect to 3M's numerous industry-leading healthcare and PPE products, including Plaintiff's 3M-branded N95 respirators.

11.   Healthcare professionals and other first responders are heroically placing their health and safety on the line to battle COVID-19, and 3M's N95 respirator products are critical to those individuals and groups on the front lines combating COVID-19. First responders, healthcare professionals, and the public have come to depend on the quality and dependability that the 3M brand signifies. In an effort to meet the heightened demand for 3M N95 respirators during the pandemic, 3M has increased its production of N95 respirator products to unprecedented levels. Since the COVID-19 pandemic began in January 2020, 3M has doubled its global production rate of N95 respirators to 1.1 billion per year, or 100 million per month. 3M is continuing to invest in the capital and resources it needs to further increase its production capacity to two billion per year globally.

12.   The demand for 3M-branded respirators has grown exponentially in response to the pandemic, and 3M has been committed to seeking to meet this demand while keeping its respirators priced fairly. 3M is working with customers, distributors, governments, and medical officials to direct 3M supplies to where they are needed most. Importantly, 3M has not increased its U.S. prices for disposable N95 respirators as a result of the pandemic.

13.   Unfortunately, a number of wrongdoers are seeking to exploit the current public health emergency and prey on innocent parties through a variety of scams involving 3M N95 respirators and other 3M PPE products in high demand. These scams include

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

unlawful price-gouging, fake offers, counterfeiting, and other unfair and deceptive practices—all of which undercut the integrity of the marketplace and constitute an ongoing threat to public health and safety.

14.     In response to fraudulent activity, price-gouging and counterfeiting related to N95 respirators that has spiked in the marketplace in response to the pandemic, 3M is taking an active role to combat these activities. 3M's actions include working with law enforcement authorities around the world, including the Department of Justice, state Attorneys General, the Federal Bureau of Investigation, and local authorities to combat price-gouging and other unlawful activities. 3M has established a dedicated point of contact for federal and state procurement officials to promptly validate third-party offers and quotes. In doing so, 3M has already helped prevent dozens of potentially fraudulent transactions with federal agencies, state governments, municipal governments, private enterprises and other organizations. 3M is in regular contact with numerous governors and state attorneys general regarding these efforts to prevent and combat fraud.  The Department of Justice has publicly thanked 3M for the assistance it has provided in investigations that have led to arrests.  *See* Press Release: New Jersey Man Arrested For $45 Million Scheme To Defraud And Price Gouge New York City During COVID-19 Pandemic, *available at* https://www.justice.gov/usao-sdny/pr/new-jersey-man-arrested-45-million-scheme-defraud-and-price-gouge-new-york-city-during (May 26, 2020)**.**

15.     3M has also created a COVID-19 Fraud Hotline, where the public can report to 3M suspected cases of fraud, price-gouging, and counterfeit activities in connection with 3M PPE.  In addition, 3M is publishing information about its anti-price-gouging and counterfeiting efforts on the 3M website (*see* https://www.3m.com/3M/en_US/worker-health-safety-us/covid19/covid-fraud/), including disclosure of 3M's list prices for the most common models of its N95 respirators so that customers can identify and avoid inflated prices, and the web address and phone numbers that can be used to identify 3M authorized distributors and dealers in the United States and Canada. A true and correct copy of this publication is attached hereto as **Exhibit 1**.

16.     3M does not—and will not—condone individuals or entities deceptively trading off the fame and goodwill of the 3M name and marks for criminal gain. This is particularly true against those who seek to exploit the surge in demand for 3M-branded products during the global COVID-19 pandemic.

17.     3M has already filed over twenty lawsuits in connection with its fight against fraud, price gouging, and counterfeiting, and has sent dozens of cease and desist letters against numerous bad actors perpetrating fraud amidst the COVID-19 pandemic.  3M has further assisted in investigations resulting in the seizure of thousands of counterfeit respirators throughout the world. *See e.g.,* "3M's efforts on N95 crackdown leads to raids in Vietnam, U.A.E." Minn. Star Tribune, October 5, 2020 (available at https://www.startribune.com/3m-s-efforts-on-counterfeit-n95-mask-crackdown-leads-to-raids-in-vietnam-u-a-e/572638472).

18.     Defendants, like many sellers of counterfeit goods on interactive websites, have relied on the supposed anonymity afforded by the Internet to escape detection and liability. Only through the filing of this action has 3M been able to determine the identify of Defendants.

19.     To further protect the public from Defendants' fraud and pandemic profiteering, to prevent the proliferation of imitation and counterfeit PPE, and to forestall any further diminution to 3M's reputation, fame, and goodwill, 3M brings this lawsuit against Defendants for counterfeiting, trademark infringement, false designation of origin, and trademark dilution, based on Defendant's misuse of Plaintiff's trademarks to market and sell counterfeit 3M products.

20.     3M seeks preliminary and permanent injunctive relief. Any damages, costs, or fees recovered by 3M will be donated to charitable COVID-19 relief efforts.

## THE PARTIES

21.     Plaintiff 3M Company is a Delaware corporation, with a principal place of business and corporate headquarters located at 3M Center, St. Paul, Minnesota 55144. 3M is a diversified technology company with a global presence and is among the leading

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

1   manufacturers of products for many of the markets it serves, including PPE such as 3M-
2   branded N95 respirators.

3   22.   On information and belief, Defendants Rage Beauty, Inc.; Bluetouch, Inc.; and
4   Themis Consulting Group d/b/a Salon Backbar are all California corporations with the same
5   business address at 8125 Remmet Avenue, Canoga Park, California 91304.

6   23.   Defendants together have cooperated in purchasing the 3M-branded products
7   at issue in this lawsuit and which have been offered through the eBay seller account under
8   the eBay seller alias "paylessbeauty," together, Defendants are responsible for procurement,
9   sales, and collections in connection with that account.

10   **JURISDICTION & VENUE**

11   24.   This Court has original subject matter jurisdiction over the claims in this action
12   pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, et seq., 28 U.S.C. § 1338(a)-
13   (b), 28 U.S.C. § 1331, and 28 U.S.C. §1121.

14   25.   The claims for trademark infringement, counterfeiting, unfair competition,
15   false designation of origin, and trademark dilution, asserted in Counts I – III, *infra*, arise
16   under the Trademark Act of 1946 (as amended; the "Lanham Act"), namely, 15 U.S.C.
17   §§ 1051 *et seq.* Accordingly, this Court has original and subject-matter jurisdiction over
18   Counts I – III pursuant to 28 U.S.C. §§ 1331, 1338(a), and 15 U.S.C. § 1121(a).

19   26.   The additional claims arise under California law, and are so related to the
20   federal claims asserted in Counts I – III, *infra*, that they form part of the same case or
21   controversy. Accordingly, this Court has supplemental jurisdiction over Counts IV – V
22   pursuant to 28 U.S.C. §§ 1338(b) and 1367(a).

23   27.   Defendants seek to do business with residents in this District through the use
24   of an interactive commercial website—namely, eBay—offering infringing 3M PPE.
25   Defendants place no restriction on the marketing and sale of counterfeit 3M products to
26   residents of California and this District. Through the eBay seller account "paylessbeauty,"
27   Defendants have cooperated in the sale of products bearing infringing and counterfeit
28   versions of 3M's federally registered trademarks to residents of California and this District.

28.     Defendants have also incorporated in the State of California and have purposefully availed themselves of the privilege of transacting business within the State of California, including in this District, by operating a place of business in Canoga Park, California. Additionally, Defendants are subject to personal jurisdiction in California because they are located and incorporated in Calfornia, and their eBay listings show the items in question to be located in Los Angeles, California; consequently, Defendants are purposefully availing themselves of this forum to further their business. Further, 3M's claims arise out of and relate to Defendants' transaction of business and tortious acts committed within the State of California, including in this District. Based on the foregoing, this Court has jurisdiction over Defendants.

29.     A substantial part of the events giving rise to the claims asserted, *infra*, occurred in this District. Accordingly, venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2). Additionally, Defendants are subject to personal jurisdiction in this District. Accordingly, venue is also proper in this District pursuant to 28 U.S.C. § 1391(b)(3).

## FACTS

## I.     Plaintiff 3M

30.     3M has grown from humble beginnings in 1902 as a small-scale mining venture in Northern Minnesota to what it is today, namely: an industry-leading provider of innovative products throughout the world. Today, 3M's portfolio includes more than 60,000 goods and services, ranging from household and school supplies, to industrial and manufacturing materials, to medical supplies and equipment.

### A.     The 3M Brand

31.     3M offers its vast array of goods and services throughout the world under numerous brands, including, for example: ACE; POST-IT; SCOTCH; NEXCARE; and more. Notwithstanding the widespread goodwill and resounding commercial success enjoyed by these brands, 3M's most famous and widely recognized brand is its eponymous "3M" brand.

32.     The 3M brand is associated with products and materials for a wide variety of medical devices, supplies, and PPE, including, for example: respirators; stethoscopes; medical tapes; surgical gowns, blankets, and tape; bandages and other wound-care products; and many more. As a result, 3M-branded products are highly visible throughout hospitals, nursing homes, and other care facilities where patients, care providers, and procurement officers value and rely upon the high quality and integrity associated with the 3M brand.

**B.     The Famous "3M" Marks**

33.     Over the past century, 3M has invested hundreds of millions of dollars in advertising and promoting its 3M-branded products to consumers throughout the world (including, without limitation, its 3M-branded N95 respirators) under the standard-character mark "3M" and the 3M logo shown below (together, the "3M Marks"):



34.     For decades, products offered by 3M under the 3M Marks have enjoyed enormous commercial success (including, without limitation, 3M-branded N95 respirators), with billions of dollars in sales in 2020 alone.

35.     Over the same period of time, products offered under the 3M Marks have regularly been the subject of widespread, unsolicited media coverage and critical acclaim.

36.     Based on the foregoing, consumers associate the 3M Marks uniquely with 3M and recognize them as identifying 3M as the exclusive source of goods and services offered under the 3M Marks. Based on the foregoing, the 3M Marks have also become famous among consumers in California and throughout the United States.

37.     To strengthen 3M's common-law rights in and to its famous 3M Marks, 3M has obtained numerous federal trademark registrations, including, without limitation: (i) U.S. Trademark Reg. No. 3,398,329, which covers the standard-character 3M mark in Int. Classes 9 and 10 for, inter alia, respirators (the "'329 Registration"); (ii) U.S. Trademark Reg. No. 2,692,036, which covers the 3M logo for, inter alia, a "full line of surgical masks, face shields, and respiratory masks for medical purposes" (the "'036 Registration"); and (iii) U.S.

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Trademark Reg. No. 2,793,534, which covers the 3M design mark in Int. Classes 1, 5, and 10 for, inter alia, respirators (the "'534 Registration"). True and correct print-outs of 3M Company's registration certificates for the aforementioned marks are attached hereto as **Exhibits 2, 3, and 4**.

38.     Each of the foregoing Registrations is valid, in effect, and registered on the Principal Trademark Register of the United States Patent & Trademark Office.

39.     Each of the foregoing Registrations is "incontestable" within the meaning of 15 U.S.C. § 1065. Accordingly, each Registration constitutes conclusive evidence of: (i) 3M's ownership of the 3M Marks; (ii) the validity of the 3M Marks; (iii) the validity of the registration of the 3M Marks; and (iv) 3M's exclusive right to use the 3M Marks throughout the United States for, inter alia, respirators.

40.     Plaintiff's famous 3M Marks do more than identify 3M as the exclusive source of goods and services offered thereunder. Indeed, the famous 3M Marks also signify to consumers that 3M-branded products offered under the 3M Marks are of the highest quality and adhere to the strictest quality-control standards. Now, more than ever, consumers rely on the famous 3M Marks' ability to signify that products offered under the 3M Marks are of the same high quality that consumers have come to expect of the 3M brand over the past century.

**C.     3M's Extensive Efforts to Assist with the Battle Against COVID-19**

41.     As detailed on 3M's website, 3M is providing its 3M-branded N95 respirator products to healthcare workers, first responders, and the public to help combat the COVID-19 pandemic:



FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

42.     Authentic 3M-branded N95 respirators reduce exposure to airborne biological particles and liquid contamination when appropriately selected, fitted, and worn.

43.     Based on the exponential increase in demand for 3M-branded N95 respirators, 3M has invested in the necessary capital and resources to double its annual production of 1.1 billion N95 respirators. At the same time, 3M has not increased its U.S. prices for disposable N95 respirators as a result of the pandemic. *See id.*

44.     Unfortunately, Defendants and other opportunistic third parties have sought to exploit the increased demand for 3M-branded N95 respirators by selling counterfeit versions of 3M's products, often at inflated prices compared to genuine 3M product.

45.     3M is working diligently with law enforcement, retail partners, and others to combat unethical and unlawful business practices related to 3M-brand N95 respirators in order to protect the public and healthcare professionals from counterfeiting, misleading, and inferior products, to reduce time wasted by healthcare providers and procurement officers on scams, as well as to protect 3M's goodwill, reputation, and carefully curated 3M brand.

46.     As shown in the inset image, additional examples of 3M's efforts to combat price-gouging, counterfeiting, and other unlawful conduct during COVID-19 include:

    A.     3M posted on its website the U.S., per respirator, single case list price for the most common models of its 3M-branded N95 respirators so that consumers can readily identify inflated pricing (*See* **Exhibit 1** and https://www.3m.com/3M/en_US/worker-health-safety-us/covid19/covid-fraud/);



S-JEM

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

B.   3M created a form on its website as well as a telephone hotline that the public can use to report suspected incidents of fraud, price-gouging and counterfeiting (*See* **Exhibit 5**);



C.   3M has created online resources to help the public spot incidents of price-gouging, identify counterfeiting, and ensure products are from 3M authorized distributors. *See*, e.g.,

https://www.3m.com/3M/en_US/company-us/coronavirus/:



D.   The 3M website further allows the public to track 3M's enforcement activities against fraudulent activity in connection with 3M products, such as N95 respirator products, during the COVID-19 pandemic. *See* https://news.3m.com/English/3m-stories/3m-details/2020/3M-

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

expands-actions-globally-to-fight-COVID-fraud-counterfeiting-price-gouging/default.aspx:



**3M Enforcement Activities**

To help combat COVID-19 related fraud, 3M has established new 3M hotlines in the U.S. and around the world to help end-users and purchasers of 3M products identify authentic 3M respirators and ensure products are from 3M authorized distributors. 3M has not, and will not, raise prices for its respiratory protection products as a result of the COVID-19 pandemic. 3M has published the current U.S. list prices for many of the most common models of 3M N95 respirators to help customers identify and avoid inflated prices. We have also filed lawsuits in courts across the country against wrongdoers, terminated 3M distributors for engaging in price gouging or violating 3M policy, and collaborated with law enforcement and technology companies to combat fraud.

See the actions 3M has taken to fight fraud, counterfeiting, and price gouging tied to the COVID-19 pandemic.

Stay current on 3M's enforcement efforts.

3M ACTIONS BY THE NUMBERS (PDF, 111 KB)

IN THE NEWS

    E.     To date, 3M has investigated more than 7,700 fraud reports globally, filed over 20 lawsuits, and has been granted nine temporary restraining orders and seven preliminary injunctions.  Additionally, over 13,500 false or deceptive social media posts, over 11,500 fraudulent e-commerce offerings, and at least 235 deceptive domain names have been removed.  *See* https://www.3m.com/3M/en_US/worker-health-safety-us/covid19/covid-fraud.

## II.  Defendant's Unlawful Conduct

    47.    Despite 3M's extensive measures to combat price-gouging and counterfeiting of its 3M-branded N95 respirators, illicit activities by bad actors continue.

    48.    Defendants' actions are prime examples of this unlawful behavior, which is damaging the 3M brand and jeopardizing the public's health and safety in a time of unprecedented crisis. Defendants' conduct also undermines public trust in the 3M trademarks and 3M's goodwill at a time when the consuming public in this District and throughout the country seeks reliable PPE to safeguard against transmission of the novel coronavirus.

    49.    Counterfeit sellers like Defendants employ strategies to avoid risks associated with being shut down through takedown requests to e-commerce websites, often acquiring multiple seller aliases for the purpose of offering counterfeit 3M products. These seller alias

registration strategies help to conceal their identities and further hamper efforts to detect the full scope of the often-shadowy counterfeiting operations underlying their conduct.

50.     Recently, 3M learned of Defendants' online sales of counterfeit 3M products. From 3M's review of product listings associated with the "paylessbeauty" seller account, 3M determined that the account contained offers for counterfeit goods bearing the 3M Marks. Representative samples of Defendants' product offerings through the "paylessbeauty" seller account are attached as **Exhibit 6**.

51.     Through an investigator, 3M also purchased from Defendants' eBay account what Defendants represented were genuine 3M 1860 N95 respirators. *See* **Exhibit 6** (product listings).

52.     Defendants shipped the counterfeit 3M product from an address in Canoga Park, California.  *See* **Exhibit 7.**

53.     Upon receipt of the product, 3M confirmed that it was a counterfeit 3M product.

54.     3M has also determined that Defendants' eBay seller page contained listings depicting genuine 3M products at inflated prices; in other words, Defendants have been price-gouging consumers, intermingling genuine and counterfeit products at inflated prices that are more than six times more expensive than 3M's published list prices for genuine 3M products.

55.     An eBay product listing from the account associated with Defendants shows that Defendants sold at least 970 units of a 3M N95 1860-model respirator at a price of $158.99 for a carton of 20 respirators.  *See* **Exhibit 8.**  That price, without shipping, is equivalent to $7.95 per respirator, which is more than 6.25 times higher than 3M's list price of $1.27 for the same model of respirator. *See* U.S. List Prices: https://multimedia.3m.com/mws/media/1862179O/get-the-facts-n95-respirator-pricing.pdf.

56.     3M has not provided any authorization or license to Defendants to use the 3M Marks in connection with its advertisement, marketing, sale, distribution and/or shipment of 3M products, much less counterfeit 3M products.  Despite this, the eBay seller account

operated by Defendants claimed to be an "**Authorized US Seller**" of 3M products on at least one of their eBay listings for 3M products, as shown here (emphasis added):



57.     On information and belief, Defendants intentionally, knowingly and willfully have used the 3M Marks in connection with advertisement, marketing, sale, distribution and/or shipment of counterfeit 3M products into the United States and California by means of interactive Internet websites.

58.     Defendants' unauthorized use of the 3M Marks in connection with the advertising, distribution, offering for sale, and sale of counterfeit 3M products into the United States, including California, is likely to cause and has caused confusion, mistake, and deception by and among consumers and is irreparably harming both consumers and 3M. Among other things, Defendants' unlawful conduct risks the health and safety of the public, impairs the supply chain supporting healthcare workers and others, and damages 3M's brand and goodwill.

59.     If Defendants' unlawful conduct is not enjoined, there is a substantial risk that consumers will continue to purchase counterfeit 3M products from Defendants believing that they offer the same level of protection and quality provided by genuine 3M products, when in fact these counterfeit 3M products may be of lower quality and fail to adequately protect the health of the purchasing consumers.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

*(Trademark Infringement and Counterfeiting*

*Under the Lanham Act, 15 U.S.C. §§ 1114, 1117)*

60.    3M repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

61.    Count I is a claim for federal counterfeiting and trademark infringement under 15 U.S.C. §§ 1114, 1117.

62.    3M is the exclusive owner of each of the federally registered 3M Marks.

63.    3M has the exclusive right to use each of the 3M Marks in United States commerce for, *inter alia*, advertising, promoting, offering for sale, and selling Plaintiff's 3M-branded N95 respirators.

64.    3M's exclusive rights in and to each of the 3M Marks predate any rights that Defendants could establish in and to any mark that consists of "3M" in whole and/or in part.

65.    Each of the 3M Marks are inherently distinctive.

66.    Each of the 3M Marks identifies 3M as the exclusive source of products offered under the 3M Marks (including, without limitation, 3M-branded N95 respirators) and, therefore, the 3M Marks have acquired distinctiveness.

67.    Defendants have used the 3M Marks in commerce to advertise, promote, offer for sale, and sell and distribute counterfeit 3M-branded respirators, including through the use of interactive websites facilitating such conduct.

68.    Defendants' use of the 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products, as alleged, herein, is causing, and is likely to continue to cause, consumer confusion, mistake, and/or deception about whether any or all of Defendants are 3M, and/or whether any or all of Defendants are licensees, authorized distributors, and/or affiliates of 3M and/or products that 3M offers under its 3M Marks, including, without limitation, 3M-branded N95 respirators.

69.    Defendants' use of the 3M Marks in commerce on, for, and/or in connection

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

with the advertising, promotion, offering for sale, and/or sale of products, as alleged, herein, is causing, and is likely to continue cause, consumer confusion, mistake, and/or deception about whether Defendants' products are affiliated, connected, and/or associated with 3M and/or products that 3M offers under its 3M Marks, including, without limitation, 3M-branded N95 respirators.

70.     Defendants' use of the 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products, as alleged, herein is causing, and is likely to continue to cause, consumer confusion, mistake, and/or deception about whether Defendants and/or Defendants' products originate with, and/or are sponsored or approved by, and/or are offered under a license from, 3M.

71.     3M has not consented to the use of its famous 3M Marks by Defendants.

72.     Defendants reproduce, counterfeit, copy, and/or colorably imitate the registered 3M Marks and apply such reproductions, counterfeits, copies and/or colorable imitations of the 3M Marks to labels, signs, prints, packages, wrappers, receptacles and/or advertisements in connection with the sale, offering for sale, distribution, or advertising of goods or services, which conduct is likely to cause confusion, or to cause mistake, or to deceive consumers.

73.     Based on 3M's longstanding and continuous use of its 3M Marks in United States commerce, as well as the federal registration of the 3M Marks, Defendants had actual and constructive knowledge of 3M's superior rights in and to the 3M Marks when Defendants began using the 3M Marks as part their bad-faith scheme to confuse and deceive consumers, as alleged, herein.

74.     Upon information and belief, Defendants adopted and used the 3M Marks in furtherance of Defendants' willful, deliberate, and bad-faith scheme of trading upon the extensive consumer goodwill, reputation, fame, and commercial success of products that 3M offers under its 3M Marks, including, without limitation, 3M-brand N95 respirators.

75.     Upon information and belief, Defendants have made—and if not enjoined from doing so, will continue to make—substantial profits and gain from their unauthorized use of

the 3M Marks, to which Defendants are not entitled at law or in equity.

76.     Defendants' acts and conduct complained of herein constitute actionable infringement in violation of 15 U.S.C. § 1114.

77.     3M has suffered, and will continue to suffer, irreparable harm from Defendants' acts and conduct complained of herein, unless restrained by law. The damage suffered by 3M is exacerbated by the fact that Defendants are advertising and offering for sale counterfeit 3M-branded N95 respirators during a global pandemic when 3M's products are necessary and relied upon to protect public health. Such conduct invites public criticism of 3M and the manner in which 3M's N95 respirators are being distributed and sold during the COVID-19 pandemic, and is likely to cause confusion about 3M's role in the marketplace for respirators that are essential to safeguarding public health. Whereas 3M's corporate values and brand image center around the application of science to improve lives, Defendants' conduct imminently and irreparably harms 3M's brand and puts the public's health and safety at risk.

78.     3M has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

### *(Unfair Competition, False Designation of Origin - 15 U.S.C. § 1125(a))*

79.     3M repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

80.     Count II is a claim for federal unfair competition, false endorsement, false association, and false designation of origin under 15 U.S.C. § 1125(a)(1)(A).

81.     Defendants' acts and conduct complained of herein constitute unfair competition, false endorsement, false association, and/or false designation of origin in violation of 15 U.S.C. § 1125(a)(1)(A).

82.     Defendants' use of Plaintiff's famous 3M Marks to advertise, market, offer for sale, and/or sell purported 3M-branded N95 respirators to consumers, in general, and during a global pandemic such as COVID-19, specifically, also constitutes unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A).

83.     By using the 3M Marks in connection with the sale of counterfeit products, Defendants create a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the counterfeit products.  Defendants' conduct constitutes willful false designation of origin and misrepresentation of fact as to the origin and/or sponsorship of the counterfeit products to the general public under 15 U.S.C. §§ 1114, 1125.

84.     3M has suffered, and will continue to suffer, irreparable harm from Defendants' acts and conduct complained of herein, unless restrained by law. 3M has no adequate remedy at law.

**THIRD CLAIM FOR RELIEF**

*(Trademark Dilution Under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c))*

*(Dilution of the Famous 3M Marks)*

85.     3M repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

86.     Count III is a claim for federal trademark dilution under 15 U.S.C. § 1125(c).

87.     The 3M Marks are famous and have been famous at all times relevant to this action. The 3M Marks were famous before and at the time Defendants began using the 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products (including, without limitation, 3M-branded N95 respirators).

88.     Defendants' use of Plaintiff's famous 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products (including, without limitation, 3M-branded N95 respirators) is likely to dilute the distinctive quality of the famous 3M Marks, such that the famous 3M Marks' established selling power and value will be whittled away.

89.     Defendants' use of the famous 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of counterfeit products (including, without limitation, 3M-branded N95 respirators) in general, and during a global pandemic such as COVID-19, specifically is likely to dilute and tarnish the reputation of the famous 3M Marks, such that the famous 3M Marks' established ability to

indicate the superior quality of products offered under such Marks (including, without limitation, 3M-branded N95 respirators), will be impaired.

90.     Defendants' misconduct threatens to harm the reputation of the 3M Marks, constituting dilution by tarnishment of the famous 3M Marks.

91.     Defendants' acts and conduct complained of herein constitute trademark dilution in violation of 15 U.S.C. § 1125(c).

92.     3M has no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

*(Price-Gouging and False Advertising in Violation of California Unfair Competition Law – Business & Professions Code, § 17200 et seq.)*

93.     3M repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

94.     Count IV is a claim for price-gouging and false advertising, which is an unlawful business practice and act of unfair competition in violation of California Business & Professions Code § 17200 *et seq.*

95.     On March 4, 2020, California Governor Gavin Newsom declared a state of emergency to exist in California in response to COVID-19.

96.     That same day, California Attorney General Xavier Becerra issued a price-gouging alert reminding all Californians that, under Penal Code § 396, price-gouging is illegal in all California communities during the declared state of emergency.

97.     On March 12, 2020, Governor Newsom issued an executive order further enhancing the ability of the California state and local governments to respond to COVID-19.

98.     Defendants have cooperated and conspired to sell genuine and counterfeit 3M-branded N95 respirators for a price more than six times greater than the price charged by 3M, in violation of Penal Code § 396.

99.     Defendants' violation of Penal Code § 396 constitutes an unlawful business practice and an act of unfair competition within the meaning of California Business & Professions Code § 17200, *et seq.*  It is also a crime under California law.

100.     In addition, the eBay seller page through which Defendants have offered the products in question depicts listings of both apparently genuine 3M products along with counterfeit 3M products, together with a statement that eh seller page is an "authorized US Seller" of 3M products. This conduct is designed to confuse consumers into believing that Defendants' products and/or services are sponsored by, endorsed by, or originate from 3M or are otherwise connected or affiliated with or approved by 3M.

101.     Defendants' unauthorized use in commerce of the 3M Marks is also likely to cause consumer confusion or mistake or to deceive consumers into believing that Defendants' products and/or services are sponsored by, endorsed by, or originate from 3M or are otherwise connected or affiliated with or approved by 3M, thereby causing loss, damage, and injury to 3M and to the purchasing public, constituting unlawful, unfair, and fraudulent business practices in violation of California Business & Professions Code 17200, et seq.

102.     Defendants' marketing and advertisement of products with the 3M Marks, as alleged herein, was intended to and did mislead 3M's customers and consumers to believe that such products were manufactured or distributed by, or authorized for manufacture or distribution by, 3M, in violation of California Business & Professions Code § 17200, et seq.

103.     This conduct, together with Defendants' other acts alleged herein constitute unfair, unlawful, and fraudulent business acts and practices under California Business & Professions Code § 17200, et seq., because such acts are forbidden by various state and federal laws and are unscrupulous, unfair, and injurious to 3M. Defendants' acts have irreparably damaged 3M and the consuming public and will continue to do so unless restrained by this Court, and 3M is without an adequate remedy at law.

## FIFTH CLAIM FOR RELIEF

*(Common Law Unfair Competition)*

104.    3M repeats and incorporates by reference the statements and allegations in the preceding paragraphs of the Complaint as though set forth fully herein.

105.    Count V is a claim for unfair competition in violation of California common law.

106.    Defendants' acts and conduct complained of herein constitute unfair competition in violation of California common law.

107.    3M has suffered, and will continue to suffer, irreparable harm from Defendants' acts and conduct complained of herein, unless restrained by law.

108.    3M has been damaged by the acts of Defendants in an amount, currently unknown, to be proved at trial and donated to charitable COVID-19 relief efforts, and 3M requests the relief set forth in the Prayer below.

## PRAYER FOR RELIEF

**WHEREFORE**, based on Defendants' conduct complained of herein, 3M asks this Court:

A.    To enter an Order, finding in Plaintiff's favor on each Claim for Relief asserted herein;

B.    Pursuant to 15 U.S.C. § 1116:

1.    To preliminarily and permanently enjoin Defendants, their agents, servants, employees, officers and all persons and entities in active concert and participation with them from using the 3M Marks—or any reproductions, counterfeit copies or colorable imitations thereof in any manner, as well as any other mark(s) confusingly similar thereto—for, on, and/or in connection with the manufacture, distribution, advertising, promoting, offering for sale, and/or sale of any goods that do not constitute genuine 3M product, or is not authorized by 3M to be sold in connection with the 3M Marks, including, without limitation, 3M-branded N95 respirators;

2.    To preliminarily and permanently enjoin Defendants, their agents, servants, employees, officers and all persons and entities in active concert and participation

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

with them from (i) passing off, inducing, or enabling others to sell or pass off any product as a genuine 3M product that is not produced under the authorization, control, or supervision of 3M and approved by 3M for sale under the 3M Marks; (ii) committing any acts calculated to cause consumers to believe that Defendants' counterfeit 3M products are sold under the authorization, control or supervision of 3M, or are sponsored by, approved by, or otherwise connected with 3M; (iii) further infringing the 3M Marks or otherwise damaging 3M's goodwill; (iv) shipping, distributing, warehousing, or otherwise participating in the storage, distribution, or disposal of counterfeit 3M products.

3. To order that, upon 3M's request, online marketplace platforms hosting Defendants' seller account (e.g., eBay) shall provide identifying information for the seller account "paylessbeauty," and shall cooperate to disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the 3M Marks;

4. To order Defendants to file with the Court and serve upon Plaintiff's counsel within 30 days after service of the order of injunction, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

C. Pursuant to 15 U.S.C. § 1117:

1. To order Defendants to provide 3M with a full accounting of all distribution and sale of products under the 3M Marks (including, without limitation, 3M-branded N95 respirators), as well as all profits derived therefrom;

2. To order Defendants to disgorge and pay to 3M—for donation to charitable COVID-19 relief efforts—all of Defendants' profits derived from the sale of infringing and counterfeit goods offered under the 3M Marks (including, without limitation, 3M-branded N95 respirators);

3. To award 3M—for donation to charitable COVID-19 relief efforts— treble damages in connection with Defendants' infringement of the 3M Marks;

4. To find that Defendants' acts and conduct complained of herein render this case "exceptional"; and

5. To award 3M—for donation to charitable COVID-19 relief efforts—its costs and reasonable attorney's fees incurred in this matter; or

6. In the alternative, to award 3M—for donation to charitable COVID-19 relief efforts—statutory damages pursuant to 15 U.S.C. § 1117(c) of not more than $2,000,000 for each counterfeit mark used by Defendants for each type of goods sold, offered for sale, or distributed, as the Court considers just.

D. Pursuant to 15 U.S.C. § 1118, to order the destruction of all unauthorized goods and materials within the possession, custody, and control of Defendants that bear, feature, and/or contain any copy or colorable imitation of 3M's Marks.

E. For Claims Four and Five, to issue an order permanently enjoining Defendants, their officers, agents, representatives, servants, employees, successors and assigns, and all others in active participation with them from engaging in conduct involving the advertisement or sale of 3M-branded products as described above, to award 3M restitution in the form of disgorgement of profits earned by Defendants in unlawfully selling counterfeit 3M products, and to award 3M its attorneys' fees, costs, and expenses pursuant to Cal. C.C.P. § 1021.5, with all such monetary relief to be donated to charitable COVID-19 relief efforts.

F. To award such further restitution as authorized by law, which 3M will donate to charitable COVID-19 relief efforts;

G. To award Plaintiff pre-judgment and post-judgment interest against Defendants, which 3M will donate to charitable COVID-19 relief efforts;

H. To award 3M such other relief that the Court deems just and equitable.

## **DEMAND FOR JURY TRIAL**

3M hereby requests a trial by jury for all issues so triable, pursuant to Fed. R. Civ. P. 38(b) and 38(c).

1    Dated: January 25, 2021                    **PIRKEY BARBER PLLC**

2

3                                        By:  */s/ Christopher Weimer*
                                             Christopher Weimer (Admitted *Pro Hac Vice*)
4                                            1801 East 6th Street, Suite 300
                                             Austin, Texas 78702
5                                            Telephone:  (512) 322-5200
                                             Facsimile:  (512) 322-5201
6                                            cweimer@pirkeybarber.com

7                                            and

8                                            Jayme C. Long (Bar No. 202867)
                                             Stephanie Peatman (Bar N. 299577)
9                                            DENTONS US LLP
                                             601 South Figueroa Street, Suite 2500
10                                           Los Angeles, CA 90017-5704
                                             Telephone:  (213) 623-9300
11                                           Facsimile:  (213) 623-9924
                                             jayme.long@dentons.com
12                                           stephanie.peatman@dentons.com

13                                           *Attorneys for Plaintiff 3M Company*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**3M** Science.
Applied to Life.™

# Get the Facts. N95 Respirator Pricing

To help customers identify and avoid inflated prices, 3M has published its current single-case list prices for many of the most common 3M N95 respirator models sold in the U.S.

**3M has not changed the prices we charge for 3M respirators as a result of the COVID-19 outbreak.**

## U.S. List Prices for Common N95 Respirator Models

These list prices are per respirator.

These list prices represent suggested prices to end customers. 3M's prices to its authorized distributors are lower than these list prices.

An end customer's actual prices may be lower than these list prices, as negotiated between the end customer and its chosen distributor.

List prices for these models sold in Canada are similar on a currency-adjusted basis.

| Model | Type | List Price (USD) |
|---|---|---|
| 1804 | Surgical | $0.68 |
| 1804S | Surgical | $0.68 |
| 1860 | Surgical | $1.27 |
| 1860S | Surgical | $1.27 |
| 1870+ | Surgical | $1.78 |
| 8210 | Standard | $1.02 - $1.31 |
| 8210Plus | Standard | $1.18 - $1.50 |
| 8210V | Standard | $1.48 - $1.88 |
| 8110S | Standard | $1.08 - $1.37 |
| 8200 | Standard | $0.63 - $0.80 |
| 8511 | Standard | $2.45 - $3.11 |
| 9105 | Standard | $0.64 - $0.81 |
| 9105S | Standard | $0.64 - $0.81 |
| 9210+ | Standard | $1.40 - $1.78 |
| 9211+ | Standard | $2.68 - $3.40 |

**Additional Links**
3M Disposable Respirators | Quick Reference Guide

**If you suspect fraud or price gouging contact 3M immediately.**
Contact the 3M Fraud Hotline at 1 (800) 426-8688 or on the web at go.3M.com/covidfraud.

3M Company | 3M Center | St. Paul, MN 55144-1000 | *This document is applicable to U.S and Canada supply of N95 respirators*

© 3M 2020. All Rights Reserved. Rev B-7/8/2020

# EXHIBIT 2

Int. Cls.: **9 and 10**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 39 and 44**

**United States Patent and Trademark Office**

Reg. No. **3,398,329**
Registered Mar. 18, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# 3M

3M COMPANY (DELAWARE CORPORATION)
3M CENTER, 220-9E-01
2501 HUDSON ROAD
ST. PAUL, MN 55144

FOR: FULL LINE OF PARTICULATE, OZONE, GAS, VAPOR, CHEMICAL, BIOHAZARD AND OTHER RESPIRATORS, INCLUDING FILTERING FACE-PIECE RESPIRATORS AND ELASTOMERIC FACE-PIECE RESPIRATORS, OTHER THAN FOR ARTIFICIAL RESPIRATION; FULL LINE OF SELF-RESCUE AND PROTECTION APPARATUS, NAMELY, OXYGEN BREATHING UNITS, SUPPLIED-AIR RESPIRATORS, AND POWERED AIR-PURIFYING SYSTEMS (PAPRS) RESPIRATORS; CARTRIDGES, FILTERS, AIR TANKS AND OTHER COMPONENT PARTS FOR RESPIRATORS AND BREATHING UNITS; DUST MASKS; FULL LINE OF PROTEC-TIVE EYEWEAR, NAMELY, SAFETY GOGGLES, EYEGLASSES AND EYE SHIELDS; FACE-PROTEC-TION SHIELDS; EAR PLUGS AND EAR MUFFS TO ATTENUATE SOUND AND PROTECT HEARING; HARD HATS AND OTHER PROTECTIVE HEL-METS; WELDING HELMETS; AIR MONITORING DEVICES AND SENSORS FOR MEASURING GASES AND VAPOR CONCENTRATION LEVELS; GAS DETECTORS FOR DETECTING THE PRESENCE OF CARBON MONOXIDE AND OTHER GASES; THERMAL-IMAGING CAMERAS FOR USE BY FIREFIGHTERS AND FOR SEARCH AND RESCUE; ENVIRONMENTAL SAMPLING AND TESTING IN-STRUMENTS AND EQUIPMENT, NAMELY, ELEC-TRONIC LUMINOMETERS, AND RELATED SOFTWARE, DOCKING STATIONS AND BATTER-IES, FOR DETECTING, MEASURING AND ANA-LYZING CHEMICALS, BIOLOGICAL SUBSTANCES, FOOD RESIDUES AND MICROBES; MICROBIOLOGICAL AND CONTAMINANT-TEST-ING INSTRUMENTS AND EQUIPMENT, AND SOFTWARE RELATED THERETO, FOR DETECT-ING, MEASURING AND ANALYZING BACTERIA, INCLUDING PATHOGENS SUCH SALMONELLA AND LISTERIA, ALLERGENS, TOXINS, VITAMINS,

ANTIBIOTICS, AND OTHER ORGANISMS AND SUBSTANCES; DIAGNOSTIC APPARATUS FOR TESTING FOOD; LABORATORY EQUIPMENT AND SUPPLIES, NAMELY, TEST TUBES, TEST TUBE CAPS, DIP STICKS, RACKS, MICROTITRE PLATES AND TRAYS; SECURITY SCANNERS AND READERS FOR USE IN READING PASSPORTS AND OTHER FORMS OF IDENTIFICATION; ANTI-THEFT AND LIBRARY MATERIAL CHECK-OUT SECURITY SYSTEMS; RADIO FREQUENCY IDENTIFICATION (RFID) TAGS AND READERS; COMPUTER SOFTWARE FOR SUPPLY CHAIN MANAGEMENT FROM SOURCE TO CONSUMP-TION, NAMELY, FOR COLLECTING, STORING AND MANAGING DATA, AND REPORTING, EX-ECUTING AND TRACKING, IN CONNECTION WITH ENTERPRISE RESOURCE PLANNING, SUP-PLIER ENABLEMENT, MANUFACTURING, IN-VENTORY CONTROL AND WAREHOUSING, ORDER FULFILLMENT, SHIPPING, TRANSPOR-TATION AND DELIVERY; COMPUTER SOFT-WARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT AND MEDICAL RECORDS, CODING AND GROUP-ING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND MEDICAL IMAGING SCANNERS AND RE-LATED SOFTWARE FOR CAPTURING IMAGES OF THE MOUTH AND TEETH FOR USE IN DENTIS-TRY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

FOR: FULL LINE OF SURGICAL AND MEDICAL MASKS, RESPIRATORS AND FACE AND EYE SHIELDS FOR MEDICAL AND HEALTH-CARE RELATED PERSONNEL; FULL LINE OF ORTHO-PEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COM-POSITE FABRICS CONTAINING FIBERGLASS

AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTRO-ENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS; AUTOCLAVES FOR MEDICAL USE; ORTHODONTIC APPLIANCES; DENTAL APPARATUS, NAMELY, INTRA-ORAL LIGHT SYSTEMS FOR CURING DENTAL MATERIALS, CERAMIC USED IN MAKING DENTAL CROWNS, BRIDGES AND OTHER RESTORATIVES; DENTAL INSTRUMENTS AND KITS COMPRISED OF SUCH INSTRUMENTS, NAMELY, MANDRELS, BURS, DISCS, CUPS, WHEELS, POINTS, BRUSHES AND ABRASIVE STRIPS USED TO GRIND, POLISH OR FINISH DENTAL RESTORATIVES; DENTAL INSTRUMENTS, NAMELY, SCISSORS, CRIMPING PLIERS, CONTOURING PLIERS AND IMPRESSION TRAYS; ELECTRONIC MIXERS FOR DENTAL COMPOUNDS; APPLICATORS AND DISPENSERS FOR DENTAL PRIMERS, CEMENTS, ADHESIVES, IMPRESSION MATERIALS AND RESTORATIVE MATERIALS; GLASS-FIBER POSTS USED IN DENTAL RESTORATIVE PROCEDURES; AND DENTAL PROPHYLAXIS ANGLES AND DENTAL PROPHYLAXIS CUPS FOR USE IN CLEANING TEETH AND DENTAL HYGIENE PROCEDURES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,237,168, 2,793,534 AND OTHERS.

SER. NO. 77-257,496, FILED 8-16-2007.

TARAH HARDY, EXAMINING ATTORNEY

# EXHIBIT 3

Int. Cls.: 1, 3, 5, 9, 10 and 28

Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52

Reg. No. 2,692,036

## United States Patent and Trademark Office

Registered Mar. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)
2501 HUDSON ROAD
3M CENTER
ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICATOR STRIPS AND TAPE FOR USE WITH AUTOCLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; INDICATOR STRIPS FOR TESTING GLUTARALDEHYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDITIONS FOR USE IN SAFETY-MONITORING; INDICATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZATION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CONTAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZATION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND

SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRODUCTS, NAMELY, CLEANSERS, CREAMS, LOTIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRESSINGS, MEDICATED COMPRESSES, TRANSPARENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGICAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMICROBIAL SOLUTIONS; GAUZE; WOUND HEALING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SURGICAL DISINFECTANTS AND PREPPING SOLUTIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINES OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PA-TIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,213,836, AND 1,234,260.

SER. NO. 76-137,885, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

# EXHIBIT 4

Int. Cls.: **1, 3, 5, 9, 10 and 28**

Prior U.S. Cls.: **1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52**

**Reg. No. 2,793,534**

## United States Patent and Trademark Office

Registered Dec. 16, 2003

# TRADEMARK
### PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)
2501 HUDSON ROAD
3M CENTER
ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANU-FACTURING COMPANY (DELAWARE COR-PORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICA-TOR STRIPS AND TAPE FOR USE WITH AUTO-CLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; IN-DICATOR STRIPS FOR TESTING GLUTARALDE-HYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDI-TIONS FOR USE IN SAFETY-MONITORING; INDI-CATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZA-TION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CON-TAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZA-TION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRO-DUCTS, NAMELY, CLEANSERS, CREAMS, LO-TIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRES-SINGS, MEDICATED COMPRESSES, TRANSPAR-ENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGI-CAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMI-CROBIAL SOLUTIONS; GAUZE; WOUND HEAL-ING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SUR-GICAL DISINFECTANTS AND PREPPING SOLU-TIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTRO-ENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,234,260 AND OTHERS.

THE MATTER SHOWN IN BROKEN LINES INDICATES THE RELATIVE PLACEMENT OF THE MARK ON A TYPICAL PACKAGE FOR THE GOODS AND IS NOT CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 76-138,263, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

# EXHIBIT 5





## 3M COVID-19 Anti-Fraud, Anti-Price Gouging, and Anti-Counterfe

### Have a concern to report related to Fraud, Price Gouging or Counterfeit p

At 3M, we are committed to doing all we can to help combat the fraudulent, price gouging, and counterfeit
will not tolerate any such activity by 3M authorized channel partners and we will aggressively pursue third-p
enforcement authorities around the world – including, in the U.S., the U.S. Attorney General, State Attorneys

To learn more about the actions 3M are taking to prevent respiratory product fraud, please click here

# COVID-19 Fraud

*Please complete as much of the information requested below as possible. Fields marked with an asterisk are*
*that 3M has received the report. We request that you reply to that email and attach any copies of invoices, co*
*can help us to investigate the situation.*

## Requestor Information

**First Name***

**Last Name***

**Requestor Type***

| Select One |
|---|

**Company Name (if applicable)**

**Email/Business Email Address***

**Phone/Business Phone Number***

**Country/Region***

| United States |
|---|

## Tell Us About the Fraud You Would Like to Report

**Where is the fraudulent offer or conduct occurring?***

| Select One |
|---|

**Please provide specific web page or URL link to the fraudulent offer**

# Alleged Solicitor/Seller Information

*Please provide as much information as possible.*

**Seller First Name**

**Seller Last Name**

**Seller Company**

**Seller Email**

**Seller Phone**

**Seller Country/Region**

Select One

**Seller's Website**

# Fraud Product Details

**Product 1\***

Select One

**Product 1 Price**

**Product 1 3M SKU**

**Product 1 Quantity**

**Product 2**

Select One

**Product 2 Price**

**Product 2 3M SKU**

**Product 2 Quantity**

**Product 3**

Select One

**Product 3 Price**

**Product 3 3M SKU**

**Product 3 Quantity**

**Product Fraud Details***

*Provide as much detail about the interaction as possible including how you first contacted the seller and wha*

Please be aware that the information you supply about yourself, or any aspect of 3M's operations may resul
information that, to the best of your knowledge, is correct. You will not be sanctioned for submitting informa
knowingly provide false or misleading information, it may result in disciplinary or judicial action.

3M respects your right to privacy. 3M will collect, use, and disclose the personal information you provide in
disclosures described in our Privacy Policy, 3M may share all personal information you provided in this form
governmental authorities, regulators or courts: (i) to comply with a law, regulation, court order, or other lega
investigating and responding to fraud, intellectual property infringement, violation of our contracts or agree

protect 3M rights or property or yours or others' health, safety, welfare, rights, or property; or (iv) under sim Covid 19 situation. If 3M elects to share personal information with law enforcement agencies, governmental personal information.

Submit

# EXHIBIT 6



Hi Chris!                                                                                                          Sell    Watchlist    My eBay

Search for anything                                          All Categories ▾

Back to home page  | Listed in category:   Business & Industrial  >  Healthcare, Lab & Dental  >  Medical, Lab & Dental Supplies  >  Disposable Face Masks  >
                                            See more 3M N95 Health Care Particulate Respirator Mask...

This item is out of stock.



**Sealed 3M N95 1860 Health Care Protective Respirator NIOSH Surgical Mask 20 Pack**

AUTHORIZED US SELLER !

99 product ratings

Condition:   **New**

Quantity:    [ 1 ]      0 available
                        53 sold  /  See feedback

Price:   **US $159.95**

         No Interest if paid
         in full in 6 mo on
         $99+*

Shipping:  **FREE** Expedited Shipping | See details
           Item location: Los Angeles, California, United States
           Ships to: United States  See exclusions

Delivery:  Estimated on or before **Mon. Nov. 23** to 95134

Payments:

         **PayPal CREDIT**
         *No Interest if paid in full in 6 months on $99+. | See
         terms and apply now

         Earn up to 5x points when you use your
         eBay Mastercard®. Learn more

Returns:   Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu...
Get the item you order...
your money back. Lea...

**Seller information**

paylessbeauty (21079  )
99.5% Positive feedback

         Save this Seller
Contact seller
Visit store
See other items

Have one to sell?   [ Sell now ]

Description | Shipping and payments

Seller assumes all responsibility for this listing.                                                                  eBay item number:  2644

Last updated on  Oct 14, 2020 00:45:02 PDT  View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | N95 |
| Brand: | 3M | MPN: | 1860 |

**paylessbeauty**
paylessbeauty (21079  )   99.5%                                                                        Visit Store:   payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

Case 2:20-cv-10536-JVS-JEM   Document 52   Filed 01/25/21   Page 45 of 80   Page ID #:859

## Categories

- Hair Care
- Skin Care
- Cosmetics
- Tools
- Men Care
- Baby Care
- Other

New Sealed 3M N95 1860 Health Care Respirator Particulate NIOSH Surgical Mask.

You will receive 1 box of 20 masks with each order.

Regular Size -M/L. Expire 2025.

Please contact us with any questions.

Sponsored items based on your recent views 1/4      Feedback on



New Sealed 3M 8210 Plus N95 NIOSH Particulate...

$174.95
+ $14.95 shipping
Seller 99.5% positive



3M 1860 N95 NIOSH Protective Face Mask...

$158.89
Free shipping
Seller 100% positive



Pack of 3 - 3M N95 1860s Health Care Respirator...

$39.99
+ $5.95 shipping
Almost gone



3M 9502V+ N95 Protective Disposable...

$27.89
Free shipping
Seller 100% positive



3M 9132 N95 Protective Disposable Face Mask...

$48.75
Free shipping
Seller 100% positive



Sealed 3M N95 Health Care Re...

$149.95
+ $14.95 shippi...
Seller 99.5% po...

## Ratings and Reviews

Write a

### 4.3

99 product ratings

| | |
|---|---|
| 5 | 75 |
| 4 | 7 |
| 3 | 3 |
| 2 | 0 |
| 1 | 14 |

88% Would recommend    70% Good value    89% Good quality

### Most relevant reviews

See all 7

### Real N95's, but expensive

by jake_9027
Oct 20, 2020

Top favorable review

Product was of good quality, and staff are reporting that the fit is comfortable, nursing staff believe these mask are actual N95's and qu
appears well made and genuine.

Price is rather high, but given the market competition for PPE at this time, we were willing to pay that high cost. Product was made in CH
but delivered via Canada.

We would purchase again.

Verified purchase: Yes | Condition: New | Sold by: theperfectpart

(1)    (0)

### Good protection, easy breathing, but uncomfortable

by jmor3007
Oct 06, 2020

Top critical review

On the plus side, it's a surgical-rated N95 mask, so it's rated to filter out airborne bacteria and viruses as well as particulates. So it prote
the wearer as well as others. It's also easier to breathe using this mask than using a soft mouth and face covering.  On the minus side, it'
expensive (I paid $54 for 3 masks) and is uncomfortable on the bridge of the nose if you're wearing it for an extended period. I would be
happier with it if it didn't become uncomfortable.

Verified purchase: Yes | Condition: New | Sold by: paylessbeauty

(2)    (0)

### These masks look to be the real thing.

by skrim
Oct 14, 2020

Arrived sealed in a retail looking box with a hologram seal on it.  They look to be the same build quality as my pre-Covid 3M N95 dust m
had around from last year.  The seal I mentioned says "3M Peru" on it, so I guess they came from Peru.  I checked and 3M does in fact ha
medical supply division in Lima, so that checks out.  Price is a bit high but in line with the market, supply and demand etc. Happy to ge
as I'll feel a bit safer when I have to get on a plane later this year.

Verified purchase: Yes | Condition: New | Sold by: theperfectpart

(1)    (0)

### Regular Size N-95

by robert_lutz
Nov 03, 2020

Made a mistake in not understanding the size difference between small and regular. These regular sized masks are the ones that prope
an adult.

Verified purchase: Yes | Condition: New | Sold by: paylessbeauty

(0)    (0)

### USA MADE 3M N95 MASKS ARE GREAT

by jpri7403
Sep 28, 2020

The 3M N95 1860 masks made in the U.S. are well made and as comfortable to wear as any N95 mask.  Just make sure that they are mac
the US and not in Singapore.  The Singapore-made masks are of poor quality.

Verified purchase: Yes | Condition: New | Sold by: asatechmedinc

(0)    (0)

---

More from this seller 1/2                                                                          Feedback on








Pack of 3 - 3M N95 1860 Health Care Respirator...

$39.95
+ $5.95 shipping
Popular

Sealed 3M N95 1860s Health Care Respirator...

$149.95
+ $14.95 shipping

Pack of 3 - 3M N95 1860s Health Care Respirator...

$39.99
+ $5.95 shipping
Popular

New Sealed 3M 8210 Mask N95 NIOSH Particulate...

$145.00
+ $9.95 shipping
Popular

New Sealed 3M 8200 N95 NIOSH Particulate...

$139.95
+ $14.95 shipping

New Sealed 3M N95 NIOSH Pa...

$174.95
+ $14.95 shippin
Popular

Back to home page | See More Details about "3M N95 Health Care Particulate Respirator Mask - Size ..."

More to explore : 3M Industrial Masks & Respirators, 3M Industrial Respirator Masks, 3M Half Mask Industrial Respirator Masks, 3M Full Face Respirator Masks, 3m Versaflo In Industrial Respirator Masks, 3M N95 Filter Class Industrial Mask Replacement Cartridges, Industrial Masks & Respirators, Industrial Respirator Masks, Other Industrial Masks & Respirators, MSA Industrial Respirator Masks

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

https://www.ebay.com/itm/New-Sealed-3M-N95-1860-Health-Care-Respirator-NIOSH-Surgical-Mask-Box-of-20/264870871272?hash=item3dab88c0e...    4/4

47



Hi Chris!  Sell   Watchlist   My eBay

Search for anything  [All Categories]

Back to home page | Listed in category: Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks >
See more 3M 8210 Plus N95 Particulate Respirator Face M...





     

Have one to sell? Sell now

### New Sealed 3M 8210 Plus N95 NIOSH Particulate Respirator Face Mask Box of 20

🔥 150 viewed per day   54 product ratings

Condition: New

Quantity: 1   More than 10 available
278 sold / See feedback

Price: US $174.95

No Interest if paid in full in 6 mo on $99+*

Buy It Now
Add to cart
Add to Watchlist

100% buyer satisfaction | 278 sold | More than 84% sold

Shipping: $14.95 Standard Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States  See exclusions

Delivery: Estimated on or before Mon. Nov. 23 to 95134

Payments: PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

#### Shop with confidence
eBay Money Back Gu...
Get the item you order...
your money back. Lea...

**Seller information**
paylessbeauty (21079 )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

### Similar sponsored items 1/2

US Seller Fast Shipping From USA  20 PACK
3M 1860 N95 NIOSH Protective Face Mask... $158.89 Free shipping Seller 100% positive

3M N95 Protective Disposable Face Mask... $38.99 Free shipping Seller 99.8% positive

3M™ VFlex® 9105 NIOSH Approved N95 Particulat... $165.00 Free shipping Seller 99.9% positive

Honeywell N95 Face Mask Niosh Approved N-95... $49.50 Free shipping Seller 99.9% positive

3M Aura 9205+ N95 NIOSH Protective... $35.69 Free shipping Seller 99.8% positive

3M N95 Mask Particulate Re... $120.00 Free shipping Seller 99.8% po...

Sponsored items from this seller 1/2

Feedback on

     

| | | | | | |
|---|---|---|---|---|---|
| New Sealed 3M 8210 Mask N95 NIOSH Particulate... | New Sealed 3M 8200 N95 NIOSH Particulate... | Pack of 3 3M 8210 Plus N95 NIOSH Particulate... | Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH... | Sealed 3M N95 1860s Health Care Respirator... | 3 Pack of 3M 8... NIOSH Particu... |
| $145.00 | $139.95 | $39.95 | $29.95 | $149.95 | $39.99 |
| + $9.99 shipping | + $14.95 shipping | + $5.95 shipping | Free shipping | + $14.95 shipping | + $5.95 shippin |
| Popular | | Popular | Popular | | |

---

**Description** | **Shipping and payments**

Seller assumes all responsibility for this listing.

eBay item number: 264

Last updated on Nov 14, 2020 11:20:06 PST   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| Brand: | 3M | MPN: | 8210PLUS |

**paylessbeauty**

paylessbeauty (21079  )  99.5%

Visit Store:  payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

### Categories

| Categories | |
|---|---|
| Hair Care | 3M 8210 Plus NIOSH Particulate Respirator Face Mask. |
| Skin Care | You will receive 1 box of 20 masks with each order. |
| Cosmetics | Expire-06-2025. |
| Tools | Please contact us with any questions. |
| Men Care | |
| Baby Care | |
| Other | |

Sponsored items based on your recent views 1/3          Feedback on








| 3M 1860 N95 NIOSH Protective Face Mask... | Pack of 3 - 3M N95 1860s Health Care Respirator... | 3M 9502V+ N95 Protective Disposable... | 3M 9132 N95 Protective Disposable Face Mask... | 3M 8210 N95 Particulate Respirator Mask (Box of... | New Sealed 3M NIOSH Particu... |
|---|---|---|---|---|---|
| $158.89 | $39.99 | $27.89 | $48.75 | $89.89 | $139.95 |
| Free shipping | + $5.95 shipping | Free shipping | Free shipping | Free shipping | + $14.95 shipping |
| Seller 100% positive | Almost gone | Seller 100% positive | Seller 100% positive | New | Seller 99.5% po... |

## Ratings and Reviews

Write a

3.6

54 product ratings

| 5 | 33 |
| 4 | 1 |
| 3 | 1 |
| 2 | 3 |
| 1 | 16 |

62%

Would recommend

66%

Good value

76%

Good quality

### Most relevant reviews

See all 4

by dalane408
Mar 24, 2020

**not recommendation, not exception**

Not worth the money. time to riff off customer $11 for each. Just panic to buy, no other option. It sweat, hard to breath, has to wear over n and head.

Verified purchase: Yes | Condition: New | Sold by: partycus

(11)    (3)

by 6carmina6
Mar 18, 2020

**You can't breath with this mask**

I know the mask is to help avoid particles to enter your system. But when I put it on I couldn't breath, it didn't allow my transportations t escape. Meaning I was breathing my own warm exhaled air. Don't recommend this mask.

Verified purchase: Yes | Condition: New | Sold by: bebejiang-4

(6)    (4)

by juditmcbria0
Mar 18, 2020

**Have none in mind**

Haven't had to use it yet thank God! But it's good quality.

Verified purchase: Yes | Condition: New | Sold by: skyhawk22519

(0)    (4)

### Great Product

Perfect, thank you!

by ayjacks_825
Apr 06, 2020

Verified purchase: Yes | Condition: New | Sold by: clickawning

(0)    (0)    ☐

### Taxed but legit

They actually came in the box. Not in a plastic bag or anything. Same as the ones I already owned that I had received from my employer.

by rwar4636
Aug 12, 2020

Verified purchase: Yes | Condition: New | Sold by: paylessbeauty

(0)    (0)    ☐

---

## Explore more sponsored options: Model

| N95 | More |
|---|---|



**Sealed 3M N95 1860s Health Care Respirato...**
$149.95
+ $14.95 shipping

**3M™ VFlex™ 9105 NIOSH Approved N95...**
$165.00
Free shipping
Popular

| 8210 N 95 | More |
|---|---|



**3M 8210 N95 Particulate Respirator Mask (Box ...**
$89.89
Free shipping
Popular

**Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH...**
$29.95
Free shipping
Popular

**8511 N 95**



**3M 8511 N95 Protective Disposable Face Mask...**
$39.99
Free shipping
Popular

**3M 8511 N95 Masks With...**
$35.99
+ $5.99 shipping
Popular

---

## People who viewed this item also viewed 1/2

Feedback on



**3M 1860 N95 NIOSH Protective Face Mask...**
$158.89
Free shipping
Popular



**3M 8210+ N95 Protective Disposable Face Mask...**
$129.99
Free shipping



**3M N95 Protective Disposable Face Mask...**
$38.99
Free shipping
Popular



**3M 8210 N95 Particulate Respirator Mask (Box of ...**
$89.89
Free shipping
Popular



**Honeywell N95 Face Mask Niosh Approved N-95...**
$49.50
Free shipping
Popular



**3M™ N95 8210 Respirator Fac...**
$89.95
Free shipping

---

## More from this seller 1/2

Feedback on








| | | | | | |
|---|---|---|---|---|---|
| New Sealed 3M 8210 Mask N95 NIOSH Particulate... | New Sealed 3M 8200 N95 NIOSH Particulate... | Pack of 3 3M 8210 Plus N95 NIOSH Particulate... | Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH... | Sealed 3M N95 1860s Health Care Respirator... | 3 Pack of 3M 8 NIOSH Particu... |
| $145.00 | $139.95 | $39.95 | $29.95 | $149.95 | $39.99 |
| + $9.95 shipping | + $14.95 shipping | + $5.95 shipping | Free shipping | + $14.95 shipping | + $5.95 shippin |
| Popular | | Popular | Popular | | |

Back to home page  |  See More Details about "3M 8210 Plus N95 Particulate Respirator Face Mask - 20..."

More to explore :   3M Full Face Respirator Masks,   3M Industrial Respirator Masks,   3M Industrial Masks & Respirators,   Dust Mask 3m 8210,   3M Half Mask Industrial Respirator
3M N95 Filter Class Industrial Disposable Filter Masks,   3M N95 Filter Class Industrial Mask Replacement Cartridges,   Industrial Respirator Masks,   Half Mask Respirators,
Full Face Respirator

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

11/10/20...    3M N95 1860s Health Care Respirator NIOSH Small Size Surgical Mask - Box of 20 | eBay

Hi Chris!                                                                    Sell    Watchlist    My eBay



Search for anything    [All Categories ▾]

Back to search results | Listed in category:   Business & Industrial  >  Healthcare, Lab & Dental  >  Medical, Lab & Dental Supplies  >  Disposable Face Masks





### 3M N95 1860s Health Care Respirator NIOSH Small Size Surgical Mask - Box of 20

Condition:  New

Quantity:  [1]    More than 10 available
37 sold / See feedback

Price:  **US $179.95**

No Interest if paid in full in 6 mo on $99+*

[ Buy It Now ]

[ Add to cart ]

[ Add to Watchlist ]

100% buyer satisfaction | 37 sold | 6 watchers

Shipping:  $14.95 Expedited Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States  See exclusions

Delivery:  Estimated on or before Tue. Nov. 17 to 95134

Payments:

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Gu...
Get the item you order...
your money back. Lear...

**Seller information**
paylessbeauty (21035  )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Have one to sell?  [ Sell now ]

---

### Similar sponsored items 1/2
Feedback on...



3M™ N95 1860 Health Care Particulate...
$160.00
Free shipping
Seller 99.3% positive



3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Seller 100% positive



3M N95 Small Disposable Face Mask NIOSH...
$122.49
Free shipping
Almost gone



3M™ VFlex™ 9105 NIOSH Approved N95 Particulat...
$165.00
Free shipping
Seller 99.8% positive



3M Aura 9205+ N95 NIOSH Protective...
$35.89
Free shipping
Seller 99.8% positive



3M 8200 N95 Disposable Fa...
$89.99
Free shipping
Seller 99.8% po...

Sponsored items from this seller 1/2
Feedback on...








Pack of 3 - 3M N95 1860s
Health Care Respirator...
$39.99
+ $5.95 shipping
Popular

3 Pack of 3M 8110S N95
NIOSH Particulate...
$39.99
+ $5.95 shipping

New Sealed 3M 8210 Mask
N95 NIOSH Particulate...
$145.00
+ $9.95 shipping
Popular

New Sealed 3M 8200 N95
NIOSH Particulate...
$139.95
+ $14.95 shipping
Popular

New Sealed 3M 8210 Plus
N95 NIOSH Particulate...
$174.95
+ $14.95 shipping
Popular

Pack of 3 AUTI
8210 N95 NIOS
$26.95
Free shipping
Popular

---

| Description | Shipping and payments |
| --- | --- |

Seller assumes all responsibility for this listing.                                                                    eBay item number:  2649

Last updated on  Nov 07, 2020 10:20:42 PST   View all revisions

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| --- | --- | --- | --- |
| Brand: | 3M | MPN: | 1860S |

**paylessbeauty**
paylessbeauty (21035   )  99.5%                                                                          Visit Store:  payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

---

## Categories

Hair Care

Skin Care

Cosmetics

Tools

Men Care

Baby Care

Other

3M N95 1860S Small Respirator Particulate Face Mask.

You will receive 1 box of 20 masks with each order.

**Box has a lot of damage.**

New old stock.

Please contact us with any questions.

---

Back to search results

More to explore :  3M Industrial Masks & Respirators,   3M Industrial Respirator Masks,   3M Full Face Respirator Masks,   3M Industrial Respirator Masks Size L,
3m Versaflo In Industrial Respirator Masks,   3M N95 Filter Class Industrial Mask Replacement Cartridges,   3M N95 Filter Class Industrial Disposable Filter Masks,
Industrial Masks & Respirators,   Industrial Respirator Masks,   Other Industrial Masks & Respirators

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Hi Chris!

Sell    Watchlist    My eBay



| Search for anything | All Categories ▾ |

Back to search results | Listed in category:    Business & Industrial  >  Healthcare, Lab & Dental  >  Medical, Lab & Dental Supplies  >  Disposable Face Masks  >
See more 3M 8210 Plus N95 Particulate Respirator Face M...



### New Sealed 3M 8210 Plus N95 NIOSH Particulate Respirator Face Mask Box of 20

🔥 6 viewed per hour                    54 product ratings

Condition:  **New**

Quantity:  [ 1 ]    More than 10 available
                    272 sold / See feedback

Price:  **US $174.95**

No Interest if paid
in full in 6 mo on
$99+*

100% buyer satisfaction | 272 sold | More than 91% sold

Shipping:  $14.95 Standard Shipping | See details
           Item location: Los Angeles, California, United States
           Ships to: United States  See exclusions

Delivery:  Estimated on or before **Tue. Nov. 17** to 95134

Payments:

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

          Earn up to 5x points when you use your
          eBay Mastercard®. Learn more

Returns:   Seller does not accept returns | See details

**Buy It Now**
**Add to cart**
**Add to Watchlist**

#### Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

#### Seller information

paylessbeauty (21035   )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items



Have one to sell?  **Sell now**

---

Similar sponsored items 1/2                                                                 Feedback or


3M N95 Small Disposable Face Mask NIOSH...
$122.49
Free shipping
Last one


3M™ N95 1860 Health Care Particulate...
$160.00
Free shipping
Seller 99.3% positive


3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Seller 100% positive


3M™ VFlex™ 9105 NIOSH Approved N95 Particulat...
$165.00
Free shipping
Seller 99.8% positive


3M 8210 N95 NIOSH Protective Face Mask...
$115.99
Free shipping
Seller 99.8% positive


3M N95 Mask Particulate Res...
$120.00
Free shipping
Seller 99.8% po

---

**Description**    **Shipping and payments**

https://www.ebay.com/itm/New-Sealed-3M-8210-Plus-N95-NIOSH-Particulate-Respirator-Face-Mask-Box-of-20/264819196896?hash=item3da87443e...    1/3

Seller assumes all responsibility for this listing.

eBay item number:  264

Last updated on Nov 08, 2020 13:03:57 PST   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | N95 |
| Brand: | 3M | MPN: | 8210PLUS |



**paylessbeauty**

paylessbeauty (21035  )  99.5%

Visit Store:  payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

## Categories

Hair Care

Skin Care

Cosmetics

Tools

Men Care

Baby Care

Other

3M 8210 Plus NIOSH Particulate Respirator Face Mask.

You will receive 1 box of 20 masks with each order.

Expire-06-2025.

Please contact us with any questions.

## Ratings and Reviews

Write a

### 3.6

54 product ratings

| | |
|---|---|
| 5 | 33 |
| 4 | 1 |
| 3 | 1 |
| 2 | 3 |
| 1 | 16 |

62%
Would recommend

66%
Good value

76%
Good quality

### Most relevant reviews

See all 4

### not recommendation, not exception

by [dalane408](#)
Mar 24, 2020

Not worth the money. time to riff off customer $11 for each. Just panic to buy, no other option. It sweat, hard to breath, has to wear over and head.

Verified purchase: Yes | Condition: New | Sold by: partycus

| (11) | (3) | |
|------|-----|--|

### You can't breath with this mask

by [6carmina6](#)
Mar 18, 2020

I know the mask is to help avoid particles to enter your system.  But when I put it on I couldn't breath, it didn't allow my transportations to escape. Meaning I was breathing my own warm exhaled air.  Don't recommend this mask.

Verified purchase: Yes | Condition: New | Sold by: bebejiang-4

| (6) | (4) | |
|-----|-----|--|

### Have none in mind

by [juditmcbria0](#)
Mar 18, 2020

Haven't had to use it yet thank God! But it's good quality.

Verified purchase: Yes | Condition: New | Sold by: skyhawk22519

| (0) | (4) | |
|-----|-----|--|

### Great Product

by [ayjacks_825](#)
Apr 06, 2020

Perfect, thank you!

Verified purchase: Yes | Condition: New | Sold by: clickawning

| (0) | (0) | |
|-----|-----|--|

### Taxed but legit

by [rwar4636](#)
Aug 12, 2020

They actually came in the box. Not in a plastic bag or anything. Same as the ones I already owned that I had received from my employer

Verified purchase: Yes | Condition: New | Sold by: paylessbeauty

| (0) | (0) | |
|-----|-----|--|

---

[Back to search results](#)  |  **See More Details about** ["3M 8210 Plus N95 Particulate Respirator Face Mask - 20..."](#)
More to explore :  [3M Full Face Respirator Masks](#),  [3M Industrial Respirator Masks](#),  [3M Industrial Masks & Respirators](#),  [Dust Mask 3m 8210](#),  [3M Half Mask Industrial Respirator](#)
[3M N95 Filter Class Industrial Mask Replacement Cartridges](#),  [3M N95 Filter Class Industrial Disposable Filter Masks](#),  [Industrial Respirator Masks](#),  [Half Mask Respirators](#),
[Full Face Respirator](#)

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. [Accessibility](#), [User Agreement](#), [Privacy](#), [Cookies](#), [Do not sell my personal information](#) and [AdChoice](#)

11/10/20     Pack of 3 3M 8210 Plus N95 NIOSH Particulate Respirator Face Mask | eBay

Hi Chris!        Sell    Watchlist    My eBay



| Search for anything | All Categories |

Back to search results | Listed in category:   Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks





### Pack of 3 3M 8210 Plus N95 NIOSH Particulate Respirator Face Mask

🔥 423 viewed per day

| | |
|---|---|
| Condition: | New |
| Quantity: | 1    More than 10 available    546 sold / See feedback |
| Price: | **US $39.95** |

Buy It Now

Add to cart

Add to Watchlist

**100% buyer satisfaction**    546 sold    More than 80% sold

| | |
|---|---|
| Shipping: | $5.95 Economy Shipping | See details |
| | Item location: Los Angeles, California, United States |
| | Ships to: United States   See exclusions |
| Delivery: | Estimated on or before **Tue. Nov. 17** to 95134 |
| Payments: | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | Seller does not accept returns | See details |

Have one to sell?   Sell now

**Shop with confidence**

eBay Money Back Gu... Get the item you order... your money back. Lea...

**Seller information**

paylessbeauty (21035   )
99.5% Positive feedback

Save this Seller

Contact seller

Visit store

See other items

---

### Similar sponsored items 1/2

Feedback on

     

| 3M Aura 9205+ N95 NIOSH Protective... | 3M N95 Protective Disposable Face Mask... | Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH... | 3M 8511 N95 Protective Disposable Face Mask... | 3M N95 Small Disposable Face Mask NIOSH... | 3M 8511 N95 P Disposable Fa... |
|---|---|---|---|---|---|
| $35.89 | $39.95 | $26.95 | $56.19 | $122.49 | $41.79 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.8% positive | Almost gone | Seller 99.5% positive | Seller 99.8% positive | Almost gone | Almost gone |

---

### Sponsored items from this seller 1/2

Feedback on








Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH...

$26.95
Free shipping
Popular

3 Pack of 3M 8110S N95 NIOSH Particulate...

$39.99
+ $5.95 shipping

New Sealed 3M 8210 Plus N95 NIOSH Particulate...

$174.95
+ $14.95 shipping
Popular

New Sealed 3M 8210 Mask N95 NIOSH Particulate...

$145.00
+ $9.95 shipping
Popular

5 Pack - 3M 9205+ Aura N95 NIOSH Particulate...

$35.50
Free shipping
Popular

10 Pack - 3M 9 N95 NIOSH Pa...

$68.95
Free shipping

---

**Description**     **Shipping and payments**

Seller assumes all responsibility for this listing.

eBay item number: 2648

Last updated on  Nov 10, 2020 00:54:28 PST   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
| Brand: | 3M | MPN: | 8210 Plus |

**paylessbeauty**
paylessbeauty (21035  )  99.5%

Visit Store:   payless

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

### Categories

Hair Care

Skin Care

Cosmetics

Tools

Men Care

Baby Care

Other

3M 8210 Plus NIOSH Particulate Respirator Face Mask.

You will receive 3 individual masks with each order.

These are size M/L.

## Comes from box, but re-packaged in a plastic bag.

Expire-2025.

Please contact us with any questions.

---

Back to search results

More to explore :  3M Full Face Respirator Masks,  3M Industrial Masks & Respirators,  3M Industrial Respirator Masks,  Dust Mask 3M 8210,  3M Half Mask Industrial Respirator

https://www.ebay.com/itm/Pack-of-3-3M-8210-Plus-N95-NIOSH-Particulate-Respirator-Face-Mask/264848770564?hash=item3daa378604:g:hagAAO...   2/3

60

Case 2:20-cv-10536-JVS-JEM   Document 52   Filed 01/25/21   Page 61 of 80   Page ID #:875

3M N95 Filter Class Industrial Mask Replacement Cartridges,   3M N95 Filter Class Industrial Disposable Filter Masks,   Industrial Masks & Respirators,   Industrial Respirator Mas
Full Face Respirator

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Cookies</u>, <u>Do not sell my personal information</u> and <u>AdChoice</u>

61



Hi Chris!                                                                                              Sell    Watchlist    My eBay

Search for anything                                            All Categories

Back to search results | Listed in category:    Business & Industrial  >  Healthcare, Lab & Dental  >  Medical, Lab & Dental Supplies  >  Disposable Face Masks  >
                                                 See more 3M 8210 N95 Particulate Respirator Mask





### Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH Particulate Respirator Face Mask Size M/L

🔥 **233 viewed per day**            167 product ratings

| | |
|---|---|
| Condition: | **New** |
| Quantity: | 1    More than 10 available **336 sold** / See feedback |

Price:    **US $26.95**

[ Buy It Now ]

[ Add to cart ]

[ Add to Watchlist ]

| **100% buyer satisfaction** | 336 sold | More than 68% sold |
|---|---|---|

| Shipping: | **FREE** Economy Shipping | See details |
|---|---|---|
| | Item location: Los Angeles, California, United States | |
| | Ships to: United States   See exclusions | |
| Delivery: | Estimated on or before **Tue. Nov. 17** to 95134 | |
| Payments: | | |

**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | Seller does not accept returns | See details |
|---|---|---|

**Shop with confidence**

eBay Money Back Gu
Get the item you order
your money back.  Lea

**Seller information**
paylessbeauty (21035    )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Have one to sell?   Sell now

---

### Similar sponsored items 1/2                                                                 Feedback on








| 3M Aura 9205+ N95 NIOSH Protective... | 3M N95 Protective Disposable Face Mask... | 3M N95 Small Disposable Face Mask NIOSH... | 3M 8511 N95 Protective Disposable Face Mask... | 3M 8511 N95 Protective Disposable Face Mask... | 3M 1860 N95 N Protective Fac... |
|---|---|---|---|---|---|
| $35.89 | $39.95 | $122.49 | $56.19 | $41.79 | $158.89 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.8% positive | Almost gone | Last one | Seller 99.8% positive | Almost gone | Seller 100% pos |

Sponsored items from this seller 1/2

     

| Pack of 3 3M 8210 Plus N95 NIOSH Particulate... | 3 Pack of 3M 8110S N95 NIOSH Particulate... | New Sealed 3M 8210 Mask N95 NIOSH Particulate... | New Sealed 3M 8210 Plus N95 NIOSH Particulate... | Pack of 3 - 3M N95 1860s Health Care Respirator... | New Sealed 3M NIOSH Particula... |
|---|---|---|---|---|---|
| $39.95 | $39.99 | $145.00 | $174.95 | $39.99 | $139.95 |
| + $5.95 shipping | + $5.95 shipping | + $9.95 shipping | + $14.95 shipping | + $5.95 shipping | + $14.95 shippi... |
| Popular | | Popular | Popular | Popular | |

---

**Description** | Shipping and payments

eBay item number: 2648...

Seller assumes all responsibility for this listing.

Last updated on Nov 09, 2020 14:51:58 PST  View all revisions

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
|---|---|---|---|
| Brand: | 3M | MPN: | 8210 |

**paylessbeauty**

paylessbeauty (21035  )  99.5%

Visit Store:  payles...

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

### Categories

Hair Care

Skin Care

Cosmetics

Tools

Men Care

Baby Care

Other

3M 8210 N95 NIOSH Particulate Respirator Face Mask.

You will receive 3 individual masks with each order.

Size M/L.

**Comes from box, but re-packaged in a plastic bag.**

Expire-2025.

Please contact us with any questions. Thank you.

### Ratings and Reviews

Write a...

---

# 4.0

167 product ratings

| | |
|---|---|
| 5 | 116 |
| 4 | 10 |
| 3 | 3 |
| 2 | 2 |
| 1 | 36 |

69%
Would recommend

55%
Good value

76%
Good quality

## Most relevant reviews

See all 12

by wencar256
Oct 21, 2020

### Looks and wears like pre-pandemic N95

Fits well. Holds shape. seal to face means it slightly collapses with in-drawn breath - it is apparently filtering incoming air. Seal can be adjusted with moldable piece at bridge of nose. Sometimes on exhalation not all air goes through filter and may fog glasses - usually resolved with seal adjustment..

All the printing on box and mask are similar to markings on bonafide N95 masks I purchased before pandemic. UNKNOWN if these are 3M masks with blown polyethylene fiber fill and UNKNOWN if the electrical charge of those fibers has been applied. Much safer feeling (FWIW) with this mask VS alternatives I've tried so far.

Verified purchase: Yes | Condition: New | Sold by: eshop_0

(2)     (0)

by xhsiao
Aug 02, 2017

### Excellent comfortable mask for general cleaning tasks

Fit and seal around the face very well. Comfortable to wear for long period of time. Can breath under it easily. Great for around the house general demolition work. But if you need to use a mask a lot, it is better to get a respirator mask with replaceable filters.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: jwhite-antiques

(1)     (0)

by trendzn
Apr 07, 2020

### Highly recommend

So far I have tested 3 different brands, but the 3M 8210 plus is the most dependable for its comfort, durability, and being a N95 mask approved by the FDA. The design has been the standard of mask throughout the world, definitely an American classic.

Verified purchase: Yes | Condition: New | Sold by: savers-center2012

(1)     (0)

by dm5728
Oct 20, 2020

### A little snug for M/L size

They're are fine but not super comfortable because the straps are very tight. I get a red mark on the bridge of my nose tight. Better than contracting the Virus though!

Verified purchase: Yes | Condition: New | Sold by: paylessbeauty

(0)     (0)

by georggree-8
Sep 06, 2019

### Great product

I have been using the mask for years they are a great help for me i just being paying to much for them 31 dollars for 20 masks

Verified purchase: Yes | Condition: Pre-Owned | Sold by: 4boathouse

(0)     (1)

---

Back to search results | See More Details about "3M 8210 N95 Particulate Respirator Mask"

More to explore : 3M Full Face Respirator Masks, 3M Industrial Respirator Masks, 3M Industrial Masks & Respirators, Full Face Respirator Masks Size M, 3M Half Mask M Industrial Respirator Masks, 3M N95 Filter Class Industrial Mask Replacement Cartridges, 3M N95 Filter Class Industrial Disposable Filter Masks, Industrial Masks & Respirators, Industrial Respirator Masks, Other Industrial Masks & Respirators

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice





Hi Chris!                                                                                    Sell    Watchlist    My eBay

Search for anything                                                          All Categories

Back to search results | Listed in category:  Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks





**Pack of 3 - 3M N95 1860s Health Care Respirator NIOSH Small Size Surgical Mask**

🔥 233 viewed per day

| | |
|---|---|
| Condition: | **New** |
| Quantity: | 1    More than 10 available<br>**481 sold** / See feedback |

Price: **US $39.99**

[ Buy It Now ]

[ Add to cart ]

[ Add to Watchlist ]

**100% buyer satisfaction** | 481 sold | More than 87% sold

| | |
|---|---|
| Shipping: | $5.95 Standard Shipping | See details<br>Item location: Los Angeles, California, United States<br>Ships to: United States   See exclusions |
| Delivery: | Estimated on or before Tue. Nov. 17 to 95134 |
| Payments: | **PayPal CREDIT**<br>Special financing available. | See terms and apply now<br>Earn up to 5x points when you use your eBay Mastercard®. Learn more |
| Returns: | Seller does not accept returns | See details |

Shop with confidence

eBay Money Back Gu...
Get the item you order...
your money back. Lea...

**Seller information**
paylessbeauty (21035 )
99.5% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Have one to sell? [ Sell now ]

---

**Similar sponsored items 1/2**                                                          Feedback on

     

| 3M N95 Small Disposable Face Mask NIOSH... | 3M Aura 9205+ N95 NIOSH Protective... | 3M N95 Protective Disposable Face Mask... | 3M™ N95 1860 Health Care Particulate... | 3M 1860 N95 NIOSH Protective Face Mask... | 3M 8511 N95 P Disposable Fa... |
|---|---|---|---|---|---|
| $122.49 | $35.89 | $39.95 | $160.00 | $158.89 | $56.19 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Last one | Seller 99.8% positive | Almost gone | Seller 99.3% positive | Seller 100% positive | Seller 99.8% po... |

---

Sponsored items from this seller 1/2                                                      Feedback on








3M N95 1860s Health Care Respirator NIOSH Small...

$179.95
+ $14.95 shipping

3 Pack of 3M 8110S N95 NIOSH Particulate...

$39.99
+ $5.95 shipping

Pack of 3 AUTHENTIC 3M 8210 N95 NIOSH...

$26.95
Free shipping
Popular

Pack of 3 3M 8210 Plus N95 NIOSH Particulate...

$39.95
+ $5.95 shipping
Popular

5 Pack - 3M 9205+ Aura N95 NIOSH Particulate...

$35.50
Free shipping
Popular

10 Pack - 3M 9... N95 NIOSH Pa...

$68.95
Free shipping

| Description | Shipping and payments |
|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 264

Last updated on  Nov 10, 2020 13:51:19 PST  View all revisions

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | N95 |
|---|---|---|---|
| Brand: | 3M | MPN: | 1860s |

**paylessbeauty**
paylessbeauty (21035   )  99.5%

Visit Store:  payles



Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

### Categories

Hair Care

Skin Care

Cosmetics

Tools

Men Care

Baby Care

Other

3M N95 1860s Health Care Respirator Particulate NIOSH Surgical Mask.

You will receive 3 individual masks with each order.

These are size small.

**Comes from box, but re-packaged in a plastic bag.**

Please contact us with any questions.

Back to search results

More to explore :   3M Industrial Respirator Masks,   3M Industrial Masks & Respirators,   3M Half Mask Industrial Respirator Masks,   3M Full Face Respirator Masks,   3M Industrial Respirator Masks Size L,   Industrial Masks & Respirators,   Industrial Respirator Masks,   Other Industrial Masks & Respirators,   MSA Industrial Respirator Masks,   North Industrial Respirator Masks

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

# EXHIBIT 7

Hi **Fred**!      Daily Deals    Brand Outlet    Help & Contact       Sell    Watchlist    My eBay    2

# ebay

Shop by category

| Search for anything | All Categories | **Search** |

# Your order's in!

We'll email updates to fredpetrovsky@gmail.com.

## You should get it by **Thu, Oct 29**.

## Order total: $205.57

## Shipping to:

2507 Little Elm Trl, Cedar Park, TX 78613-5259,
United States

**Order number: 24-05946-99114**



New Sealed 3M 8210 Plus N95 NIOSH...
You should get this by Thu, Oct 29.

See order details

Sponsored items from this seller   1/4

  

New Sealed 3M 8210 Mask N95 NIOSH…

$154.95
+ $12.95 shipping
Popular

New Sealed 3M 8200 N95 NIOSH…

$149.95
+ $14.95 shipping

Pack of 3 3… Plus N95 N…

$38.95
+ $3.95 shi…
Popular

Related sponsored items

  

3M™ Aura™ 9205+ NIOSH…

$129.00
Free shipping
Popular

3M 8233 N100 Particulate…

$49.95
Free shipping

New Sealed 3M 8200 N95 NIOS…

$149.95
+ $14.95 shipping

  

3M 8210 N95 Protective…

$119.98
Free shipping

3M 1860 N95 NIOSH Protecti…

$159.70
Free shipping

3M Particulate Respirator 8511…

$39.98
$89.99
Free shipping
Popular









3M 8233 N100
Particulate…

N95 Makrite
NIOSH 9500-N…

New Sealed 3M
8210 Mask N95…

$124.85
Free shipping

$99.95
Free shipping

$154.95
+ $12.95 shipping
Popular

Sponsored items based on your recent views







RARE BK:LETTERS
OF SAINT…

Leather Set; John
Ruskin MODERN…

N95 Makrit
9500-N95

$46.98
+ $4.99 shipping
Seller 100% positive

$425.00
+ $15.05 shipping
Seller 100% positive

$99.95
Free shippi
Seller 100%

Related to a recent purchase  1/3







New Sealed 3M 8210
Plus N95 NIOSH…

AdirOffice Clear
Acrylic Safety Glass…

PURELL 9
Hand…

$59.99
$99.99
Free shipping

$62.84
+ $4.99 ship



n Center      Seller Center      Policies      Affiliates

Privacy, Cookies,

Do not sell my personal information and AdChoice

Recently viewed items



The American
Magazine 1947 Jan.…

$48.24
+ $11.49 shipping

 **Fred Petrovsky <fredpetrovsky@gmail.com>**

---

## ✅ ORDER CONFIRMED: New Sealed 3M 8210 P...
1 message

---

**eBay** <ebay@ebay.com>                                    Thu, Oct 22, 2020 at 2:07 PM
To: fredpetrovsky@gmail.com



# Thanks for another purchase, Fred! Your order is confirmed.

We'll let you know when it's on the way. In the meantime, we have more things you'll love at unbeatable prices!

| View order details | Browse deals |
|---|---|

## Order summary



**New Sealed 3M 8210 Plus N95 NIOSH Particulate Respirator Face Mask Box o...**

**Total**: $205.57
**Order number**: 24-05946-99114
**Item ID**: 264819196896
♡ Save this seller

ebay MONEY BACK GUARANTEE

## Sponsored items to complement your purchase

   

Case Pack = 24

| PURELL Advanced Hand S… | Purell Advanced H and Sanitize… | PURELL Advanced Hand Sanitize… | Purell Advanced H and Sanitize… |
|---|---|---|---|
| $144.99 | $9.99 Free Shipping | $69.99 | $54.99 |

## Order details

**Estimated delivery:**
Thu, Oct 29

**Your order will ship to:**
Ashley Armstrong
2507 Little Elm Trl
Cedar Park, TX 78613-5259
United States

**Seller: paylessbeauty (20913)**
99.6% positive feedback

**More from this seller** →

**Order total:**

| | |
|---|---|
| Price | $174.95 |
| Shipping | $14.95 |
| Sales tax | $15.67 |
| Total charged to VISA x -3802 | $205.57 |

## Sponsored items based on your recent views






| 3M N95 1860s Health Care Resp… | 3M™ N95 1860 Health Care Part… | 3M 1860 N95 NIOSH Protective… | RARE BK:LETTERS OF SAI… |
|---|---|---|---|
| $169.95 | $160.00 | $159.70 🌼 | $46.98 |
| Seller 99.6% positive | Free Shipping Seller 99.3% positive | Free Shipping Seller 99.8% positive | Seller 100% positive |

**Shop anywhere with the eBay app**






Email reference id: [#c0c20b9736a84703928749d731030a74#]

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to Fred Petrovsky (iaftcm3p1555*). Learn more about account protection. eBay is committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2020 eBay Inc., 2025 Hamilton Avenue, San Jose, CA 95125

# EXHIBIT 8



Hi Chris!     Sell   Watchlist   My eBay

Search for anything   All Categories

Back to search results | Listed in category:   Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks |





Have one to sell?   **Sell now**

## 3M N95 1860s Health Care Respirator NIOSH Small Size Surgical Mask - Box of 20

Condition:   New

Quantity:   1   More than 10 available
37 sold / See feedback

Price:   **US $179.95**

No Interest if paid in full in 6 mo on $99+*

[ Buy It Now ]

[ Add to cart ]

[ Add to Watchlist ]

**100% buyer satisfaction**  |  37 sold  |  6 watchers

Shipping:   $14.95 Expedited Shipping | See details
Item location: Los Angeles, California, United States
Ships to: United States See exclusions

Delivery:   Estimated on or before Tue. Nov. 17 to 95134

Payments:

**PayPal** CREDIT

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:   Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

### Seller information

**paylessbeauty** (21035 )
99.5% Positive feedback

Save this Seller

Contact seller

Visit store

See other items

## Similar sponsored items 1/2

Feedback or



3M™ N95 1860 Health Care Particulate...
$160.00
Free shipping
Seller 99.3% positive



3M 1860 N95 NIOSH Protective Face Mask...
$158.89
Free shipping
Seller 100% positive



3M N95 Small Disposable Face Mask NIOSH...
$122.49
Free shipping
Almost gone



3M™ VFlex™ 9105 NIOSH Approved N95 Particulat...
$165.00
Free shipping
Seller 99.8% positive



3M Aura 9205+ N95 NIOSH Protective...
$35.89
Free shipping
Seller 99.8% positive



3M 8200 N95 Disposable Fa...
$89.99
Free shipping
Seller 99.8% po

## Sponsored items from this seller 1/2

Feedback or








Pack of 3 - 3M N95 1860s
Health Care Respirator...
$39.99
+ $5.95 shipping
Popular

3 Pack of 3M 8110S N95
NIOSH Particulate...
$39.99
+ $5.95 shipping
Popular

New Sealed 3M 8210 Mask
N95 NIOSH Particulate...
$145.00
+ $9.95 shipping
Popular

New Sealed 3M 8200 N95
NIOSH Particulate...
$139.95
+ $14.95 shipping
Popular

New Sealed 3M 8210 Plus
N95 NIOSH Particulate...
$174.95
+ $14.95 shipping
Popular

Pack of 3 AUTH
8210 N95 NIOS
$26.95
Free shipping
Popular

**Description**    **Shipping and payments**

eBay item number:   2649

Seller assumes all responsibility for this listing.

Last updated on Nov 07, 2020 10:20:42 PST   View all revisions

### Item specifics

| | |
|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more |
| Brand: | 3M |

| | |
|---|---|
| Model: | N95 |
| MPN: | 1860S |



**paylessbeauty**

paylessbeauty (21035   )   99.5%

Visit Store:   payles

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

### Categories

Hair Care

Skin Care

Cosmetics

Tools

Men Care

Baby Care

Other

3M N95 1860S Small Respirator Particulate Face Mask.

You will receive 1 box of 20 masks with each order.

**Box has a lot of damage.**

New old stock.

Please contact us with any questions.

Back to search results

More to explore :   3M Industrial Masks & Respirators,   3M Industrial Respirator Masks,   3M Full Face Respirator Masks,   3M Industrial Respirator Masks Size L,
3m Versaflo In Industrial Respirator Masks,   3M N95 Filter Class Industrial Mask Replacement Cartridges,   3M N95 Filter Class Industrial Disposable Filter Masks,
Industrial Masks & Respirators,   Industrial Respirator Masks,   Other Industrial Masks & Respirators

11/10/2020
Case 2:20-cv-10536-JVS-JEM Document 52 Filed 01/25/21 Page 80 of 80 Page ID #:894
3M N95 1860s Health Care Respirator NIOSH Small Size Surgical Mask Box of 20 | eBay

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice