1  JAYME C. LONG (Bar. No. 202867)
   Jayme.long@dentons.com
2  STEPHANIE PEATMAN (Bar No. 299577)
   stephanie.peatman@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300
5  Facsimile: (213) 623-9924

6  CHRISTOPHER M. WEIMER
   (*Pro Hac Vice*)
7  (Texas Bar No. 24061894)
   cweimer@pirkeybarbar.com
8  PIRKEY BARBER PLLC
   1801 East 6th Street, Suite 300
9  Austin, TX 78702
   Telephone: (512) 322-5200
10 Facsimile: (512) 322-5201

11 Attorneys for Plaintiff
   3M COMPANY

12

13            **UNITED STATES DISTRICT COURT**

14   **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

15

16 3M COMPANY,                          | Case No. 2:20-cv-10536-JVS-JEM

17            Plaintiff,                  | **JOINT NOTICE OF
                                          | SETTLEMENT AND
18     vs.                               | STIPULATION FOR ENTRY OF
                                          | CONSENT JUDGMENT AND
19 RAGE BEAUTY, INC, BLUETOUCH           | PERMANENT INJUNCTION
   INC., AND THEMIS CONSULTING           |
   GROUP d/b/a SALON BACKBAR,            | Complaint filed: November 18, 2020
20                                        | Am. Complaint filed: January 25,
            Defendants.                   | 2021
21
                                          | Jury Trial Demanded
22
                                          | Scheduling Conf: February 22, 2021
23                                        | Time:  **10:30 am**
                                          | Ctrm: 10C
24
25                                        | Judge: Hon. James V. Selna
                                          | Magistrate: Hon. John E. McDermott
26
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The undersigned counsel for Plaintiff 3M Company ("Plaintiff" or "3M") and Defendants Rage Beauty, Inc., Bluetouch Inc., and Themis Consulting Group d/b/a Salon Backbar (collectively, the "Defendants"), in the above-captioned action, hereby notify the Court that they have reached a settlement in the above-captioned case and further stipulate and agree that:

WHEREAS, 3M filed the above-captioned action against the original Defendant Paylessbeauty in the Central District of California, Western Division, on November 18, 2020 (the "Lawsuit"); and

WHEREAS, 3M filed its First Amended Complaint on January 25, 2021 (Dkt 52) substituting as Defendants Rage Beauty, Inc., Bluetouch Inc., and Themis Consulting Group d/b/a Salon Backbar, seeking injunctive relief and monetary damages against Defendants for use of a counterfeit mark and infringement and dilution of 3M's famous federally-registered 3M trademark, as well as unfair competition and false designation of origin pursuant to the Lanham Act, 15 U.S.C. § 1114(1), and for substantial and related claims under California Business & Professions Code, §§ 17200 et seq., as well as claims under the statutory and common laws of the State of California.

WHEREAS, Defendants state that they no longer market or sell 3M products, and have no intention of marketing or selling 3M products, now or in the future;

WHEREAS, on or about February 12, 2021, 3M and Defendants entered into a Settlement and Mutual Release Agreement (the "Settlement Agreement") wherein Defendants, inter alia, agreed to pay to 3M a total of $60,000, and further agreed to the entry of the Consent Judgment and Permanent Injunction filed herewith;

WHEREAS, Defendants and 3M have stipulated to entry of this Consent Judgment and Permanent Injunction without trial or adjudication of any issues of law or fact herein and without the Defendants admitting liability for any of the violations 3M alleged in the First Amended Complaint.

1  NOW, THEREFORE, Defendants and 3M stipulate to and respectfully request

2  the Court to enter the Consent Judgment and Permanent Injunction attached as Exhibit

3  A.

4

5  **IT IS SO STIPULATED.**

6

7

8  Dated: February 16, 2021          **PIRKEY BARBER PLLC**

9

10                                   By: */s/ Christopher M. Weimer*

11                                   Christopher Weimer (Admitted *Pro Hac Vice*)
                                     1801 East 6th Street, Suite 300

12                                   Austin, Texas 78702
                                     Telephone:  (512) 322-5200

13                                   Facsimile:  (512) 322-5201
                                     cweimer@pirkeybarber.com

14                                   and

15                                   Jayme C. Long (Bar No. 202867)
                                     Stephanie Peatman (Bar N. 299577)

16                                   DENTONS US LLP
                                     601 South Figueroa Street, Suite 2500

17                                   Los Angeles, CA 90017-5704
                                     Telephone:  (213) 623-9300

18                                   Facsimile:  (213) 623-9924
                                     jayme.long@dentons.com

19                                   stephanie.peatman@dentons.com

20                                   *Attorneys for Plaintiff 3M Company*

21                                   **COZEN O'CONNOR**

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  */s/ Amy Alderfer* _____
Melanie A. Miller
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone:  (215) 665-2714
Facsimile:  (215) 701-2414
mmiller@cozen.com

Amy Alderfer (Bar No. 205482)
Cozen O'Connor
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone:  (310) 393-4000
aalderfer@cozen.com

*Attorneys for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the undersigned hereby attests that concurrence in the filing of this JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION has been obtained from counsel for Defendants and is electronically signed with the express permission of Defendants' counsel.

February 16, 2021                    CHRISTOPHER M. WEIMER


By: */s/ Christopher M. Weimer*
**Christopher M. Weimer**

Attorney for Plaintiff
3M COMPANY

5                    Case No. 2:20-cv-10536-JVS-JEM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2021 the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

Melanie A. Miller
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone:  (215) 665-2714
Facsimile:  (215) 701-2414
mmiller@cozen.com

Amy Alderfer (Bar No. 205482)
Cozen O'Connor
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone:  (310) 393-4000
aalderfer@cozen.com

_/s/ Christopher M. Weimer_
Christopher M. Weimer